1  **CARMEN A. TRUTANICH**, City Attorney - **SBN 86629x**
   **MICHAEL L. CLAESSENS**, Senior Assistant City Attorney
2  **CORY BRENTE**, Assistant City Attorney
   **CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney - **SBN 192872**
3  christian.bojorquez@lacity.org
   200 North Main Street, 6th Floor, City Hall East
4  Los Angeles, CA 90012
   Phone No.: (213) 978-6900, Fax No.: (213) 978-8785
5
6  *Attorneys for Defendant s* **CITY OF LOS ANGELES,** a municipal corporation, also named as the **LOS ANGELES POLICE DEPARTMENT, a non-suable entity**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BRUCE E. LISKER, | CASE NO.: CV09-09374 AHM (RCx) |
|---|---|
| Plaintiff, | Assigned to: Honorable A. Howard Matz<br>Courtroom: 14 |
| vs. | Assigned to: Magistrate: Rosalyn M. Chapman<br>Courtroom: 23 - 3rd Floor |
| CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT, ANDREW MONSUE, HOWARD LANDGREN, and DOES 1 TO 10, | **ANSWER BY DEFENDANT CITY OF LOS ANGELES, TO PLAINTIFFS' COMPLAINT; DEMAND FOR JURY TRIAL** |
| Defendants | |

**PLEASE TAKE NOTICE THAT** Defendant, **CITY OF LOS ANGELES,** a municipal corporation, also named as the **LOS ANGELES POLICE DEPARTMENT, a non-suable entity,** herein provides the following answer to Plaintiff's Complaint for Damages for itself and for no other parties, and hereby admits, denies and alleges as follows:

    1.    Answering paragraph 1, no factual allegations are plead therein, and on that basis the paragraph remains unanswered.

    2.    Answering paragraph 2, no factual allegations are plead therein, and on that

1 | basis the paragraph remains unanswered.

2 |     3.      Answering paragraph 3, no factual allegations are plead therein, and on that
3 | basis the paragraph remains unanswered.

4 |     4.      Answering paragraph 4, no factual allegations are plead therein, and on that
5 | basis the paragraph remains unanswered.

6 |     5.      Answering paragraph 5, no factual allegations are plead therein, and on that
7 | basis the paragraph remains unanswered. As to any allegations referring to intentional
8 | and negligent acts, Defendant denies each and every accusation.

9 |     6.      Answering paragraph 6 of the Complaint, Defendant lacks sufficient
10 | information and belief to determine whether all defendants were employees of the City
11 | of Los Angeles and lack sufficient information and belief regarding the allegations
12 | contained therein, and on that basis, deny each and every claim made therein.

13 |     7.      Answering paragraph 7 of the Complaint, at this time in the litigation,
14 | Defendant lacks sufficient information and belief regarding the allegations contained
15 | therein, and on that basis, the paragraph remains unanswered.

16 |     8.      Answering paragraph 8, at this time in the litigation, Defendant lacks
17 | sufficient information and belief regarding the allegations contained therein, and on that
18 | basis, the paragraph remains unanswered.

19 |     9.      Answering paragraph 9, at this time in the litigation and due to the fact that
20 | there are very different accounts that will be discovered during the litigation process,
21 | Defendant lacks sufficient information and belief regarding the allegations contained
22 | therein, and on that basis, the paragraph remains unanswered.

23 |     10.      Answering paragraph 10, at this time in the litigation and due to the fact that
24 | there are very different accounts that will be discovered during the litigation process,
25 | Defendant lacks sufficient information and belief regarding the allegations contained
26 | therein, and on that basis, the paragraph remains unanswered.

27 |     11.      Answering paragraph 11, at this time in the litigation and due to the fact that
28 | there are very different accounts that will be discovered during the litigation process,

Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

12. Answering paragraph 12, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, deny each and every claim made therein as to Plaintiff's emotional status.

13. Answering paragraph 13, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

14. Answering paragraph 14, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

15. Answering paragraph 15, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

16. Answering paragraph 16, Defendant has sufficient information to confirm allegations that unfortunately Mrs. Lisker had head trauma and stab wounds, as well as two (2) steak knives were located in close proximity.

17. Answering paragraph 17, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered. As to the allegations surrounding Plaintiff's emotional status, Defendant also lacks sufficient information and belief upon which to answer.

18. Answering paragraph 18, Defendant has sufficient information to confirm allegations that unfortunately Mrs. Lisker passed away and that she had severely been

stabbed and beaten. As to all other allegations, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

19. Answering paragraph 19, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered. Defendant agrees that both of those individual Detectives eventually were the lead investigators.

20. Answering paragraph 20, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

21. Answering paragraph 21, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered. If that allegation is correct, it is unknown whether Plaintiff was a "suspect," in custody at that time and as such, whether he was "interrogated" requiring Miranda or not.

22. Answering paragraph 22, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

23. Answering paragraph 23, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

24. Answering paragraph 24, at this time in the litigation and due to the fact that

1  there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered. As to the allegations surrounding Plaintiff's emotional status, Defendant also lacks sufficient information and belief upon which to answer.

25. Answering paragraph 25, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

26. Answering paragraph 26, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

27. Answering paragraph 27, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

28. Answering paragraph 28, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

29. Answering paragraph 29, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

30. Answering paragraph 30, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained

1  therein, and on that basis, the paragraph remains unanswered.

2  31. Answering paragraph 31, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

3  32. Answering paragraph 32, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

4  33. Answering paragraph 33, sub-paragraphs a thru c, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

5  34. Answering paragraph 34, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

6  35. Answering paragraph 35, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

7  36. Answering paragraph 36, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

8  37. Answering paragraph 37, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained

therein, and on that basis, the paragraph remains unanswered.

38. Answering paragraph 38, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

39. Answering paragraph 39, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

40. Answering paragraph 40, sub-paragraphs a thru e, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

41. Answering paragraph 41, sub-paragraphs a thru g, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

42. Answering paragraph 42, sub-paragraphs a thru e, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

43. Answering paragraph 43, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

44. Answering paragraph 44, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained

1 | therein, and on that basis, the paragraph remains unanswered.

2 |     45. Answering paragraph 45, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered. It is Defendant's understanding that Mr. Ryan is no longer alive, as he passed away shortly after the murder of Mrs. Lisker.

    46. Answering paragraph 46, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered. It is Defendant's understanding that Mr. Ryan is no longer alive, as he passed away shortly after the murder of Mrs. Lisker.

    47. Answering paragraph 47, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered. It is Defendant's understanding that Mr. Ryan is no longer alive, as he passed away shortly after the murder of Mrs. Lisker.

    48. Answering paragraph 48, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered. It is Defendant's understanding that Mr. Ryan is no longer alive, as he passed away shortly after the murder of Mrs. Lisker.

    49. Answering paragraph 49, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained

1  therein, and on that basis, the paragraph remains unanswered.

2      50.    Answering paragraph 50, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

    51.    Answering paragraph 51, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered. It is Defendant's understanding that Detective Monsue did run a criminal background check of a Michael Ryan.

    52.    Answering paragraph 52, no factual allegations are plead therein, and on that basis the paragraph remains unanswered.

    53.    Answering paragraph 53 , at this time in the litigation, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

    54.    Answering paragraph 54, at this time in the litigation, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

    55.    Answering paragraph 55, at this time in the litigation, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

    56.    Answering paragraph 56, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

    57.    Answering paragraph 57, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process,

1  Defendant lacks sufficient information and belief regarding the allegations contained
2  therein, and on that basis, the paragraph remains unanswered. It is Defendant's
3  understanding that Mr. Ryan is no longer alive, as he passed away shortly after the
4  murder of Mrs. Lisker. During the time in question, it is Defendant's belief that Mr.
5  Ryan also abused drugs.

6       58.    Answering paragraph 58, at this time in the litigation and due to the fact that
7  there are very different accounts that will be discovered during the litigation process,
8  Defendant lacks sufficient information and belief regarding the allegations contained
9  therein, and on that basis, the paragraph remains unanswered. During the time in
10  question, it is Defendant's belief that Mr. Ryan also abused drugs.

11       59.    Answering paragraph 59, at this time in the litigation and due to the fact that
12  there are very different accounts that will be discovered during the litigation process,
13  Defendant lacks sufficient information and belief regarding the allegations contained
14  therein, and on that basis, the paragraph remains unanswered. It is Defendant's
15  understanding that Mr. Ryan is no longer alive, as he passed away shortly after the
16  murder of Mrs. Lisker. During the time in question, it is Defendant's belief that Mr.
17  Ryan also abused drugs.

18       60.    Answering paragraph 60, at this time in the litigation and due to the fact that
19  there are very different accounts that will be discovered during the litigation process,
20  Defendant lacks sufficient information and belief regarding the allegations contained
21  therein, and on that basis, the paragraph remains unanswered. It is Defendant's
22  understanding that Mr. Ryan is no longer alive, as he passed away shortly after the
23  murder of Mrs. Lisker. During the time in question, it is Defendant's belief that Mr.
24  Ryan also abused drugs.

25       61.    Answering paragraph 61, at this time in the litigation and due to the fact that
26  there are very different accounts that will be discovered during the litigation process,
27  Defendant lacks sufficient information and belief regarding the allegations contained
28  therein, and on that basis, the paragraph remains unanswered. It is Defendant's

understanding that Mr. Ryan is no longer alive, as he passed away shortly after the murder of Mrs. Lisker. During the time in question, it is Defendant's belief that Mr. Ryan also abused drugs.

62. Answering paragraph 62, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered. During the time in question, it is Defendant's belief that Mr. Ryan also abused drugs, and as such the totality of the circumstances dictates the evaluation.

63. Answering paragraph 63, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

64. Answering paragraph 64, no factual allegations are made therein.

65. Answering paragraph 65, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

66. Answering paragraph 66, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

67. Answering paragraph 67, no factual allegations are plead therein, and on that basis the paragraph remains unanswered.

68. Answering paragraph 68, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

69. Answering paragraph 69, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered. It is unknown how such an allegation is supported with the speculative information provided.

70. Answering paragraph 70, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

71. Answering paragraph 71, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered. It is unknown how such an allegation is supported with the speculative information provided.

72. Answering paragraph 72, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

73. Answering paragraph 73, Defendant denies each and every claim made therein. This is information beyond the knowledge and control of the responding party.

74. Answering paragraph 74, no factual allegations are plead therein, and on that basis the paragraph remains unanswered.

75. Answering paragraph 75, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

76. Answering paragraph 76, Defendant denies that the Detectives lied as alleged herein.

77. Answering paragraph 77, no factual allegations are plead therein, and on that basis the paragraph remains unanswered.

78. Answering paragraph 78, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered. There are rules of evidence, a Defense Counsel, Prosecutor and a Judge that control these issues. They are beyond the power and control of the Defendant and its employees.

79. Answering paragraph 79, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

80. Answering paragraph 80, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

81. Answering paragraph 81, no relevant and admissible allegations are plead therein, and on that basis the paragraph remains unanswered. Nevertheless, it is Defendant's understanding that Plaintiff did file a complaint.

82. Answering paragraph 82, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

83. Answering paragraph 83, Defendant denies each and every allegation contained therein.

84. Answering paragraph 84, no factual allegations are plead therein, and on that basis the paragraph remains unanswered.

85. Answering paragraph 85, no factual allegations are plead therein, and on

that basis the paragraph remains unanswered.

86. Answering paragraph 86, no factual allegations are plead therein, and on that basis the paragraph remains unanswered.

87. Answering paragraph 87 sub-paragraphs a thru f, no factual allegations are plead therein, and on that basis the paragraph remains unanswered.

88. Answering paragraph 88, no factual allegations are plead therein, and on that basis the paragraph remains unanswered.

89. Answering paragraph 89, no factual allegations are plead therein, and on that basis the paragraph remains unanswered.

90. Answering paragraph 90, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

91. Answering paragraph 91, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

92. Answering paragraph 92, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

93. Answering paragraph 93, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

94. Answering paragraph 94, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained

1 therein, and on that basis, the paragraph remains unanswered.

2     95. Answering paragraph 95, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

    96. Answering paragraph 96, Defendant denies each and every claim made therein.

    97. Answering paragraph 97, Defendant denies each and every claim made therein regarding allegations of misconduct. As to all other allegations, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

    98. Answering paragraph 98, Defendant denies each and every claim made therein regarding allegations of misconduct. As to all other allegations, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

    99. Answering paragraph 99, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

    100. Answering paragraph 100, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered. If that allegation is correct, it is unknown whether Plaintiff was a "suspect," in custody at that time and as such, whether he was "interrogated" requiring Miranda or not.

101. Answering paragraph 101, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered. There are rules of evidence, a Defense Counsel, Prosecutor and a Judge that control these issues. They are beyond the power and control of the Defendant and its employees.

102. Answering paragraph 102, Defendant denies each and every allegation made therein, as here are rules of evidence, a Defense Counsel, Prosecutor and a Judge that control these issues. They are beyond the power and control of the Defendant and its employees.

103. Answering paragraph 103, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the "speculative" allegations contained therein, and on that basis, the paragraph remains unanswered.

104. Answering paragraph 104, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the "speculative" allegations contained therein, and on that basis, the paragraph remains unanswered.

105. Answering paragraph 105, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the "speculative" allegations contained therein, and on that basis, the paragraph remains unanswered.

106. Answering paragraph 106 sub-paragraphs a thru I, Defendant denies each and every allegation contained therein.

107. Answering paragraph 107, Defendant denies each and every allegation contained within the Fifth Claim for Relief.

### *FIRST AFFIRMATIVE DEFENSE*

108. Plaintiff had actual knowledge of the condition and particular danger

alleged, knew and understood the degree of the risk involved, and voluntarily assumed such risk. Not all information known at this time.

### SECOND AFFIRMATIVE DEFENSE

109. Defendant's actions are privileged pursuant to Civil Code §47.

### THIRD AFFIRMATIVE DEFENSE

110. Plaintiff's damages if any are limited at the time of filing pursuant to Smiddy v. Varney. The case is barred based upon collateral estoppel pursuant to Haupt v. Dillard, 17 F. 3d 285 (9th Cir. 1994). The case is also barred under Heck v. Humphrey, 512 U.S. 477, 486-487, 489-490, 129 L.Ed.2d 383, 114 S.Ct. 2364 (1994).

### FOURTH AFFIRMATIVE DEFENSE

111. Defendant City of Los Angeles and all Defendants sued in their official capacities are immune from the imposition of punitive damages.

### FIFTH AFFIRMATIVE DEFENSE

112. Defendant is immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense: Government Code §§ 815.2, 815.6, 818, 818.8, 820.2, 820.4, 820.8, 822.2, 835a, 845, 845.6, 845.8, 846, 850.8, 855.6, and 856.4.

### SIXTH AFFIRMATIVE DEFENSE

113. Defendant alleges that Plaintiff is bound to exercise reasonable care and diligence to avoid loss and to minimize damages complained of, if any, and Plaintiff may not recover for losses that could have been prevented by his reasonable efforts or by expenditures that he might have reasonably made; and that Plaintiff failed to mitigate his damages, if any there were.

### SEVENTH AFFIRMATIVE DEFENSE

114. Neither a public entity, nor a public employee, is liable for his/her act or omission, exercising due care, in the execution or enforcement of any law. Unavoidable Detriment: To the extent that Plaintiff suffered any detriment or injury, such detriment or injury was unavoidable.

### EIGHTH AFFIRMATIVE DEFENSE

115. Defendants are entitled to absolute immunity for any evidence they gathered to assist the prosecutor for trial.

### NINTH AFFIRMATIVE DEFENSE

116. If there was a violation, Defendant is entitled to qualified immunity because its conduct was reasonable based upon the information that it possessed. It reasonably believed "in good faith" that what they did was lawful and appropriate, and relied upon information provided to them. Moreover, Defendant acted under a reasonable, even if mistaken, belief that what they did was reasonable, appropriate and lawful.

### TENTH AFFIRMATIVE DEFENSE

117. Wrongful act of Plaintiff or others. Any injury or damage suffered was due to or caused by reason of Plaintiff or other's wrongful acts and conduct, and not by reason of any wrongful acts or omissions of Defendant.

### ELEVENTH AFFIRMATIVE DEFENSE

118. A peace officer who makes an arrest pursuant to a facially valid arrest warrant and acts without malice and with the reasonable belief that the person arrested is the one referred to in the warrant is not liable.

### TWELFTH AFFIRMATIVE DEFENSE

119. As to the federal claims and theories of recovery, the answering Defendants are protected from liability under the doctrine of qualified immunity, because Defendants' conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

Dated:      January 12, 2010

**CARMEN A. TRUTANICH**, City Attorney

By:_____/S/_____
**CHRISTIAN R. BOJORQUEZ**, Deputy City Atty
*Attorneys for Defendant s* CITY OF LOS ANGELES, a municipal corporation, also named as the LOS ANGELES POLICE DEPARTMENT, a non-suable entity

## DEMAND FOR JURY TRIAL

Defendant hereby demands and requests a trial by jury in this matter.

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiff takes nothing by this action;
2. That the action be dismissed;
3. That Defendant be awarded costs of suit;
4. That Defendant be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

DATED: January 12, 2010

Respectfully submitted,

**CARMEN A. TRUTANICH**, City Attorney

By: _____/S/_____
**CHRISTIAN R. BOJORQUEZ**, Deputy City Atty

*Attorneys for Defendants* **CITY OF LOS ANGELES**, a municipal corporation, also named as the LOS ANGELES POLICE DEPARTMENT, a non-suable entity