1  **CARMEN A. TRUTANICH**, City Attorney - **SBN 86629x**
**MICHAEL L. CLAESSENS**, Senior Assistant City Attorney
2  **CORY BRENTE**, Assistant City Attorney
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney - **SBN 192872**
3  christian.bojorquez@lacity.org
200 North Main Street, 6th Floor, City Hall East
4  Los Angeles, CA 90012
Phone No.: (213) 978-6900, Fax No.: (213) 978-8785
5
*Attorneys for Defendant s* **CITY OF LOS ANGELES**, a municipal corporation, also
6  named as the LOS ANGELES POLICE DEPARTMENT, a non-suable entity and
ANDREW MONSUE
7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10  BRUCE E. LISKER,                    )    CASE NO.: CV09-09374 AHM (RCx)
                                        )
11                                      )    **Assigned to: Honorable A. Howard Matz**
                    Plaintiff,          )    **Courtroom: 14**
12                                      )
                                        )    **Assigned to: Magistrate: Rosalyn M. Chapman**
13          vs.                         )    **Courtroom: 23 - 3ʳᵈ Floor**
                                        )
14                                      )    **ANSWER BY DEFENDANT**
    CITY OF LOS ANGELES; LOS            )    **ANDREW MONSUE, TO**
15  ANGELES POLICE                      )    **PLAINTIFFS' COMPLAINT;**
    DEPARTMENT, ANDREW                  )    **DEMAND FOR JURY TRIAL**
16  MONSUE, HOWARD LANDGREN,            )
    and DOES 1 TO 10,                   )
17                                      )
                    Defendants          )
18  _____        )

19

20          **PLEASE TAKE NOTICE THAT** Defendant, **ANDREW MONSUE,** herein

21  provides the following answer to Plaintiff's Complaint for Damages for himself and for

22  no other parties, and hereby admits, denies and alleges as follows:

23          1.    Answering paragraph 1, no factual allegations are plead therein, and on that

24  basis the paragraph remains unanswered.

25          2.    Answering paragraph 2, no factual allegations are plead therein, and on that

26  basis the paragraph remains unanswered.

27          3.    Answering paragraph 3, no factual allegations are plead therein, and on that

28  basis the paragraph remains unanswered.

1     4.     Answering paragraph 4, no factual allegations are plead therein, and on that

2   basis the paragraph remains unanswered.

3     5.     Answering paragraph 5, no factual allegations are plead therein, and on that

4   basis the paragraph remains unanswered.  As to any allegations referring to intentional

5   and negligent acts, Defendant denies each and every accusation.

6     6.     Answering paragraph 6 of the Complaint, Defendant lacks sufficient

7   information and belief to determine whether all defendants were employees of the City

8   of Los Angeles and lack sufficient information and belief regarding the allegations

9   contained therein, and on that basis, deny each and every claim made therein.

10     7.     Answering paragraph 7 of the Complaint, at this time in the litigation,

11   Defendant lacks sufficient information and belief regarding the allegations contained

12   therein, and on that basis, the paragraph remains unanswered.

13     8.     Answering paragraph 8, at this time in the litigation, Defendant lacks

14   sufficient information and belief regarding the allegations contained therein, and on that

15   basis, the paragraph remains unanswered.

16     9.     Answering paragraph 9, at this time in the litigation and due to the fact that

17   there are very different accounts that will be discovered during the litigation process,

18   Defendant lacks sufficient information and belief regarding the allegations contained

19   therein, and on that basis, the paragraph remains unanswered.

20     10.     Answering paragraph 10, at this time in the litigation and due to the fact that

21   there are very different accounts that will be discovered during the litigation process,

22   Defendant lacks sufficient information and belief regarding the allegations contained

23   therein, and on that basis, the paragraph remains unanswered.

24     11.     Answering paragraph 11, at this time in the litigation and due to the fact that

25   there are very different accounts that will be discovered during the litigation process,

26   Defendant lacks sufficient information and belief regarding the allegations contained

27   therein, and on that basis, the paragraph remains unanswered.

28     12.     Answering paragraph 12, Defendant lacks sufficient information and belief

1  regarding the allegations contained therein, and on that basis, deny each and every claim

2  made therein as to Plaintiff's emotional status.

3        13.    Answering paragraph 13, at this time in the litigation and due to the fact that

4  there are very different accounts that will be discovered during the litigation process,

5  Defendant lacks sufficient information and belief regarding the allegations contained

6  therein, and on that basis, the paragraph remains unanswered.

7        14.    Answering paragraph 14, at this time in the litigation and due to the fact that

8  there are very different accounts that will be discovered during the litigation process,

9  Defendant lacks sufficient information and belief regarding the allegations contained

10  therein, and on that basis, the paragraph remains unanswered.

11        15.    Answering paragraph 15, at this time in the litigation and due to the fact that

12  there are very different accounts that will be discovered during the litigation process,

13  Defendant lacks sufficient information and belief regarding the allegations contained

14  therein, and on that basis, the paragraph remains unanswered.

15        16.    Answering paragraph 16, Defendant has sufficient information to confirm

16  allegations that unfortunately Mrs. Lisker had head trauma and stab wounds, as well as

17  two (2) steak knives were located in close proximity.

18        17.    Answering paragraph 17, at this time in the litigation and due to the fact that

19  there are very different accounts that will be discovered during the litigation process,

20  Defendant lacks sufficient information and belief regarding the allegations contained

21  therein, and on that basis, the paragraph remains unanswered.  As to the allegations

22  surrounding Plaintiff's emotional status, Defendant also lacks sufficient information and

23  belief upon which to answer.

24        18.    Answering paragraph 18, Defendant has sufficient information to confirm

25  allegations that unfortunately Mrs. Lisker passed away and that she had severely been

26  stabbed and beaten.  As to all other allegations, at this time in the litigation and due to

27  the fact that there are very different accounts that will be discovered during the litigation

28  process, Defendant lacks sufficient information and belief regarding the allegations

1  contained therein, and on that basis, the paragraph remains unanswered.

2       19.    Answering paragraph 19, at this time in the litigation and due to the fact that
3  there are very different accounts that will be discovered during the litigation process,
4  Defendant lacks sufficient information and belief regarding the allegations contained
5  therein, and on that basis, the paragraph remains unanswered. Defendant agrees that
6  both of those individual Detectives eventually were the lead investigators.

7       20.    Answering paragraph 20, at this time in the litigation and due to the fact that
8  there are very different accounts that will be discovered during the litigation process,
9  Defendant lacks sufficient information and belief regarding the allegations contained
10  therein, and on that basis, the paragraph remains unanswered.

11       21.    Answering paragraph 21, at this time in the litigation and due to the fact that
12  there are very different accounts that will be discovered during the litigation process,
13  Defendant lacks sufficient information and belief regarding the allegations contained
14  therein, and on that basis, the paragraph remains unanswered. If that allegation is
15  correct, it is unknown whether Plaintiff was a "suspect," in custody at that time and as
16  such, whether he was "interrogated" requiring Miranda or not.

17       22.    Answering paragraph 22, at this time in the litigation and due to the fact that
18  there are very different accounts that will be discovered during the litigation process,
19  Defendant lacks sufficient information and belief regarding the allegations contained
20  therein, and on that basis, the paragraph remains unanswered.

21       23.    Answering paragraph 23, at this time in the litigation and due to the fact that
22  there are very different accounts that will be discovered during the litigation process,
23  Defendant lacks sufficient information and belief regarding the allegations contained
24  therein, and on that basis, the paragraph remains unanswered.

25       24.    Answering paragraph 24, at this time in the litigation and due to the fact that
26  there are very different accounts that will be discovered during the litigation process,
27  Defendant lacks sufficient information and belief regarding the allegations contained
28  therein, and on that basis, the paragraph remains unanswered. As to the allegations

4

1  surrounding Plaintiff's emotional status, Defendant also lacks sufficient information and

2  belief upon which to answer.

3      25.    Answering paragraph 25, at this time in the litigation and due to the fact that

4  there are very different accounts that will be discovered during the litigation process,

5  Defendant lacks sufficient information and belief regarding the allegations contained

6  therein, and on that basis, the paragraph remains unanswered.

7      26.    Answering paragraph 26, at this time in the litigation and due to the fact that

8  there are very different accounts that will be discovered during the litigation process,

9  Defendant lacks sufficient information and belief regarding the allegations contained

10  therein, and on that basis, the paragraph remains unanswered.

11      27.    Answering paragraph 27, at this time in the litigation and due to the fact that

12  there are very different accounts that will be discovered during the litigation process,

13  Defendant lacks sufficient information and belief regarding the allegations contained

14  therein, and on that basis, the paragraph remains unanswered.

15      28.    Answering paragraph 28, at this time in the litigation and due to the fact that

16  there are very different accounts that will be discovered during the litigation process,

17  Defendant lacks sufficient information and belief regarding the allegations contained

18  therein, and on that basis, the paragraph remains unanswered.

19      29.    Answering paragraph 29, at this time in the litigation and due to the fact that

20  there are very different accounts that will be discovered during the litigation process,

21  Defendant lacks sufficient information and belief regarding the allegations contained

22  therein, and on that basis, the paragraph remains unanswered.

23      30.    Answering paragraph 30, at this time in the litigation and due to the fact that

24  there are very different accounts that will be discovered during the litigation process,

25  Defendant lacks sufficient information and belief regarding the allegations contained

26  therein, and on that basis, the paragraph remains unanswered.

27      31.    Answering paragraph 31, at this time in the litigation and due to the fact that

28  there are very different accounts that will be discovered during the litigation process,

1  Defendant lacks sufficient information and belief regarding the allegations contained

2  therein, and on that basis, the paragraph remains unanswered.

3        32.    Answering paragraph 32, at this time in the litigation and due to the fact that

4  there are very different accounts that will be discovered during the litigation process,

5  Defendant lacks sufficient information and belief regarding the allegations contained

6  therein, and on that basis, the paragraph remains unanswered.

7        33.    Answering paragraph 33, sub-paragraphs a thru c, at this time in the

8  litigation and due to the fact that there are very different accounts that will be discovered

9  during the litigation process, Defendant lacks sufficient information and belief regarding

10  the allegations contained therein, and on that basis, the paragraph remains unanswered.

11        34.    Answering paragraph 34, at this time in the litigation and due to the fact that

12  there are very different accounts that will be discovered during the litigation process,

13  Defendant lacks sufficient information and belief regarding the allegations contained

14  therein, and on that basis, the paragraph remains unanswered.

15        35.    Answering paragraph 35, at this time in the litigation and due to the fact that

16  there are very different accounts that will be discovered during the litigation process,

17  Defendant lacks sufficient information and belief regarding the allegations contained

18  therein, and on that basis, the paragraph remains unanswered.

19        36.    Answering paragraph 36, at this time in the litigation and due to the fact that

20  there are very different accounts that will be discovered during the litigation process,

21  Defendant lacks sufficient information and belief regarding the allegations contained

22  therein, and on that basis, the paragraph remains unanswered.

23        37.    Answering paragraph 37, at this time in the litigation and due to the fact that

24  there are very different accounts that will be discovered during the litigation process,

25  Defendant lacks sufficient information and belief regarding the allegations contained

26  therein, and on that basis, the paragraph remains unanswered.

27        38.    Answering paragraph 38, at this time in the litigation and due to the fact that

28  there are very different accounts that will be discovered during the litigation process,

1  Defendant lacks sufficient information and belief regarding the allegations contained

2  therein, and on that basis, the paragraph remains unanswered.

3      39.    Answering paragraph 39, at this time in the litigation and due to the fact that

4  there are very different accounts that will be discovered during the litigation process,

5  Defendant lacks sufficient information and belief regarding the allegations contained

6  therein, and on that basis, the paragraph remains unanswered.

7      40.    Answering paragraph 40, sub-paragraphs a thru e, at this time in the

8  litigation and due to the fact that there are very different accounts that will be discovered

9  during the litigation process, Defendant lacks sufficient information and belief regarding

10  the allegations contained therein, and on that basis, the paragraph remains unanswered.

11      41.    Answering paragraph 41, sub-paragraphs a thru g, at this time in the

12  litigation and due to the fact that there are very different accounts that will be discovered

13  during the litigation process, Defendant lacks sufficient information and belief regarding

14  the allegations contained therein, and on that basis, the paragraph remains unanswered.

15      42.    Answering paragraph 42, sub-paragraphs a thru e, at this time in the

16  litigation and due to the fact that there are very different accounts that will be discovered

17  during the litigation process, Defendant lacks sufficient information and belief regarding

18  the allegations contained therein, and on that basis, the paragraph remains unanswered.

19      43.    Answering paragraph 43, at this time in the litigation and due to the fact that

20  there are very different accounts that will be discovered during the litigation process,

21  Defendant lacks sufficient information and belief regarding the allegations contained

22  therein, and on that basis, the paragraph remains unanswered.

23      44.    Answering paragraph 44, at this time in the litigation and due to the fact that

24  there are very different accounts that will be discovered during the litigation process,

25  Defendant lacks sufficient information and belief regarding the allegations contained

26  therein, and on that basis, the paragraph remains unanswered.

27      45.    Answering paragraph 45, at this time in the litigation and due to the fact that

28  there are very different accounts that will be discovered during the litigation process,

1  Defendant lacks sufficient information and belief regarding the allegations contained

2  therein, and on that basis, the paragraph remains unanswered.  It is Defendant's

3  understanding that Mr. Ryan is no longer alive, as he passed away shortly after the

4  murder of Mrs. Lisker.

5  　　　46.　　Answering paragraph 46, at this time in the litigation and due to the fact that

6  there are very different accounts that will be discovered during the litigation process,

7  Defendant lacks sufficient information and belief regarding the allegations contained

8  therein, and on that basis, the paragraph remains unanswered.  It is Defendant's

9  understanding that Mr. Ryan is no longer alive, as he passed away shortly after the

10  murder of Mrs. Lisker.

11  　　　47.　　Answering paragraph 47, at this time in the litigation and due to the fact that

12  there are very different accounts that will be discovered during the litigation process,

13  Defendant lacks sufficient information and belief regarding the allegations contained

14  therein, and on that basis, the paragraph remains unanswered.  It is Defendant's

15  understanding that Mr. Ryan is no longer alive, as he passed away shortly after the

16  murder of Mrs. Lisker.

17  　　　48.　　Answering paragraph 48, at this time in the litigation and due to the fact that

18  there are very different accounts that will be discovered during the litigation process,

19  Defendant lacks sufficient information and belief regarding the allegations contained

20  therein, and on that basis, the paragraph remains unanswered.  It is Defendant's

21  understanding that Mr. Ryan is no longer alive, as he passed away shortly after the

22  murder of Mrs. Lisker.

23  　　　49.　　Answering paragraph 49, at this time in the litigation and due to the fact that

24  there are very different accounts that will be discovered during the litigation process,

25  Defendant lacks sufficient information and belief regarding the allegations contained

26  therein, and on that basis, the paragraph remains unanswered.

27  　　　50.　　Answering paragraph 50, at this time in the litigation and due to the fact that

28  there are very different accounts that will be discovered during the litigation process,

Defendant lacks sufficient information and belief regarding the allegations contained

therein, and on that basis, the paragraph remains unanswered.

51.    Answering paragraph 51, at this time in the litigation and due to the fact that

there are very different accounts that will be discovered during the litigation process,

Defendant lacks sufficient information and belief regarding the allegations contained

therein, and on that basis, the paragraph remains unanswered.  It is Defendant's

understanding that Detective Monsue did run a criminal background check of a Michael

Ryan.

52.    Answering paragraph 52, no factual allegations are plead therein, and on

that basis the paragraph remains unanswered.

53.    Answering paragraph 53 , at this time in the litigation, Defendant lacks

sufficient information and belief regarding the allegations contained therein, and on that

basis, the paragraph remains unanswered.

54.    Answering paragraph 54, at this time in the litigation, Defendant lacks

sufficient information and belief regarding the allegations contained therein, and on that

basis, the paragraph remains unanswered.

55.    Answering paragraph 55, at this time in the litigation, Defendant lacks

sufficient information and belief regarding the allegations contained therein, and on that

basis, the paragraph remains unanswered.

56.    Answering paragraph 56, at this time in the litigation and due to the fact that

there are very different accounts that will be discovered during the litigation process,

Defendant lacks sufficient information and belief regarding the allegations contained

therein, and on that basis, the paragraph remains unanswered.

57.    Answering paragraph 57, at this time in the litigation and due to the fact that

there are very different accounts that will be discovered during the litigation process,

Defendant lacks sufficient information and belief regarding the allegations contained

therein, and on that basis, the paragraph remains unanswered.  It is Defendant's

understanding that Mr. Ryan is no longer alive, as he passed away shortly after the

1    murder of Mrs. Lisker. During the time in question, it is Defendant's belief that Mr.

2    Ryan also abused drugs.

3        58.    Answering paragraph 58, at this time in the litigation and due to the fact that

4    there are very different accounts that will be discovered during the litigation process,

5    Defendant lacks sufficient information and belief regarding the allegations contained

6    therein, and on that basis, the paragraph remains unanswered. During the time in

7    question, it is Defendant's belief that Mr. Ryan also abused drugs.

8        59.    Answering paragraph 59, at this time in the litigation and due to the fact that

9    there are very different accounts that will be discovered during the litigation process,

10    Defendant lacks sufficient information and belief regarding the allegations contained

11    therein, and on that basis, the paragraph remains unanswered. It is Defendant's

12    understanding that Mr. Ryan is no longer alive, as he passed away shortly after the

13    murder of Mrs. Lisker. During the time in question, it is Defendant's belief that Mr.

14    Ryan also abused drugs.

15        60.    Answering paragraph 60, at this time in the litigation and due to the fact that

16    there are very different accounts that will be discovered during the litigation process,

17    Defendant lacks sufficient information and belief regarding the allegations contained

18    therein, and on that basis, the paragraph remains unanswered. It is Defendant's

19    understanding that Mr. Ryan is no longer alive, as he passed away shortly after the

20    murder of Mrs. Lisker. During the time in question, it is Defendant's belief that Mr.

21    Ryan also abused drugs.

22        61.    Answering paragraph 61, at this time in the litigation and due to the fact that

23    there are very different accounts that will be discovered during the litigation process,

24    Defendant lacks sufficient information and belief regarding the allegations contained

25    therein, and on that basis, the paragraph remains unanswered. It is Defendant's

26    understanding that Mr. Ryan is no longer alive, as he passed away shortly after the

27    murder of Mrs. Lisker. During the time in question, it is Defendant's belief that Mr.

28    Ryan also abused drugs.

1    62.    Answering paragraph 62, at this time in the litigation and due to the fact that

2    there are very different accounts that will be discovered during the litigation process,

3    Defendant lacks sufficient information and belief regarding the allegations contained

4    therein, and on that basis, the paragraph remains unanswered.  During the time in

5    question, it is Defendant's belief that Mr. Ryan also abused drugs, and as such the

6    totality of the circumstances dictates the evaluation.

7    63.    Answering paragraph 63, at this time in the litigation and due to the fact that

8    there are very different accounts that will be discovered during the litigation process,

9    Defendant lacks sufficient information and belief regarding the allegations contained

10    therein, and on that basis, the paragraph remains unanswered.

11    64.    Answering paragraph 64, no factual allegations are made therein.

12    65.    Answering paragraph 65, at this time in the litigation and due to the fact that

13    there are very different accounts that will be discovered during the litigation process,

14    Defendant lacks sufficient information and belief regarding the allegations contained

15    therein, and on that basis, the paragraph remains unanswered.

16    66.    Answering paragraph 66, at this time in the litigation and due to the fact that

17    there are very different accounts that will be discovered during the litigation process,

18    Defendant lacks sufficient information and belief regarding the allegations contained

19    therein, and on that basis, the paragraph remains unanswered.

20    67.    Answering paragraph 67, no factual allegations are plead therein, and on

21    that basis the paragraph remains unanswered.

22    68.    Answering paragraph 68, at this time in the litigation and due to the fact that

23    there are very different accounts that will be discovered during the litigation process,

24    Defendant lacks sufficient information and belief regarding the allegations contained

25    therein, and on that basis, the paragraph remains unanswered.

26    69.    Answering paragraph 69, at this time in the litigation and due to the fact that

27    there are very different accounts that will be discovered during the litigation process,

28    Defendant lacks sufficient information and belief regarding the allegations contained

1  therein, and on that basis, the paragraph remains unanswered.  It is unknown how such

2  an allegation is supported with the speculative information provided.

3      70.    Answering paragraph 70, at this time in the litigation and due to the fact that

4  there are very different accounts that will be discovered during the litigation process,

5  Defendant lacks sufficient information and belief regarding the allegations contained

6  therein, and on that basis, the paragraph remains unanswered.

7      71.    Answering paragraph 71, at this time in the litigation and due to the fact that

8  there are very different accounts that will be discovered during the litigation process,

9  Defendant lacks sufficient information and belief regarding the allegations contained

10  therein, and on that basis, the paragraph remains unanswered.  It is unknown how such

11  an allegation is supported with the speculative information provided.

12      72.    Answering paragraph 72, at this time in the litigation and due to the fact that

13  there are very different accounts that will be discovered during the litigation process,

14  Defendant lacks sufficient information and belief regarding the allegations contained

15  therein, and on that basis, the paragraph remains unanswered.

16      73.    Answering paragraph 73, Defendant denies each and every claim made

17  therein.  This is information beyond the knowledge and control of the responding party.

18      74.    Answering paragraph 74, no factual allegations are plead therein, and on

19  that basis the paragraph remains unanswered.

20      75.    Answering paragraph 75, at this time in the litigation and due to the fact that

21  there are very different accounts that will be discovered during the litigation process,

22  Defendant lacks sufficient information and belief regarding the allegations contained

23  therein, and on that basis, the paragraph remains unanswered.

24      76.    Answering paragraph 76, Defendant denies that the Detectives lied as

25  alleged herein.

26      77.    Answering paragraph 77, no factual allegations are plead therein, and on

27  that basis the paragraph remains unanswered.

28      78.    Answering paragraph 78, at this time in the litigation and due to the fact that

there are very different accounts that will be discovered during the litigation process,
Defendant lacks sufficient information and belief regarding the allegations contained
therein, and on that basis, the paragraph remains unanswered. There are rules of
evidence, a Defense Counsel, Prosecutor and a Judge that control these issues. They are
beyond the power and control of the Defendant and its employees.

79.    Answering paragraph 79, at this time in the litigation and due to the fact that
there are very different accounts that will be discovered during the litigation process,
Defendant lacks sufficient information and belief regarding the allegations contained
therein, and on that basis, the paragraph remains unanswered.

80.    Answering paragraph 80, at this time in the litigation and due to the fact that
there are very different accounts that will be discovered during the litigation process,
Defendant lacks sufficient information and belief regarding the allegations contained
therein, and on that basis, the paragraph remains unanswered.

81.    Answering paragraph 81, no relevant and admissible allegations are plead
therein, and on that basis the paragraph remains unanswered. Nevertheless, it is
Defendant's understanding that Plaintiff did file a complaint.

82.    Answering paragraph 82, at this time in the litigation and due to the fact that
there are very different accounts that will be discovered during the litigation process,
Defendant lacks sufficient information and belief regarding the allegations contained
therein, and on that basis, the paragraph remains unanswered.

83.    Answering paragraph 83, Defendant denies each and every allegation
contained therein.

84.    Answering paragraph 84, no factual allegations are plead therein, and on
that basis the paragraph remains unanswered.

85.    Answering paragraph 85, no factual allegations are plead therein, and on
that basis the paragraph remains unanswered.

86.    Answering paragraph 86, no factual allegations are plead therein, and on
that basis the paragraph remains unanswered.

87.   Answering paragraph 87 sub-paragraphs a thru f, no factual allegations are plead therein, and on that basis the paragraph remains unanswered.

88.   Answering paragraph 88, no factual allegations are plead therein, and on that basis the paragraph remains unanswered.

89.   Answering paragraph 89, no factual allegations are plead therein, and on that basis the paragraph remains unanswered.

90.   Answering paragraph 90, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

91.   Answering paragraph 91, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

92.   Answering paragraph 92, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

93.   Answering paragraph 93, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

94.   Answering paragraph 94, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendant lacks sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

95.   Answering paragraph 95, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process,

1  Defendant lacks sufficient information and belief regarding the allegations contained

2  therein, and on that basis, the paragraph remains unanswered.

3      96.    Answering paragraph 96, Defendant denies each and every claim made

4  therein.

5      97.    Answering paragraph 97, Defendant denies each and every claim made

6  therein regarding allegations of misconduct.  As to all other allegations, at this time in

7  the litigation and due to the fact that there are very different accounts that will be

8  discovered during the litigation process, Defendant lacks sufficient information and

9  belief regarding the allegations contained therein, and on that basis, the paragraph

10  remains unanswered.

11      98.    Answering paragraph 98, Defendant denies each and every claim made

12  therein regarding allegations of misconduct.  As to all other allegations, at this time in

13  the litigation and due to the fact that there are very different accounts that will be

14  discovered during the litigation process, Defendant lacks sufficient information and

15  belief regarding the allegations contained therein, and on that basis, the paragraph

16  remains unanswered.

17      99.    Answering paragraph 99, Defendant lacks sufficient information and belief

18  regarding the allegations contained therein, and on that basis, the paragraph remains

19  unanswered.

20      100.    Answering paragraph 100, at this time in the litigation and due to the fact

21  that there are very different accounts that will be discovered during the litigation process,

22  Defendant lacks sufficient information and belief regarding the allegations contained

23  therein, and on that basis, the paragraph remains unanswered.  If that allegation is

24  correct, it is unknown whether Plaintiff was a "suspect," in custody at that time and as

25  such, whether he was "interrogated" requiring Miranda or not.

26      101.    Answering paragraph 101, at this time in the litigation and due to the fact

27  that there are very different accounts that will be discovered during the litigation process,

28  Defendant lacks sufficient information and belief regarding the allegations contained

1  therein, and on that basis, the paragraph remains unanswered. There are rules of

2  evidence, a Defense Counsel, Prosecutor and a Judge that control these issues. They are

3  beyond the power and control of the Defendant and its employees.

4       102.   Answering paragraph 102, Defendant denies each and every allegation

5  made therein, as here are rules of evidence, a Defense Counsel, Prosecutor and a Judge

6  that control these issues. They are beyond the power and control of the Defendant and

7  its employees.

8       103.   Answering paragraph 103, at this time in the litigation and due to the fact

9  that there are very different accounts that will be discovered during the litigation process,

10 Defendant lacks sufficient information and belief regarding the "speculative" allegations

11 contained therein, and on that basis, the paragraph remains unanswered.

12      104.   Answering paragraph 104, at this time in the litigation and due to the fact

13 that there are very different accounts that will be discovered during the litigation process,

14 Defendant lacks sufficient information and belief regarding the "speculative" allegations

15 contained therein, and on that basis, the paragraph remains unanswered.

16      105.   Answering paragraph 105, at this time in the litigation and due to the fact

17 that there are very different accounts that will be discovered during the litigation process,

18 Defendant lacks sufficient information and belief regarding the "speculative" allegations

19 contained therein, and on that basis, the paragraph remains unanswered.

20      106.   Answering paragraph 106 sub-paragraphs a thru I, Defendant denies each

21 and every allegation contained therein.

22      107.   Answering paragraph 107, Defendant denies each and every allegation

23 contained within the Fifth Claim for Relief.

24                    ***FIRST AFFIRMATIVE DEFENSE***

25      108.   Plaintiff had actual knowledge of the condition and particular danger

26 alleged, knew and understood the degree of the risk involved, and voluntarily assumed

27 such risk. Not all information known at this time.

28 ///

1

### *SECOND AFFIRMATIVE DEFENSE*

2    109.  Defendant's actions are privileged pursuant to Civil Code §47.

3

### *THIRD AFFIRMATIVE DEFENSE*

4    110.  Plaintiff's damages if any are limited at the time of filing pursuant to

5  Smiddy v. Varney.  The case is barred based upon collateral estoppel pursuant to Haupt

6  v. Dillard, 17 F. 3d 285 (9th Cir. 1994).  The case is also barred under Heck v.

7  Humphrey, 512 U.S. 477, 486-487, 489-490, 129 L.Ed.2d 383, 114 S.Ct. 2364 (1994).

8

### *FOURTH AFFIRMATIVE DEFENSE*

9    111.  Defendant City of Los Angeles and all Defendants sued in their official

10  capacities are immune from the imposition of punitive damages.

11

### *FIFTH AFFIRMATIVE DEFENSE*

12    112.  Defendant is immune from liability pursuant to the provisions of each of the

13  following California statutes, each of which is set forth as a separate and distinct

14  affirmative defense: Government Code §§ 815.2, 815.6,  818,  818.8, 820.2, 820.4,

15  820.8, 822.2, 835a, 845, 845.6, 845.8, 846, 850.8, 855.6,  and 856.4.

16

### *SIXTH AFFIRMATIVE DEFENSE*

17    113.  Defendant alleges that Plaintiff is bound to exercise reasonable care and

18  diligence to avoid loss and to minimize damages complained of, if any, and Plaintiff may

19  not recover for losses that could have been prevented by his reasonable efforts or by

20  expenditures that he might have reasonably made; and that Plaintiff failed to mitigate his

21  damages, if any there were.

22

### *SEVENTH AFFIRMATIVE DEFENSE*

23    114.  Neither a public entity, nor a public employee, is liable for his/her act or

24  omission, exercising due care, in the execution or enforcement of any law.  Unavoidable

25  Detriment:  To the extent that Plaintiff suffered any detriment or injury, such detriment

26  or injury was unavoidable.

27

### *EIGHTH AFFIRMATIVE DEFENSE*

28    115.  Defendants are entitled to absolute immunity for any evidence they gathered

1 | to assist the prosecutor for trial.

2 | ### NINTH AFFIRMATIVE DEFENSE

3 | 116.   If there was a violation, Defendant is entitled to qualified immunity because

4 | its conduct was reasonable based upon the information that it possessed.  It reasonably

5 | believed "in good faith" that what they did was lawful and appropriate, and relied upon

6 | information provided to them.  Moreover, Defendant acted under a reasonable, even if

7 | mistaken, belief that what they did was reasonable, appropriate and lawful.

8 | ### TENTH AFFIRMATIVE DEFENSE

9 | 117.   Wrongful act of Plaintiff or others.  Any injury or damage suffered was due

10 | to or caused by reason of Plaintiff or other's wrongful acts and conduct, and not by

11 | reason of any wrongful acts or omissions of Defendant.

12 | ### ELEVENTH AFFIRMATIVE DEFENSE

13 | 118.   A peace officer who makes an arrest pursuant to a facially valid arrest

14 | warrant and acts without malice and with the reasonable belief that the person arrested is

15 | the one referred to in the warrant is not liable.

16 | ### TWELFTH AFFIRMATIVE DEFENSE

17 | 119.   As to the federal claims and theories of recovery, the answering Defendants

18 | are protected from liability under the doctrine of qualified immunity, because

19 | Defendants' conduct did not violate clearly established statutory or constitutional rights

20 | of which a reasonable person would have known.

21 |

22 | Dated:        January 25, 2010

23 | **CARMEN A. TRUTANICH**, City Attorney

24 | By:_____/S/_____

25 | **CHRISTIAN R. BOJORQUEZ**, Deputy City Atty
*Attorneys for Defendant s* **CITY OF LOS ANGELES**, a municipal corporation, also named as the LOS ANGELES POLICE

26 | DEPARTMENT, a non-suable entity and ANDREW MONSUE

27 |

28 |

18

## DEMAND FOR JURY TRIAL

Defendant hereby demands and requests a trial by jury in this matter.

WHEREFORE, Defendant prays for judgment as follows:

1.  That Plaintiff takes nothing by this action;

2.  That the action be dismissed;

3.  That Defendant be awarded costs of suit;

4.  That Defendant be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

DATED: January 25, 2010

Respectfully submitted,

**CARMEN A. TRUTANICH**, City Attorney

By: _____/S/_____
**CHRISTIAN R. BOJORQUEZ**, Deputy City Atty

*Attorneys for Defendant s* **CITY OF LOS ANGELES**, a municipal corporation, also named as the LOS ANGELES POLICE DEPARTMENT, a non-suable entity and ANDREW MONSUE