**CARMEN A. TRUTANICH**, City Attorney - **SBN 86629x**
**GARY G. GEUSS**, Chief Assistant City Attorney
**CORY BRENTE**, Assistant City Attorney
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney - **SBN 192872**
christian.bojorquez@lacity.org
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900, Fax No.: (213) 978-8785

*Attorneys for Defendant s* **CITY OF LOS ANGELES**, a municipal corporation, also named as the **LOS ANGELES POLICE DEPARTMENT**, a non-suable entity, **ANDREW MONSUE and HOWARD LANDGREN**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE E. LISKER, | CASE NO.: CV09-09374 AHM (RCx) |
| Plaintiff, | Assigned to: Honorable A. Howard Matz<br>Courtroom: 14 |
| vs. | Assigned to: Magistrate: Rosalyn M. Chapman<br>Courtroom: 23 - 3rd Floor |
| CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT, ANDREW MONSUE, HOWARD LANDGREN, and DOES 1 TO 10, | **FIRST AMENDED ANSWER BY DEFENDANTS CITY OF LOS ANGELES, ANDREW MONSUE AND HOWARD LANDGREN TO PLAINTIFF'S COMPLAINT; DEMAND FOR JURY TRIAL** |
| Defendants | |

PLEASE TAKE NOTICE THAT Defendants **CITY OF LOS ANGELES**, a municipal corporation, also named as the **LOS ANGELES POLICE DEPARTMENT**, a non-suable entity, **ANDREW MONSUE and HOWARD LANDGREN** (collectively "Defendants") herein provide the following amended answer to Plaintiff's Complaint for Damages for themselves and for no other parties, and hereby admit, deny and allege as follows:

1.    Answering paragraph 1, no factual allegations are plead therein, and on that

1 basis the paragraph remains unanswered.

2   2.    Answering paragraph 2, no factual allegations are plead therein, and on that

3 basis the paragraph remains unanswered.

4   3.    Answering paragraph 3, no factual allegations are plead therein, and on that

5 basis the paragraph remains unanswered.

6   4.    Answering paragraph 4, no factual allegations are plead therein, and on that

7 basis the paragraph remains unanswered.

8   5.    Answering paragraph 5, no factual allegations are plead therein, and on that

9 basis the paragraph remains unanswered.  As to any allegations referring to intentional

10 and negligent acts, Defendants deny each and every accusation.

11   6.    Answering paragraph 6 of the Complaint, Defendants lack sufficient

12 information and belief to determine whether all defendants were employees of the City

13 of Los Angeles and lack sufficient information and belief regarding the allegations

14 contained therein, and on that basis, deny each and every claim made therein.

15   7.    Answering paragraph 7 of the Complaint, at this time in the litigation,

16 Defendants lack sufficient information and belief regarding the allegations contained

17 therein, and on that basis, the paragraph remains unanswered.

18   8.    Answering paragraph 8, at this time in the litigation, Defendants lack

19 sufficient information and belief regarding the allegations contained therein, and on that

20 basis, the paragraph remains unanswered.

21   9.    Answering paragraph 9, at this time in the litigation and due to the fact that

22 there are very different accounts that will be discovered during the litigation process,

23 Defendants lack sufficient information and belief regarding the allegations contained

24 therein, and on that basis, the paragraph remains unanswered.

25   10.    Answering paragraph 10, at this time in the litigation and due to the fact that

26 there are very different accounts that will be discovered during the litigation process,

27 Defendants lack sufficient information and belief regarding the allegations contained

28 therein, and on that basis, the paragraph remains unanswered.

11.     Answering paragraph 11, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendants lack sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

12.     Answering paragraph 12, Defendants lack sufficient information and belief regarding the allegations contained therein, and on that basis, deny each and every claim made therein as to Plaintiff's emotional status.

13.     Answering paragraph 13, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendants lack sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

14.     Answering paragraph 14, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendants lack sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

15.     Answering paragraph 15, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendants lack sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

16.     Answering paragraph 16, Defendants have sufficient information to confirm allegations that unfortunately Mrs. Lisker had head trauma and stab wounds, as well as two (2) steak knives were located in close proximity.

17.     Answering paragraph 17, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendants lack sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.  As to the allegations surrounding Plaintiff's emotional status, Defendants also lack sufficient information and belief upon which to answer.

18.    Answering paragraph 18, Defendants have sufficient information to confirm allegations that unfortunately Mrs. Lisker passed away and that she had severely been stabbed and beaten.  As to all other allegations, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendants lack sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

19.    Answering paragraph 19, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendants lack sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.  Defendants agree that both of those individual Detectives eventually were the lead investigators.

20.    Answering paragraph 20, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendants lack sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

21.    Answering paragraph 21, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendants lack sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.  If that allegation is correct, it is unknown whether Plaintiff was a "suspect," in custody at that time and as such, whether he was "interrogated" requiring Miranda or not.

22.    Answering paragraph 22, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendants lack sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

23.    Answering paragraph 23, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendants lack sufficient information and belief regarding the allegations contained

1    therein, and on that basis, the paragraph remains unanswered.

2        24.    Answering paragraph 24, at this time in the litigation and due to the fact that

3    there are very different accounts that will be discovered during the litigation process,

4    Defendants lack sufficient information and belief regarding the allegations contained

5    therein, and on that basis, the paragraph remains unanswered.  As to the allegations

6    surrounding Plaintiff's emotional status, Defendants also lack sufficient information and

7    belief upon which to answer.

8        25.    Answering paragraph 25, at this time in the litigation and due to the fact that

9    there are very different accounts that will be discovered during the litigation process,

10   Defendants lack sufficient information and belief regarding the allegations contained

11   therein, and on that basis, the paragraph remains unanswered.

12       26.    Answering paragraph 26, at this time in the litigation and due to the fact that

13   there are very different accounts that will be discovered during the litigation process,

14   Defendants lack sufficient information and belief regarding the allegations contained

15   therein, and on that basis, the paragraph remains unanswered.

16       27.    Answering paragraph 27, at this time in the litigation and due to the fact that

17   there are very different accounts that will be discovered during the litigation process,

18   Defendants lack sufficient information and belief regarding the allegations contained

19   therein, and on that basis, the paragraph remains unanswered.

20       28.    Answering paragraph 28, at this time in the litigation and due to the fact that

21   there are very different accounts that will be discovered during the litigation process,

22   Defendants lack sufficient information and belief regarding the allegations contained

23   therein, and on that basis, the paragraph remains unanswered.

24       29.    Answering paragraph 29, at this time in the litigation and due to the fact that

25   there are very different accounts that will be discovered during the litigation process,

26   Defendants lack sufficient information and belief regarding the allegations contained

27   therein, and on that basis, the paragraph remains unanswered.

28       30.    Answering paragraph 30, at this time in the litigation and due to the fact that

there are very different accounts that will be discovered during the litigation process,
Defendants lack sufficient information and belief regarding the allegations contained
therein, and on that basis, the paragraph remains unanswered.

31.    Answering paragraph 31, at this time in the litigation and due to the fact that
there are very different accounts that will be discovered during the litigation process,
Defendants lack sufficient information and belief regarding the allegations contained
therein, and on that basis, the paragraph remains unanswered.

32.    Answering paragraph 32, at this time in the litigation and due to the fact that
there are very different accounts that will be discovered during the litigation process,
Defendants lack sufficient information and belief regarding the allegations contained
therein, and on that basis, the paragraph remains unanswered.

33.    Answering paragraph 33, sub-paragraphs a thru c, at this time in the
litigation and due to the fact that there are very different accounts that will be discovered
during the litigation process, Defendants lack sufficient information and belief regarding
the allegations contained therein, and on that basis, the paragraph remains unanswered.

34.    Answering paragraph 34, at this time in the litigation and due to the fact that
there are very different accounts that will be discovered during the litigation process,
Defendants lack sufficient information and belief regarding the allegations contained
therein, and on that basis, the paragraph remains unanswered.

35.    Answering paragraph 35, at this time in the litigation and due to the fact that
there are very different accounts that will be discovered during the litigation process,
Defendants lack sufficient information and belief regarding the allegations contained
therein, and on that basis, the paragraph remains unanswered.

36.    Answering paragraph 36, at this time in the litigation and due to the fact that
there are very different accounts that will be discovered during the litigation process,
Defendants lack sufficient information and belief regarding the allegations contained
therein, and on that basis, the paragraph remains unanswered.

37.    Answering paragraph 37, at this time in the litigation and due to the fact that

1   there are very different accounts that will be discovered during the litigation process,

2   Defendants lack sufficient information and belief regarding the allegations contained

3   therein, and on that basis, the paragraph remains unanswered.

4       38.    Answering paragraph 38, at this time in the litigation and due to the fact that

5   there are very different accounts that will be discovered during the litigation process,

6   Defendants lack sufficient information and belief regarding the allegations contained

7   therein, and on that basis, the paragraph remains unanswered.

8       39.    Answering paragraph 39, at this time in the litigation and due to the fact that

9   there are very different accounts that will be discovered during the litigation process,

10  Defendants lack sufficient information and belief regarding the allegations contained

11  therein, and on that basis, the paragraph remains unanswered.

12      40.    Answering paragraph 40, sub-paragraphs a thru e, at this time in the

13  litigation and due to the fact that there are very different accounts that will be discovered

14  during the litigation process, Defendants lack sufficient information and belief regarding

15  the allegations contained therein, and on that basis, the paragraph remains unanswered.

16      41.    Answering paragraph 41, sub-paragraphs a thru g, at this time in the

17  litigation and due to the fact that there are very different accounts that will be discovered

18  during the litigation process, Defendants lack sufficient information and belief regarding

19  the allegations contained therein, and on that basis, the paragraph remains unanswered.

20      42.    Answering paragraph 42, sub-paragraphs a thru e, at this time in the

21  litigation and due to the fact that there are very different accounts that will be discovered

22  during the litigation process, Defendants lack sufficient information and belief regarding

23  the allegations contained therein, and on that basis, the paragraph remains unanswered.

24      43.    Answering paragraph 43, at this time in the litigation and due to the fact that

25  there are very different accounts that will be discovered during the litigation process,

26  Defendants lack sufficient information and belief regarding the allegations contained

27  therein, and on that basis, the paragraph remains unanswered.

28      44.    Answering paragraph 44, at this time in the litigation and due to the fact that

1  there are very different accounts that will be discovered during the litigation process,

2  Defendants lack sufficient information and belief regarding the allegations contained

3  therein, and on that basis, the paragraph remains unanswered.

4       45.    Answering paragraph 45, at this time in the litigation and due to the fact that

5  there are very different accounts that will be discovered during the litigation process,

6  Defendants lack sufficient information and belief regarding the allegations contained

7  therein, and on that basis, the paragraph remains unanswered.  It is Defendants'

8  understanding that Mr. Ryan is no longer alive, as he passed away shortly after the

9  murder of Mrs. Lisker.

10       46.    Answering paragraph 46, at this time in the litigation and due to the fact that

11  there are very different accounts that will be discovered during the litigation process,

12  Defendants lack sufficient information and belief regarding the allegations contained

13  therein, and on that basis, the paragraph remains unanswered.  It is Defendants'

14  understanding that Mr. Ryan is no longer alive, as he passed away shortly after the

15  murder of Mrs. Lisker.

16       47.    Answering paragraph 47, at this time in the litigation and due to the fact that

17  there are very different accounts that will be discovered during the litigation process,

18  Defendants lack sufficient information and belief regarding the allegations contained

19  therein, and on that basis, the paragraph remains unanswered.  It is Defendants'

20  understanding that Mr. Ryan is no longer alive, as he passed away shortly after the

21  murder of Mrs. Lisker.

22       48.    Answering paragraph 48, at this time in the litigation and due to the fact that

23  there are very different accounts that will be discovered during the litigation process,

24  Defendants lack sufficient information and belief regarding the allegations contained

25  therein, and on that basis, the paragraph remains unanswered.  It is Defendants'

26  understanding that Mr. Ryan is no longer alive, as he passed away shortly after the

27  murder of Mrs. Lisker.

28       49.    Answering paragraph 49, at this time in the litigation and due to the fact that

Case 2:09-cv-09374-ODW-AJW    Document 38    Filed 10/06/10    Page 9 of 19    Page ID
#:231

1   there are very different accounts that will be discovered during the litigation process,

2   Defendants lack sufficient information and belief regarding the allegations contained

3   therein, and on that basis, the paragraph remains unanswered.

4       50.    Answering paragraph 50, at this time in the litigation and due to the fact that

5   there are very different accounts that will be discovered during the litigation process,

6   Defendants lack sufficient information and belief regarding the allegations contained

7   therein, and on that basis, the paragraph remains unanswered.

8       51.    Answering paragraph 51, at this time in the litigation and due to the fact that

9   there are very different accounts that will be discovered during the litigation process,

10  Defendants lack sufficient information and belief regarding the allegations contained

11  therein, and on that basis, the paragraph remains unanswered.  It is Defendants'

12  understanding that Detective Monsue did run a criminal background check of a Michael

13  Ryan.

14      52.    Answering paragraph 52, no factual allegations are plead therein, and on

15  that basis the paragraph remains unanswered.

16      53.    Answering paragraph 53 , at this time in the litigation, Defendants lack

17  sufficient information and belief regarding the allegations contained therein, and on that

18  basis, the paragraph remains unanswered.

19      54.    Answering paragraph 54, at this time in the litigation, Defendants lack

20  sufficient information and belief regarding the allegations contained therein, and on that

21  basis, the paragraph remains unanswered.

22      55.    Answering paragraph 55, at this time in the litigation, Defendants lack

23  sufficient information and belief regarding the allegations contained therein, and on that

24  basis, the paragraph remains unanswered.

25      56.    Answering paragraph 56, at this time in the litigation and due to the fact that

26  there are very different accounts that will be discovered during the litigation process,

27  Defendants lack sufficient information and belief regarding the allegations contained

28  therein, and on that basis, the paragraph remains unanswered.

57.    Answering paragraph 57, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendants lack sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.  It is Defendants' understanding that Mr. Ryan is no longer alive, as he passed away shortly after the murder of Mrs. Lisker.  During the time in question, it is Defendants' belief that Mr. Ryan also abused drugs.

58.    Answering paragraph 58, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendants lack sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.  During the time in question, it is Defendants' belief that Mr. Ryan also abused drugs.

59.    Answering paragraph 59, at this time in the litigation and due to the fact that there are very. different accounts that will be discovered during the litigation process, Defendants lack sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.  It is Defendants' understanding that Mr. Ryan is no longer alive, as he passed away shortly after the murder of Mrs. Lisker.  During the time in question, it is Defendants' belief that Mr. Ryan also abused drugs.

60.    Answering paragraph 60, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendants lack sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.  It is Defendants' understanding that Mr. Ryan is no longer alive, as he passed away shortly after the murder of Mrs. Lisker.  During the time in question, it is Defendants' belief that Mr. Ryan also abused drugs.

61.    Answering paragraph 61, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process,

1  Defendant lacks sufficient information and belief regarding the allegations contained

2  therein, and on that basis, the paragraph remains unanswered. It is Defendants'

3  understanding that Mr. Ryan is no longer alive, as he passed away shortly after the

4  murder of Mrs. Lisker. During the time in question, it is Defendants' belief that Mr.

5  Ryan also abused drugs.

6      62.    Answering paragraph 62, at this time in the litigation and due to the fact that

7  there are very different accounts that will be discovered during the litigation process,

8  Defendants lack sufficient information and belief regarding the allegations contained

9  therein, and on that basis, the paragraph remains unanswered. During the time in

10  question, it is Defendants' belief that Mr. Ryan also abused drugs, and as such the

11  totality of the circumstances dictates the evaluation.

12      63.    Answering paragraph 63, at this time in the litigation and due to the fact that

13  there are very different accounts that will be discovered during the litigation process,

14  Defendants lack sufficient information and belief regarding the allegations contained

15  therein, and on that basis, the paragraph remains unanswered.

16      64.    Answering paragraph 64, no factual allegations are made therein, and on

17  that basis the paragraph remains unanswered.

18      65.    Answering paragraph 65, at this time in the litigation and due to the fact that

19  there are very different accounts that will be discovered during the litigation process,

20  Defendants lack sufficient information and belief regarding the allegations contained

21  therein, and on that basis, the paragraph remains unanswered.

22      66.    Answering paragraph 66, at this time in the litigation and due to the fact that

23  there are very different accounts that will be discovered during the litigation process,

24  Defendants lack sufficient information and belief regarding the allegations contained

25  therein, and on that basis, the paragraph remains unanswered.

26      67.    Answering paragraph 67, no factual allegations are plead therein, and on

27  that basis the paragraph remains unanswered.

28      68.    Answering paragraph 68, at this time in the litigation and due to the fact that

1   there are very different accounts that will be discovered during the litigation process,

2   Defendants lack sufficient information and belief regarding the allegations contained

3   therein, and on that basis, the paragraph remains unanswered.

4       69.    Answering paragraph 69, at this time in the litigation and due to the fact that

5   there are very different accounts that will be discovered during the litigation process,

6   Defendants lack sufficient information and belief regarding the allegations contained

7   therein, and on that basis, the paragraph remains unanswered. It is unknown how such

8   an allegation is supported with the speculative information provided.

9       70.    Answering paragraph 70, at this time in the litigation and due to the fact that

10  there are very different accounts that will be discovered during the litigation process,

11  Defendants lack sufficient information and belief regarding the allegations contained

12  therein, and on that basis, the paragraph remains unanswered.

13      71.    Answering paragraph 71, at this time in the litigation and due to the fact that

14  there are very different accounts that will be discovered during the litigation process,

15  Defendants lack sufficient information and belief regarding the allegations contained

16  therein, and on that basis, the paragraph remains unanswered. It is unknown how such

17  an allegation is supported with the speculative information provided.

18      72.    Answering paragraph 72, at this time in the litigation and due to the fact that

19  there are very different accounts that will be discovered during the litigation process,

20  Defendants lack sufficient information and belief regarding the allegations contained

21  therein, and on that basis, the paragraph remains unanswered.

22      73.    Answering paragraph 73, Defendants deny each and every claim made

23  therein. This is information beyond the knowledge and control of the responding party.

24      74.    Answering paragraph 74, no factual allegations are plead therein, and on

25  that basis the paragraph remains unanswered.

26      75.    Answering paragraph 75, at this time in the litigation and due to the fact that

27  there are very different accounts that will be discovered during the litigation process,

28  Defendants lack sufficient information and belief regarding the allegations contained

1  therein, and on that basis, the paragraph remains unanswered.

2       76.    Answering paragraph 76, Defendants deny that the Detectives lied as

3  alleged herein.

4       77.    Answering paragraph 77, no factual allegations are plead therein, and on

5  that basis the paragraph remains unanswered.

6       78.    Answering paragraph 78, at this time in the litigation and due to the fact that

7  there are very different accounts that will be discovered during the litigation process,

8  Defendants lack sufficient information and belief regarding the allegations contained

9  therein, and on that basis, the paragraph remains unanswered.  There are rules of

10  evidence, a Defense Counsel, Prosecutor and a Judge that control these issues.  They are

11  beyond the power and control of the Defendants and the City's employees.

12       79.    Answering paragraph 79, at this time in the litigation and due to the fact that

13  there are very different accounts that will be discovered during the litigation process,

14  Defendants lack sufficient information and belief regarding the allegations contained

15  therein, and on that basis, the paragraph remains unanswered.

16       80.    Answering paragraph 80, at this time in the litigation and due to the fact that

17  there are very different accounts that will be discovered during the litigation process,

18  Defendants lack sufficient information and belief regarding the allegations contained

19  therein, and on that basis, the paragraph remains unanswered.

20       81.    Answering paragraph 81, no relevant and admissible allegations are plead

21  therein, and on that basis the paragraph remains unanswered.  Nevertheless, it is

22  Defendants' understanding that Plaintiff did file a complaint.

23       82.    Answering paragraph 82, at this time in the litigation and due to the fact that

24  there are very different accounts that will be discovered during the litigation process,

25  Defendants lack sufficient information and belief regarding the allegations contained

26  therein, and on that basis, the paragraph remains unanswered.

27       83.    Answering paragraph 83, Defendants deny each and every allegation

28  contained therein.

1        84.     Answering paragraph 84, no factual allegations are plead therein, and on

2  that basis the paragraph remains unanswered.

3        85.     Answering paragraph 85, no factual allegations are plead therein, and on

4  that basis the paragraph remains unanswered.

5        86.     Answering paragraph 86, no factual allegations are plead therein, and on

6  that basis the paragraph remains unanswered.

7        87.     Answering paragraph 87 sub-paragraphs a thru f, no factual allegations are

8  plead therein, and on that basis the paragraph remains unanswered.

9        88.     Answering paragraph 88, no factual allegations are plead therein, and on

10  that basis the paragraph remains unanswered.

11        89.     Answering paragraph 89, no factual allegations are plead therein, and on

12  that basis the paragraph remains unanswered.

13        90.     Answering paragraph 90, at this time in the litigation and due to the fact that

14  there are very different accounts that will be discovered during the litigation process,

15  Defendants lack sufficient information and belief regarding the allegations contained

16  therein, and on that basis, the paragraph remains unanswered.

17        91.     Answering paragraph 91, at this time in the litigation and due to the fact that

18  there are very different accounts that will be discovered during the litigation process,

19  Defendants lack sufficient information and belief regarding the allegations contained

20  therein, and on that basis, the paragraph remains unanswered.

21        92.     Answering paragraph 92, at this time in the litigation and due to the fact that

22  there are very different accounts that will be discovered during the litigation process,

23  Defendants lack sufficient information and belief regarding the allegations contained

24  therein, and on that basis, the paragraph remains unanswered.

25        93.     Answering paragraph 93, at this time in the litigation and due to the fact that

26  there are very different accounts that will be discovered during the litigation process,

27  Defendants lack sufficient information and belief regarding the allegations contained

28  therein, and on that basis, the paragraph remains unanswered.

94.     Answering paragraph 94, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendants lack sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

95.     Answering paragraph 95, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendants lack sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

96.     Answering paragraph 96, Defendants deny each and every claim made therein.

97.     Answering paragraph 97, Defendants deny each and every claim made therein regarding allegations of misconduct.  As to all other allegations, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendants lack sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

98.     Answering paragraph 98, Defendants deny each and every claim made therein regarding allegations of misconduct.  As to all other allegations, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendants lack sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

99.     Answering paragraph 99, Defendants lack sufficient information and belief regarding the allegations contained therein, and on that basis, the paragraph remains unanswered.

100.    Answering paragraph 100, at this time in the litigation and due to the fact that there are very different accounts that will be discovered during the litigation process, Defendants lack sufficient information and belief regarding the allegations contained

1 | therein, and on that basis, the paragraph remains unanswered. If that allegation is

2 | correct, it is unknown whether Plaintiff was a "suspect," in custody at that time and as

3 | such, whether he was "interrogated" requiring Miranda or not.

4 | 101. Answering paragraph 101, at this time in the litigation and due to the fact

5 | that there are very different accounts that will be discovered during the litigation process,

6 | Defendants lack sufficient information and belief regarding the allegations contained

7 | therein, and on that basis, the paragraph remains unanswered. There are rules of

8 | evidence, a Defense Counsel, Prosecutor and a Judge that control these issues. They are

9 | beyond the power and control of the Defendants and the City's employees.

10 | 102. Answering paragraph 102, Defendants deny each and every allegation made

11 | therein, as here are rules of evidence, a Defense Counsel, Prosecutor and a Judge that

12 | control these issues. They are beyond the power and control of the Defendants and the

13 | City's employees.

14 | 103. Answering paragraph 103, at this time in the litigation and due to the fact

15 | that there are very different accounts that will be discovered during the litigation process,

16 | Defendants lack sufficient information and belief regarding the "speculative" allegations

17 | contained therein, and on that basis, the paragraph remains unanswered.

18 | 104. Answering paragraph 104, at this time in the litigation and due to the fact

19 | that there are very different accounts that will be discovered during the litigation process,

20 | Defendants lack sufficient information and belief regarding the "speculative" allegations

21 | contained therein, and on that basis, the paragraph remains unanswered.

22 | 105. Answering paragraph 105, at this time in the litigation and due to the fact

23 | that there are very different accounts that will be discovered during the litigation process,

24 | Defendants lack sufficient information and belief regarding the "speculative" allegations

25 | contained therein, and on that basis, the paragraph remains unanswered.

26 | 106. Answering paragraph 106 sub-paragraphs a thru I, Defendants deny each

27 | and every allegation contained therein.

28 | 107. Answering paragraph 107, Defendants deny each and every allegation

contained within the Fifth Claim for Relief.

### FIRST AFFIRMATIVE DEFENSE

108.   Plaintiff had actual knowledge of the condition and particular danger alleged, knew and understood the degree of the risk involved, and voluntarily assumed such risk.  Not all information known at this time.

### SECOND AFFIRMATIVE DEFENSE

109.   Defendants' actions are privileged pursuant to Civil Code §47.

### THIRD AFFIRMATIVE DEFENSE

110.   Plaintiff's damages if any are limited at the time of filing pursuant to Smiddy v. Varney.  The case is barred based upon collateral estoppel pursuant to Haupt v. Dillard, 17 F. 3d 285 (9th Cir. 1994).  The case is also barred under Heck v. Humphrey, 512 U.S. 477, 486-487, 489-490, 129 L.Ed.2d 383, 114 S.Ct. 2364 (1994).

### FOURTH AFFIRMATIVE DEFENSE

111.   Defendant City of Los Angeles and all Defendants sued in their official capacities are immune from the imposition of punitive damages.

### FIFTH AFFIRMATIVE DEFENSE

112.   Defendants are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense: Government Code §§ 815.2, 815.6,  818,  818.8, 820.2, 820.4, 820.8, 822.2, 835a, 845, 845.6, 845.8, 846, 850.8, 855.6,  and 856.4.

### SIXTH AFFIRMATIVE DEFENSE

113.   Defendants allege that Plaintiff is bound to exercise reasonable care and diligence to avoid loss and to minimize damages complained of, if any, and Plaintiff may not recover for losses that could have been prevented by his reasonable efforts or by expenditures that he might have reasonably made; and that Plaintiff failed to mitigate his damages, if any there were.

### SEVENTH AFFIRMATIVE DEFENSE

114.   Neither a public entity, nor a public employee, is liable for his/her act or

omission, exercising due care, in the execution or enforcement of any law.  Unavoidable Detriment:  To the extent that Plaintiff suffered any detriment or injury, such detriment or injury was unavoidable.

### EIGHTH AFFIRMATIVE DEFENSE

115.   Defendants are entitled to absolute immunity for any evidence they gathered to assist the prosecutor for trial.

### NINTH AFFIRMATIVE DEFENSE

116.   If there was a violation, Defendants are entitled to qualified immunity because its conduct was reasonable based upon the information that it possessed.  It reasonably believed "in good faith" that what they did was lawful and appropriate, and relied upon information provided to them.  Moreover, Defendants acted under a reasonable, even if mistaken, belief that what they did was reasonable, appropriate and lawful.

### TENTH AFFIRMATIVE DEFENSE

117.   Wrongful act of Plaintiff or others.  Any injury or damage suffered was due to or caused by reason of Plaintiff or other's wrongful acts and conduct, and not by reason of any wrongful acts or omissions of Defendants.

### ELEVENTH AFFIRMATIVE DEFENSE

118.   A peace officer who makes an arrest pursuant to a facially valid arrest warrant and acts without malice and with the reasonable belief that the person arrested is the one referred to in the warrant is not liable.

### TWELFTH AFFIRMATIVE DEFENSE

119.   As to the federal claims and theories of recovery, the answering Defendants are protected from liability under the doctrine of qualified immunity, because Defendants' conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

1  ## *TWELFTH AFFIRMATIVE DEFENSE*

2      120.  The claims for relief are barred by applicable statutes of limitations.

3

4  Dated:      October 1, 2010

5                  **CARMEN A. TRUTANICH**, City Attorney

6

7                  By:_____/S/_____
                  **CHRISTIAN R. BOJORQUEZ**, Deputy City Atty

8                    ***Attorneys for Defendant s* CITY OF LOS ANGELES**, a municipal
corporation, also named as the LOS ANGELES POLICE
DEPARTMENT, a non-suable entity, ANDREW MONSUE and

9                    HOWARD LANDGREN

10                    **DEMAND FOR JURY TRIAL**

11      Defendants hereby demand and request a trial by jury in this matter.

12        WHEREFORE, Defendants pray for judgment as follows:

13      1.     That Plaintiff takes nothing by this action;

14      2.     That the action be dismissed;

15      3.     That Defendants be awarded costs of suit;

16      4.     That Defendants be awarded other and further relief as the Court may deem

17  just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

18

19  DATED: October 1, 2010

20                  Respectfully submitted,

21

22                  **CARMEN A. TRUTANICH**, City Attorney

23

24                  By:_____/S/_____
                  **CHRISTIAN R. BOJORQUEZ**, Deputy City Atty

25                  ***Attorneys for Defendant s* CITY OF LOS ANGELES**, a
municipal corporation, also named as the LOS ANGELES

26                  POLICE DEPARTMENT, a non-suable entity, ANDREW
MONSUE and HOWARD LANDGREN

27

28