1             UNITED STATES DISTRICT COURT

2      CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

3       HONORABLE A. HOWARD MATZ, U.S. DISTRICT JUDGE

4                   – – –

5

# COPY

6                        )

7 BRUCE LISKER,          )

                      )

8          PLAINTIFF,    )

                      )

9       vs.           ) No. CV09-9374-AHM (RCx)

                      )

10 CITY OF LOS ANGLES, ET AL.,  )

                      )

11         DEFENDANTS.   )

_____)

12

13

14      REPORTER'S TRANSCRIPT OF PROCEEDINGS

15          LOS ANGELES, CALIFORNIA

16         MONDAY, MARCH 22, 2010

17            2:00 P.M.

18

19

20

21

22      _____

23        CINDY L. NIRENBERG, CSR 5059

        U.S. Official Court Reporter

24       312 North Spring Street, #438

      Los Angeles, California 90012

25        *www.cindynirenberg.com*

```
 1    APPEARANCES OF COUNSEL:

 2

 3    FOR THE PLAINTIFF:
                       NASATIR HIRSCH PODBERESKY KHERO & GENEGO
 4                     BY: WILLIAM GENEGO, JR., ATTORNEY AT LAW
                           VICKI PODBERESKY, ATTORNEY AT LAW
 5                     2115 MAIN STREET
                       SANTA MONICA, CA 90405
 6                     310-399-3259

 7

 8    FOR THE DEFENDANTS:
                       LOS ANGELES CITY ATTORNEY'S OFFICE
 9                     CARMEN A. TRUTANICH, CITY ATTORNEY
                       BY: CHRISTIAN R. BOJORQUEZ,
10                         DEPUTY CITY ATTORNEY
                       200 NORTH MAIN STREET
11                     6TH FLOOR
                       LOS ANGELES, CA 90012
12                     213-978-7023

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                LOS ANGELES, CALIFORNIA; MONDAY, MARCH 22, 2010

 2                            2:02 P.M.

 3                          - - - - -

 4            THE CLERK:  Calling Item Number 3, CV09-9374, Bruce

 5    Lisker versus City of Los Angeles, et al.

 6            Counsel, state your appearances, please.

 7            MR. GENEGO:  Good afternoon, Your Honor.  William

 8    Genego, G-E-N-E-G-O, on behalf of Mr. Lisker.

 9            THE COURT:  Good afternoon.

10            MS. PODBERESKY:  Good afternoon, Your Honor.  Vicki

11    Podberesky, P-O-D-B-E-R-E-S-K-Y, on behalf of Mr. Lisker.  And

12    this is Mr. Lisker to my left here (indicating).

13            THE COURT:  Okay.  Good afternoon to all of you.

14            MR. BOJORQUEZ:  Good afternoon, Your Honor.

15    Christian Bojorquez, B-, as in boy, O-J-O-R-Q-U-E-Z, on behalf

16    of all defendants in this matter.

17            THE COURT:  All right.  Good afternoon to you, as

18    well.

19            So Monsue and Landgren are not going to have separate

20    counsel?

21            MR. BOJORQUEZ:  No.

22            THE COURT:  And you've determined from an ethical and

23    conflict point of view that that's appropriate?

24            MR. BOJORQUEZ:  Well, I mean, at this point, I think

25    we are in a situation where we're still evaluating to see
```

1    exactly the full role and some of the particular allegations

2    against each of them, so -- but as far as what we look at right

3    now as far as prosecuting, we don't have enough information at

4    this point right now.  There was the potential, though.

5          But unless we hear something further -- and again, I

6    have not gotten into a situation where I am in a conflicted

7    issue at this point right now.

8          THE COURT:  Okay.  Well, I'm sure you're aware of

9    your professional duties and the standards, so I'll leave it to

10   you, but --

11         MR. BOJORQUEZ:  Yes, Your Honor.

12         THE COURT:  -- I wanted to confirm that.

13         I don't understand a number of things in the 16(b)

14   report, but let's start with what appears on page 7.

15         What am I supposed to make out of the discussion

16   there about this Hall case?  What bearing does that have on

17   this case and on me?

18         MR. BOJORQUEZ:  I'm sorry, Your Honor.  Page 7?  I'm

19   trying to look.

20         THE COURT:  Yes, page 7, under the heading that talks

21   about defendants.

22         MR. BOJORQUEZ:  My 7 is a little bit different.

23         MR. GENEGO:  You don't have a copy of the file.  That

24   was the copy that was -- he's talking about the Harold Hall

25   case.

1          MR. BOJORQUEZ:  Oh, no, the only thing that I brought

2     that up for, Your Honor, is basically because it's a very

3     similar case to the case that we have in this particular one.

4          And I know that there have been a lot of issues that

5     have gone back and forth regarding legal issues that it appears

6     there's been a divergence as to what the actual legal claims

7     and issues are in that particular case.  And those --

8          THE COURT:  Mr. Bojorquez, I'm sorry, but I don't

9     have a clue what you're telling me.  Just back up and approach

10    this very fundamentally.

11         MR. BOJORQUEZ:  Sure.

12         THE COURT:  What is it that's similar about Hall and

13    what is it that's -- may have been going on or previously went

14    on in Hall that has a bearing on this case?

15         MR. BOJORQUEZ:  I think it's just the legal issues

16    that technically right now -- like, for example --

17         THE COURT:  Has there been a judicial ruling on some

18    issue that you intend to cite as support for some position you

19    are going to take in this case?

20         MR. BOJORQUEZ:  There may be.

21         THE COURT:  Okay.  That's the way I want you to try

22    to answer this question.

23         So who issued a ruling and what was it about?

24         MR. BOJORQUEZ:  Well, my understanding is no ruling

25    has been issued at this point.  My understanding, there was a

1    summary judgment brought by the defendants with respect to the

2    allegations by Harold Hall.  Those, basically, were granted by

3    the underlying District Court for --

4            THE COURT:  Schiavelli?

5            MR. BOJORQUEZ:  Yes, correct.

6            -- in favor of the defendants for malicious

7    prosecution and, I believe, the issue regarding some of the

8    false evidence being -- against the detectives in that case.

9            The plaintiffs, I believe, brought it to the Ninth

10   Circuit.  Ninth Circuit --

11           THE COURT:  Do you represent the plaintiff?

12           MR. GENEGO:  I do, Your Honor.  I didn't want to

13   interrupt, but I've represented Mr. Hall since 2000, when he --

14   when I represented him in his federal habeas in the Ninth

15   Circuit, where his conviction was reversed.  I then, together

16   with John Burton, have been representing him since 2005.

17           THE COURT:  Who has the case now?

18           MR. GENEGO:  It was -- it's now in front of Judge

19   Collins.  It was originally in front of Judge Schiavelli.

20   There was -- summary judgment motion was granted.  We appealed.

21   The Ninth Circuit affirmed as to one of the Devereux

22   propositions, reversed as to the other, and remanded the case.

23   It was assigned to --

24           THE COURT:  So who's left in the case and what's the

25   theory of the case?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              MR. GENEGO:  The theory of the case is that the
 2    detectives in that case, Mark Arneson and his partner, Kenneth
 3    Crocker, basically used false evidence to convict Mr. Hall and
 4    subjected him to criminal charges.  So to that extent, one of
 5    the claims is --
 6              THE COURT:  Is it a due process theory?
 7              MR. GENEGO:  Yes, correct.
 8              THE COURT:  Okay.  And how would you characterize
 9    your theory in this case?  I have read the complaint.  It tells
10    a very fascinating story.  I had read Judge Zarefsky's previous
11    ruling, at least one of them, but I don't really understand
12    what the legal hook is on your complaint in this case.  What
13    constitutional right was violated?  What's the best support you
14    currently have for that?
15              MR. GENEGO:  The Ninth Circuit has recognized that
16    there's a constitutional right not to be subject to criminal
17    prosecution based on evidence that the defendant knew or should
18    have known was false.
19              I think that is the proposition that is fundamental
20    to our claim, and it's one that has been recognized by the
21    Ninth Circuit in Devereux versus Abbey and they cite other
22    cases that they rely on for that proposition.
23              So that is -- and in this case --
24              THE COURT:  So -- but putting it in a different
25    manner, you say the evidence that the defendants knew to be
```

1    false or -- what was it?

2          MR. GENEGO:  Knew or should have known was false.  I

3    think that --

4          THE COURT:  Knew or should have known was false.

5          MR. GENEGO:  -- Devereux has --

6          THE COURT:  So if a police officer didn't know, but

7    should have known, that some information on which he was

8    relying was false and he pursues an investigation that

9    culminates in the prosecution with the obvious involvement of

10   district attorneys, that police officer -- assuming that

11   there's no problem with Heck versus Humphrey, that police

12   officer violated the suspect's constitutional rights.

13         MR. GENEGO:  If it's the false evidence that caused

14   the person to be subject to prosecution, yes.

15          I mean, there -- I don't mean to suggest that if

16   there is some minimal piece of evidence that he thought he was

17   using a black pen, rather than a blue pen, that that would

18   provide a basis for a constitutional claim, but to the extent

19   that the false evidence -- and in this case, in fact, that --

20   you know, there is evidence that the detective knew or should

21   have known was false, he used that to prosecute Mr. Lisker, and

22   that violated his due process right.

23         THE COURT:  Okay.  I assume that both of you are

24   familiar with the Goldstein case that I have been handling?

25         MR. GENEGO:  I am, yes.

```
 1            MR. BOJORQUEZ:  I am not, Your Honor.

 2            THE COURT:  Okay.  Well, that surprises me.  Okay.

 3   You can make your decision.  These are very difficult cases.

 4   They raise fascinating issues, but they're difficult cases,

 5   including for the lawyers.

 6            So this reference in your section of this brief to

 7   the Hall case is supposed to suggest to me that you're planning

 8   to make certain motions addressed to what?

 9            MR. BOJORQUEZ:  You know, Your Honor, I think there

10   is a variety of different motions.

11            Obviously, summary judgment motion is what we would

12   ultimately bring, and then, of course, there is always --

13   depending on the partial adjudication of the issues.

14            One of the things that counsel and I have talked

15   about was I know we talked about this particular false

16   evidence.  He talks about a shoeprint reenactment and I know

17   there is some issues of some -- throwing his client in with

18   certain people who are informants and they are kind of forced

19   to kind of do this and coerce a confession out of a particular

20   suspect.

21            You know, I kind of redirected the issue and said,

22   you know, in our minds, the real issue becomes whether or

23   not -- first of all, of course, whether or not the habeas

24   proceeding constitutes a favorable termination.  I think that's

25   one of the first issues, but then secondly, the issue regarding
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    probable cause.

2            Probable cause, to me, irrespective of even if there

3    was certain evidence they believe somehow was false based upon

4    the officer, I mean, to me, the case really bundles down to was

5    there probable cause to make the arrest of Mr. Lisker, even if

6    you took away any of the information regarding what they

7    believe was the intentional falsehood, so to speak, from any of

8    the defendants.

9            And what they rely heavily upon is the shoeprint

10   analysis, which, in our opinion, was equally available to the

11   defense at that time to evaluate and make their own

12   determination.

13           The second one they hold a lot of weight to is the

14   issue of the reenactment, that what Detective Monsue stated he

15   saw when he went there on a particular day couldn't have been

16   seen by the plaintiff in this particular case.

17           I mean, those are the type of things that during

18   trial --

19           THE COURT:  Okay.  But let me ask you this,

20   Mr. Genego.  You say that the theory of the case is due

21   process.  It's not a Brady theory.

22           MR. GENEGO:  There is a Brady claim in there.  I was

23   responding to the Court's question what was our main claim.

24   There is a Brady claim and there's also a Fifth Amendment

25   claim.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1          THE COURT:  And what is your response to

 2   Mr. Bojorquez' characterization, which is boiling down to

 3   whether or not there was probable cause?

 4          MR. GENEGO:  Mr. Bojorquez is relying on a statement

 5   made by Robert Hughes, a jailhouse informant, about six months

 6   after Mr. Lisker was arrested.  So that could not possibly have

 7   been the basis for his initial arrest, nor the basis for him

 8   being held --

 9          THE COURT:  But --

10          MR. GENEGO:  -- at the juvenile hearing.

11          THE COURT:  -- if, at the end of the day, looking

12   back on this saga, what happened to Mr. Lisker, the conclusion

13   is -- and maybe it would be -- I would have to draw it -- that

14   there was probable cause to proceed, however innocent factually

15   he may have been, there was probable cause to proceed, and it

16   was perceived to be probable by not only the prosecutors, but

17   by the LAPD officers, then what?  What is left to Mr. Lisker's

18   legal claim?

19          MR. GENEGO:  I think that if the Court were to find

20   that there was evidence separate and apart from what we could

21   prove was false evidence, that would then -- as a basis for

22   proceeding and holding him, that that would then knock out our

23   false evidence claim.

24          I think that our Brady claim and Fifth Amendment

25   claim would still remain at that point, the Fifth Amendment
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    claim being that when he was first arrested on the day that his

2    mother was killed on March 10th, there's a recording of the

3    detective.  He brings Mr. Lisker in, questions him for about

4    two hours, and in the middle of that, he says, "Okay, now I'm

5    going to put you under -- now I'm going to give you your

6    Miranda warnings."

7              In the entire interview, Mr. Lisker maintains that

8    he's innocent.  He never says that --

9              THE COURT:  Well --

10             MR. GENEGO:  -- he's guilty.  So --

11             THE COURT:  -- you're going beyond --

12             MR. GENEGO:  Okay.

13             THE COURT:  -- what I need to know and I don't think

14   you're responding to my question, which may or may not have

15   been clear.

16             I'm just trying to see what kind of constitutional

17   right would be violated that would make this case different

18   from other cases where somebody gets convicted wrongfully; as

19   it turns out, the eyewitness identification was wrong, the

20   ballistics evidence was wrong, somebody got prosecuted,

21   somebody got convicted, somebody served a sentence in prison

22   and eventually got released and may have been exonerated.  But

23   not in every one of those cases is there a constitutional

24   violation.

25             MR. GENEGO:  I agree.

1          THE COURT:  So what I'm trying to get you to explain

2     is why the fact that Mr. Lisker eventually got released -- what

3     more beyond that fact are you going to have to prove to

4     establish a constitutional violation?

5          MR. GENEGO:  What we are going to have to prove as to

6     the false evidence claim -- and, again, we have other

7     arguments, but I'll focus on the false --

8          THE COURT:  When you say "false," to me that means

9     known to be fabricated.  That's your theory of the case?

10         MR. GENEGO:  I would accept that burden.  I think

11    that the case law gives us the alternative knew or should have

12    known, because you can never -- it's just another way of

13    proving actual knowledge.

14         But yes, we would prove that on the day that

15    Detective Monsue arrested Mr. Lisker and then proceeded to have

16    him prosecuted and went to the district attorney, that he knew

17    the evidence that he was relying on to subject him to the

18    murder prosecution of his mother, that he knew it was false and

19    that that violated his right to due process.

20         And we have testimony from the prosecutor that he did

21    not know that that evidence was false.  He later went out

22    back -- many years later, he went back out to the scene and saw

23    that, in fact, it was false and that what he had argued to the

24    jury, based on what the detective told him, was, in fact,

25    false.  And that was the critical piece of evidence in the

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    entire case all along, that he said --

2            THE COURT:  Did this prosecutor testify in the habeas

3    hearing?

4            MR. GENEGO:  He did.

5            THE COURT:  What's his name?

6            MR. GENEGO:  Phillip Rabichow.

7            And he said that he had not gone out to the scene,

8    that he wished that he had, and then when he went back out

9    there, it was with two L.A. Times reporters, and he literally

10   turned white, because you could see in what he argued to the

11   jury and what the theory of the case was all along from

12   Detective Monsue was that Mr. Lisker lied when he could see his

13   mother, and the reason that he made that lie was because he had

14   to create some excuse for why he was in the house.

15           And it was like the most damning argument you could

16   make for a conviction, because there was no other reason he

17   would lie about that fact.  And he knew that that was false,

18   because, in fact, you could see.  And he said it was a bright,

19   sunny day.  We have got weather reports.  Judge Zarefsky made a

20   factual finding based on photography of the weather on that day

21   at that time that it was not a bright and sunny day and that he

22   had lied when he said that.

23           So I agree that these cases are very hard and that

24   not every one of them is a constitutional claim, but I do think

25   that this case is very unusual because of what we were able to

1    develop in the habeas case that really does prove that he was

2    basically framed by Detective Monsue.

3            And I don't mean that's a constitutional claim, but I

4    think that sort of -- in common parlance, that's what happened.

5            THE COURT:  What about Landgren?  Why is he an

6    individual defendant?

7            MR. GENEGO:  Because he also signed the reports that

8    had these false statements about what the evidence established.

9            And he may end up not being a defendant.  I don't

10   know what he's going to say about his participation.  But

11   because we were not able to determine that at this point, we

12   named him as a defendant because he did sign off on the reports

13   where this false information --

14           THE COURT:  And you've --

15           MR. GENEGO:  -- was included.

16           THE COURT:  -- named ten Does.

17           Now, I know that you've been involved in this case

18   for a significant period and, undoubtedly, did a lot of your

19   homework.

20           How much time do you think you need to determine

21   whether there is an appropriate legal basis to name an

22   individual defendant currently referred to as a Doe?  Is there

23   more discovery that you expect to be initiating and obtaining

24   from the City that you don't already have?

25           MR. GENEGO:  The answer is no.  I mean, I think that

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1   we have the universe of evidence that we need.

2          And there was one additional person who we were

3   thinking of naming, who is the photographer, because of

4   information he provided.  But ultimately, we decided to not

5   name him and I honestly don't think that we're going to be

6   substituting any people in as Does.

7          And if the Court made me select right now, I would

8   say no, we don't --

9          THE COURT:  I wouldn't do that, because that's a

10  little bit --

11         MR. GENEGO:  It'll be a short period of time.

12         THE COURT:  Twelve weeks?

13         MR. GENEGO:  Yes.

14         THE COURT:  Okay.  That's one date you can put in,

15  but I'll -- 12 weeks from today is the last day to amend the

16  pleadings.

17         Now, that's as to identifying parties.  What about

18  claims?  After all this significant effort on your part -- I

19  don't know about Burton -- are you likely to try to amend the

20  complaint to raise new theories?

21         MR. GENEGO:  No.  I think we have all of our

22  concepts.

23         THE COURT:  So this will be a difference with the

24  Goldstein case.

25         The pleadings will be deemed final in 12 weeks if not

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    otherwise changed.

2           Now, this deputy D.A., is he still a deputy D.A.?

3           MR. GENEGO:  He was retired at the time of the

4    evidentiary hearing and he is still retired, but living in Los

5    Angeles.

6           MR. BOJORQUEZ:  And, Your Honor, the defense doesn't

7    necessarily agree with the analysis portrayed.

8           THE COURT:  I realize that, Mr. Bojorquez.  I don't

9    mind your saying so, but it's really not necessary.  I'm not

10   making any finding; I'm trying to understand what's going on

11   here.

12          And I don't understand either side's reference to --

13   especially -- I think it's the defendants -- to the five-day

14   evidentiary hearing, so I'm directing your attention to page 9,

15   line 16.

16          Do you have that before you, Mr. Bojorquez?

17          MR. BOJORQUEZ:  Yes, Your Honor.

18          THE COURT:  What are you telling me there?  I didn't

19   understand the plaintiffs to be seeking a five-day evidentiary

20   hearing in lieu of a trial.

21          MR. BOJORQUEZ:  No.  I apologize, Your Honor.

22          I think what happened is that counsel was referring

23   to the five-day evidentiary habeas proceeding, essentially

24   saying that that is kind of the outlying form for our entire

25   case, that all the evidence that's going to be utilized in this

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    particular case has already kind of -- the work has already

2    been done for us in that evidentiary habeas proceeding.

3           The defense position is that that would be incorrect.

4    The habeas proceeding was dictated based upon what his client

5    was attempting to do and the law that governed at that time.

6    This is a much different case.

7           THE COURT:  Well, your clients weren't parties to

8    that proceeding.

9           MR. BOJORQUEZ:  Correct.  And there is stuff that

10   would be outside --

11          THE COURT:  Was your office involved in any way in

12   that proceeding?

13          MR. BOJORQUEZ:  Actually, I can say no.  My

14   understanding was they were involved in whether or not there

15   was -- depending upon the outcome of the habeas proceeding, I

16   can represent that our office -- not our office, but the LAPD

17   would have been involved in a re-trial of Mr. Lisker --

18          THE COURT:  Yeah, but there was no -- All right.  So

19   let's try to be very practical about this.

20          So you prevailed after the hearing.  As a result of

21   the hearing, you had five days worth of testimony presented to

22   Judge Zarefsky.

23          Are you attempting to introduce into the record in

24   this case the transcript of that hearing, all exhibits, or do

25   you plan to proceed with whatever you learned from that

1  hearing, but presenting it in --

2       MR. GENEGO:  We intend to prove it again.  We do not

3  claim there is any kind of -- we're not going to try to make a

4  collateral estoppel argument.  We realize that there is not

5  identity of parties, so we couldn't do that.

6       The point that I was trying to make is it was a very

7  thorough evidentiary hearing and, to that extent, that there

8  was expert testimony about the view, about the footprints.

9  There was a woman from the FBI, there was a criminalist from

10 the LAPD, there were weather --

11      THE COURT:  Who called the FBI witness?

12      MR. BOJORQUEZ:  I think we did, actually.

13      MR. GENEGO:  They were referred -- what happened was

14 that the --

15      THE COURT:  Was it a witness for your client or for

16 the state?

17      MS. PODBERESKY:  It was originally the attorney

18 general's witness.  We ended up calling him.

19      MR. GENEGO:  We ended up calling him.

20      But she gave evidence that was favorable to our

21 position, which was that the bloody shoeprint inside the house

22 that had been said to belong to Mr. Lisker was, in fact, not

23 his shoe.

24      THE COURT:  So how long do you estimate the trial in

25 this case needs to be, Mr. Genego?

1    MR. GENEGO:  I tried to be as objective and

2    reasonable as I could when I said eight to ten days, and that

3    is based on everything that happened at the evidentiary

4    hearing.

5         I mean, the claim was really the same.  The claim on

6    which we prevailed was that he was prosecuted and convicted

7    based on false evidence.  And I realize that finding is not

8    binding, but the issues were very much the same.

9         And I understand they're going to have their

10   different defenses and there's more --

11        THE COURT:  But you have a claim here against the

12   City under Monell.

13        MR. GENEGO:  Correct.

14        THE COURT:  That wasn't at all the subject of

15   anything --

16        MR. GENEGO:  I agree.  I agree.

17        And to the extent that we have to develop that, as

18   well, that would require discovery and it might require some

19   additional proof.

20        But the estimate that I came up with was based on how

21   much we were able to accomplish in the five days of the

22   evidentiary hearing, and that included the attorney general

23   doing everything that he could to try to defeat our claim,

24   including disputing our evidence.

25        And at the end of the day, Judge Zarefsky, as the

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

 1 | Court knows, made very detailed findings of fact, and -- so

 2 | that was both plaintiff and defense evidence and I added some

 3 | more days on to that, eight to ten, which would be three to

 4 | five more days, because of the Monell issue and because I think

 5 | they might have some other experts they want to put on.

 6 |        But I do think that that is a fair estimate and I

 7 | think the case should be able to be tried within that time.

 8 |        THE COURT:  Okay.  Here are the dates:

 9 |        The non-expert discovery cutoff will be December 6th.

10 | We'll use the presumptive schedule.

11 |        Mr. Montes will confirm this, but I think that will

12 | mean a trial date of March 29th, 2011.

13 |        The mechanism to comply with Local Rule 1615 will be

14 | the magistrate judge.  It will not be an attorney from the

15 | settlement panel.  There is no way that the decision makers for

16 | the City would go along with something recommended or brokered

17 | by an attorney, as opposed to a judicial officer.  So that was

18 | totally unrealistic, in my view, Mr. Bojorquez.

19 |        Judge Chapman is the magistrate judge and she'll be

20 | responsible for presiding over a mediation if she's still on

21 | the bench, and she may not be.  She's announced her plan to

22 | step down.

23 |        MR. BOJORQUEZ:  Your Honor, could we go off the

24 | record very quickly?

25 |        THE COURT:  No.  I don't go off the record, but if

1  you would like to tell me something, feel free to say it on the

2  record.

3          MR. BOJORQUEZ:  It's okay.  Thank you, Your Honor.

4          THE COURT:  So the last day to comply with the local

5  rule requiring good faith efforts to settle will be

6  December 13th.

7          We'll set this down for a ten-day jury trial.  I

8  think I can bring it home sooner than that.  It depends a

9  little bit on what happens with the Monell.

10         The pleadings I already said will be deemed final in

11 ten weeks, and I think that takes care of everything.

12         THE CLERK:  Twelve weeks.

13         THE COURT:  Twelve weeks I meant.

14         THE CLERK:  Yeah.

15         THE COURT:  So listen to Mr. Montes and he'll read

16 off all the dates, and we'll take it from there.  Okay.

17         MR. BOJORQUEZ:  Thank you, Your Honor.

18         THE COURT:  Thank you.

19         You should let Judge Chapman know that she's been

20 designated and get a -- let me know by a status report what

21 that date is and then file a second status report after the

22 outcome of the mediation, but within a week of that mediation.

23         MR. GENEGO:  After it occurs, in other words?

24         THE COURT:  Disclosing the outcome, right.

25     *(Proceedings concluded.)*

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1

2

3                          CERTIFICATE

4

5       I hereby certify that pursuant to Section 753,

6  Title 28, United States Code, the foregoing is a true and

7  correct transcript of the stenographically reported

8  proceedings held in the above-entitled matter and that the

9  transcript page format is in conformance with the

10 regulations of the Judicial Conference of the United States.

11

12 Date: APRIL 1, 2011

13

14

15

16                     /S/ Cindy L. Nirenberg

17                     Cindy L. Nirenberg, CSR No. 5059

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

/
/S [1]  23/16

**1**

10th [1]  12/2
12 [2]  16/15 16/25
13th [1]  22/6
16 [2]  4/13 17/15
1615 [1]  21/13

**2**

200 [1]  2/10
2000 [1]  6/13
2005 [1]  6/16
2010 [2]  1/16 3/1
2011 [2]  21/12 23/12
2115 [1]  2/5
213-978-7023 [1]  2/12
22 [2]  1/16 3/1
28 [1]  23/6
29th [1]  21/12
2:00 [1]  1/17
2:02 [1]  3/2

**3**

310-399-3259 [1]  2/6
312 [1]  1/24
3259 [1]  2/6

**4**

438 [1]  1/24

**5**

5059 [2]  1/23 23/17

**6**

6th [2]  2/11 21/9

**7**

7023 [1]  2/12
753 [1]  23/5

**9**

90012 [2]  1/24 2/11
90405 [1]  2/5
9374 [1]  3/4

**A**

Abbey [1]  7/21
able [4]  14/25 15/11 20/21 21/7
about [19]  4/16 4/21 4/24 5/12 5/23 9/15
 9/15 9/16 11/5 12/3 14/17 15/5 15/8
 15/10 16/17 16/19 18/19 19/8 19/8
above [1]  23/8
above-entitled [1]  23/8
accept [1]  13/10
accomplish [1]  20/21
actual [2]  5/6 13/13
actually [2]  18/13 19/12
added [1]  21/2
additional [2]  16/2 20/19
addressed [1]  9/8
adjudication [1]  9/13
affirmed [1]  6/21
after [5]  11/6 16/18 18/20 22/21 22/23
afternoon [6]  3/7 3/9 3/10 3/13 3/14
 3/17
again [3]  4/5 13/6 19/2
against [3]  4/2 6/8 20/11
agree [5]  12/25 14/23 17/7 20/16 20/16
AHM [1]  1/9
al [2]  1/10 3/5
all [13]  3/13 3/16 3/17 9/23 14/1 14/11
 16/18 16/21 17/25 18/18 18/24 20/14

22/16
allegations [2]  6/5 6/2
along [3]  14/1 14/11 21/16
already [4]  15/24 18/1 18/1 22/10
also [2]  10/24 15/7
alternative [1]  13/11
always [1]  9/12
am [4]  4/6 4/15 8/25 9/1
amend [2]  16/15 16/19
Amendment [3]  10/24 11/24 11/25
analysis [2]  10/10 17/7
ANGELES [7]  1/15 1/24 2/8 2/11 3/1 3/5
 17/5
ANGLES [1]  1/10
announced [1]  21/21
another [1]  13/12
answer [2]  5/22 15/25
any [6]  10/6 10/7 16/6 17/10 18/11 19/3
anything [1]  20/15
apart [1]  11/20
apologize [1]  17/21
appealed [1]  6/20
appearances [2]  2/1 3/6
appears [2]  4/14 5/5
approach [1]  5/9
appropriate [2]  3/23 15/21
APRIL [1]  23/12
are [16]  3/19 3/25 5/7 5/19 8/23 9/3 9/18
 9/18 10/17 13/3 13/5 14/23 16/19 17/18
 18/23 21/8
argued [2]  13/23 14/10
argument [2]  14/15 19/4
arguments [1]  13/7
Arneson [1]  7/2
arrest [2]  10/5 11/7
arrested [3]  11/6 12/1 13/15
as [23]  3/15 3/17 4/2 4/2 4/3 4/3 5/6
 5/18 6/21 6/22 11/21 12/18 13/5 15/12
 15/22 16/6 16/17 18/20 20/1 20/2 20/17
 20/25 21/17
ask [1]  10/19
assigned [1]  6/23
assume [1]  8/23
assuming [1]  8/10
attempting [2]  18/5 18/23
attention [1]  17/14
attorney [9]  2/4 2/4 2/9 2/10 13/16 19/17
 20/22 21/14 21/17
Attorney's [1]  2/8
attorneys [1]  8/10
available [1]  10/10
aware [1]  4/8
away [1]  10/6

**B**

back [6]  5/5 5/9 11/12 13/22 13/22 14/8
ballistics [1]  12/20
based [8]  7/17 10/3 13/24 14/20 18/4
 20/3 20/7 20/20
basically [4]  5/2 6/2 7/3 15/2
basis [5]  8/18 11/7 11/7 11/21 15/21
be [30]
bearing [2]  4/16 5/14
because [14]  5/2 13/12 14/10 14/13
 14/16 14/18 14/25 15/7 15/11 15/12
 16/3 16/9 21/4 21/4
becomes [1]  9/22
been [18]  5/4 5/6 5/13 5/17 5/25 6/16
 7/20 8/24 10/15 11/7 11/15 12/15 12/22
 15/17 18/2 18/17 19/22 22/19
before [1]  17/16
behalf [3]  3/8 3/11 3/15
being [4]  6/8 11/8 12/1 15/9
believe [4]  6/7 6/9 10/3 10/7
belong [1]  19/22

bench [1]  21/21
best [1]  18/9
beyond [2]  12/11 13/3
binding [1]  20/8
bit [3]  4/22 16/10 22/9
black [1]  8/17
bloody [1]  19/21
blue [1]  8/17
boiling [1]  11/2
BOJORQUEZ [7]  2/9 3/15 5/8 11/4 17/8
 17/16 21/18
Bojorquez' [1]  1/12
both [2]  8/23 21/2
boy [1]  3/15
Brady [4]  10/21 10/22 10/24 11/24
brief [1]  9/6
bright [2]  14/18 14/21
bring [2]  9/12 22/8
brings [1]  12/3
brokered [1]  21/16
brought [3]  5/1 6/1 6/9
BRUCE [2]  1/7 3/4
bundles [1]  10/4
burden [1]  13/10
Burton [2]  6/16 16/19
but I'll [1]  16/15
but there [1]  18/18

**C**

CA [2]  2/5 2/11
CALIFORNIA [4]  1/2 1/15 1/24 3/1
called [1]  19/11
calling [3]  3/4 19/18 19/19
came [1]  20/20
can [6]  9/3 13/12 16/14 18/13 18/16
 22/8
care [1]  22/11
carmen [1]  2/9
case [39]
cases [6]  7/22 9/3 9/4 12/18 12/23 14/23
cause [6]  10/1 10/2 10/5 11/3 11/14
 11/15
caused [1]  8/13
CENTRAL [1]  1/2
certain [3]  9/8 9/18 10/3
CERTIFICATE [1]  23/3
certify [1]  23/5
changed [1]  17/1
Chapman [2]  21/19 22/19
characterization [1]  11/2
characterize [1]  7/8
charges [1]  7/4
CHRISTIAN [2]  2/9 3/15
CINDY [3]  1/23 23/16 23/17
Circuit [6]  6/10 6/10 6/15 6/21 7/15 7/21
cite [2]  5/18 7/21
city [8]  1/10 2/8 2/9 2/10 3/5 15/24
 20/12 21/16
claim [19]  7/20 8/18 10/22 10/23 10/24
 10/25 11/18 11/23 11/24 11/25 12/1
 13/6 14/24 15/3 19/3 20/5 20/5 20/11
 20/23
claims [3]  5/6 7/5 16/18
clear [1]  12/15
client [3]  9/17 18/4 19/15
clients [1]  18/7
clue [1]  5/9
Code [1]  23/6
coerce [1]  9/19
collateral [1]  19/4
Collins [1]  6/19
common [1]  15/4
complaint [2]  7/9 7/12 16/20
comply [2]  21/13 22/4
concepts [1]  16/22

## C

concluded [1]  22/25
conclusion [1]  11/12
Conference [1]  23/10
confession [1]  9/19
confirm [2]  4/12 21/11
conflict [1]  3/23
conflicted [1]  4/6
conformance [1]  23/9
constitutes [1]  9/24
constitutional [9]  7/13 7/16 8/12 8/18
 12/16 12/23 13/4 14/24 15/3
convict [1]  7/3
convicted [3]  12/18 12/21 20/6
conviction [2]  6/15 14/16
copy [3]  1/6 4/23 4/24
correct [5]  6/5 7/7 18/9 20/13 23/7
could [9]  11/6 11/20 14/10 14/12 14/15
 14/18 20/2 20/23 21/23
couldn't [2]  10/15 19/5
counsel [5]  2/1 3/6 3/20 9/14 17/22
course [2]  9/12 9/23
COURT [6]  1/1 1/23 6/3 11/19 16/7 21/1
Court's [1]  10/23
create [1]  14/14
criminal [2]  7/4 7/16
criminalist [1]  19/9
critical [1]  13/25
Crocker [1]  7/3
CSR [2]  1/23 23/17
culminates [1]  8/9
currently [2]  7/14 15/22
cutoff [1]  21/9
CV09 [1]  1/9 3/4
CV09-9374 [1]  3/4
CV09-9374-AHM [1]  1/9

## D

D.A [2]  17/2 17/2
damning [1]  14/15
date [4]  16/14 21/12 22/21 23/12
dates [2]  21/8 22/16
day [14]  10/15 11/11 12/1 13/14 14/19
 14/20 14/21 16/15 17/13 17/19 17/23
 20/25 22/4 22/7
days [5]  18/21 20/21 21/3 21/4
December [2]  21/9 22/6
December 13th [1]  22/6
decided [1]  16/4
decision [2]  9/3 21/15
deemed [2]  16/25 22/10
defeat [1]  20/23
defendant [5]  7/17 15/6 15/9 15/12
 15/22
defendants [9]  1/11 2/8 3/16 4/21 6/1
 6/6 7/25 10/8 17/13
defense [4]  10/11 17/6 18/3 21/2
defenses [1]  20/10
depending [2]  9/13 18/15
depends [1]  22/8
deputy [3]  2/10 17/2 17/2
designated [1]  22/20
detailed [1]  21/1
detective [7]  8/20 10/14 12/3 13/15
 13/24 14/12 15/2
detectives [2]  6/8 7/2
determination [1]  10/12
determine [2]  15/11 15/20
determined [1]  3/22
develop [2]  15/1 20/17
Devereux [3]  6/21 7/21 8/5
dictated [1]  18/4
did [6]  13/20 14/2 14/4 15/12 15/18
 19/12

didn't [3]  6/12 8/6 17/18
difference [1]  16/23
different [6]  4/22 7/24 9/10 12/17 18/6
 20/10
difficult [2]  9/3 9/4
directing [1]  17/14
Disclosing [1]  22/24
discovery [3]  15/23 20/18 21/9
discussion [1]  4/15
disputing [1]  20/24
district [6]  1/1 1/2 1/3 6/3 8/10 13/16
divergence [1]  5/6
DIVISION [1]  1/2
do [13]  6/11 6/12 9/19 14/24 15/20 16/9
 17/16 18/5 18/24 19/2 19/5 19/24 21/6
Doe [1]  15/22
does [4]  4/16 15/1 15/16 16/6
doesn't [1]  17/6
doing [2]  12/5 21/9
don't [16]  4/3 4/13 4/23 5/8 7/11 8/15
 12/13 15/3 15/9 15/24 16/5 16/8 16/19
 17/8 17/12 21/25
done [1]  18/2
down [4]  10/4 11/2 21/22 22/7
draw [1]  11/13
due [4]  7/6 8/22 10/20 13/19
during [1]  10/17
duties [1]  4/9

## E

each [1]  4/2
effort [1]  16/13
efforts [1]  22/5
eight [2]  20/2 21/3
either [1]  17/12
end [3]  11/11 15/9 20/25
ended [2]  19/18 19/19
enough [1]  4/3
entire [3]  12/7 14/1 17/24
entitled [1]  23/8
equally [1]  10/10
especially [1]  17/13
essentially [1]  17/23
establish [1]  13/4
established [3]  15/8
estimate [3]  19/24 20/20 21/6
estoppel [1]  19/4
et [2]  1/10 3/5
ethical [1]  3/22
evaluate [1]  10/11
evaluating [1]  3/25
even [2]  10/2 10/5
eventually [2]  12/22 13/2
every [2]  12/23 14/24
everything [3]  20/3 20/23 22/11
evidence [25]
evidentiary [8]  17/4 17/14 17/19 17/23
 18/2 19/7 20/3 20/22
exactly [1]  4/1
example [1]  5/16
excuse [1]  14/14
exhibits [1]  18/24
exonerated [1]  12/22
expect [1]  15/23
expert [2]  19/8 21/9
experts [1]  21/5
explain [1]  13/1
extent [4]  7/4 8/18 19/7 20/17
eyewitness [1]  12/19

## F

fabricated [1]  13/9
fact [9]  8/19 13/2 13/3 13/23 13/24
 14/17 14/18 19/22 21/1
factual [1]  14/20

factually [1]  11/14
fair [2]  11/6 22/5
faith [1]  22/5
false [25]
falsehood [1]  10/7
familiar [1]  8/24
far [2]  4/2 4/3
fascinating [2]  7/10 9/4
favor [1]  6/6
favorable [2]  9/24 19/20
FBI [2]  19/9 19/11
federal [1]  6/14
feel [1]  22/1
Fifth [3]  10/24 11/24 11/25
file [1]  4/23 22/21
final [2]  16/25 22/10
find [1]  11/19
finding [3]  14/20 17/10 20/7
findings [1]  21/1
first [3]  9/23 9/25 12/1
five [6]  17/13 17/19 17/23 18/21 20/21
 21/4
five-day [1]  17/13 17/19 17/23
Floor [1]  2/11
focus [1]  13/7
footprints [1]  19/8
forced [1]  9/18
foregoing [1]  23/6
form [1]  17/24
format [1]  23/9
forth [1]  5/5
framed [1]  16/8
free [2]  12/8 16/19
front [2]  6/18 6/19
full [1]  4/1
fundamental [1]  7/19
fundamentally [1]  5/10
further [1]  4/5

## G

G-E-N-E-G-O [1]  3/8
gave [1]  19/20
Genego [5]  2/3 2/4 3/8 10/20 19/25
general [1]  20/22
general's [1]  19/18
get [2]  13/1 22/20
gets [1]  12/18
give [1]  12/5
gives [1]  13/11
go [3]  21/16 21/23 21/25
going [14]  3/19 5/13 5/19 12/5 12/5
 12/11 13/3 13/5 15/10 16/5 17/10 17/25
 19/3 20/9
Goldstein [2]  8/24 16/24
gone [2]  5/5 14/7
good [7]  3/7 3/9 3/10 3/13 3/14 3/17
 22/5
got [5]  12/20 12/21 12/22 13/2 14/19
gotten [1]  4/6
governed [1]  18/5
granted [2]  6/2 6/20
guilty [1]  12/10

## H

habeas [8]  6/14 9/23 14/2 15/1 17/23
 18/2 18/4 18/15
had [9]  7/10 13/23 14/7 14/8 14/13
 14/22 15/8 18/21 19/22
Hall [8]  4/16 4/24 5/12 5/14 6/2 6/13 7/3
 9/7
handling [1]  8/24
happened [5]  11/12 15/4 17/22 19/13
 20/3
happens [1]  22/9
hard [1]  14/23

## H

**Harold [2]**  4/24 6/2
**has [5]**  5/14 5/17 5/25 6/17 7/15 7/20
8/5 18/1 18/1
**have [42]**
**he [50]**
**he'll [1]**  22/15
**he's [4]**  4/24 12/8 12/10 15/10
**heading [1]**  4/20
**hear [1]**  4/5
**hearing [12]**  11/10 14/3 17/4 17/14
17/20 18/20 18/21 18/24 19/1 19/7 20/4
20/22
**heavily [1]**  10/9
**Heck [1]**  8/11
**held [2]**  11/8 23/8
**her [1]**  21/21
**here [4]**  3/12 17/11 20/11 21/8
**hereby [1]**  23/5
**him [13]**  6/14 6/16 7/4 11/7 11/22 12/3
13/16 13/17 13/24 15/12 16/5 19/18
19/19
**Hirsch [1]**  2/3
**his [14]**  6/14 6/15 7/2 8/22 9/17 11/7
12/1 13/18 13/19 14/5 14/12 15/10 18/4
19/23
**hold [1]**  10/13
**holding [1]**  11/22
**home [1]**  22/8
**homework [1]**  15/19
**honestly [1]**  16/5
**Honor [15]**  3/7 3/10 3/14 4/11 4/18 5/2
6/12 9/1 9/9 17/6 17/17 17/21 21/23
22/3 22/17
**HONORABLE [1]**  1/3
**hook [1]**  7/12
**hours [1]**  12/4
**house [2]**  14/14 19/21
**how [4]**  7/8 15/20 19/24 20/20
**HOWARD [1]**  1/3
**however [1]**  11/14
**Hughes [1]**  11/5
**Humphrey [1]**  8/11

## I

**I'll [3]**  4/9 13/7 16/15
**I'm [11]**  4/8 4/18 4/18 5/8 12/4 12/5
12/16 13/1 17/9 17/10 17/14
**I've [1]**  6/13
**identification [1]**  12/19
**identifying [1]**  16/17
**identity [1]**  19/5
**included [2]**  15/15 20/22
**including [2]**  9/5 20/24
**incorrect [1]**  18/3
**indicating [1]**  3/12
**individual [2]**  15/6 15/22
**informant [1]**  11/5
**informants [1]**  9/18
**information [5]**  4/3 8/7 10/6 15/13 16/4
**initial [1]**  11/7
**initiating [1]**  15/23
**innocent [2]**  11/14 12/8
**inside [1]**  19/21
**intend [2]**  5/18 19/2
**intentional [1]**  10/7
**interrupt [1]**  6/13
**interview [1]**  12/7
**introduce [1]**  18/23
**investigation [1]**  8/8
**involved [4]**  15/17 18/11 18/14 18/17
**involvement [1]**  8/9
**irrespective [1]**  10/2
**is [58]**

## J

**jailhouse [1]**  11/5
**John [1]**  6/16
**JR [1]**  2/4
**judge [11]**  1/3 6/18 6/19 7/10 14/19
18/22 20/25 21/14 21/19 21/19 22/19
**judgment [3]**  6/1 6/20 9/11
**judicial [1]**  17/21 17/21 23/10
**jury [3]**  13/24 14/11 22/7
**just [4]**  5/9 5/15 12/16 13/12
**juvenile [1]**  11/10

## K

**Kenneth [1]**  7/2
**Khero [1]**  2/3
**killed [1]**  12/2
**kind [7]**  9/18 9/19 9/21 12/16 17/24 18/1
19/3
**knew [9]**  7/17 7/25 8/2 8/4 8/20 13/11
13/16 13/18 14/17
**knock [1]**  11/22
**know [15]**  5/4 8/6 8/20 9/9 9/15 9/16
9/21 9/22 12/13 13/21 15/10 15/17
16/19 22/19 22/20
**knowledge [1]**  17/18
**known [7]**  7/18 8/2 8/4 8/7 8/21 13/9
13/12
**knows [1]**  21/1

## L

**L.A [1]**  14/9
**Landgren [2]**  3/19 15/5
**LAPD [3]**  11/17 18/16 19/10
**last [2]**  16/15 22/4
**later [2]**  13/21 13/22
**law [4]**  2/4 2/4 13/11 18/5
**lawyers [1]**  9/5
**learned [1]**  18/25
**least [1]**  7/11
**leave [1]**  4/9
**left [3]**  3/12 6/24 11/17
**legal [6]**  5/5 5/6 5/15 7/12 11/18 15/21
**let [3]**  10/19 22/19 22/20
**let's [2]**  4/14 18/19
**lie [2]**  14/13 14/17
**lied [2]**  14/12 14/22
**lieu [1]**  17/20
**like [3]**  5/16 14/15 22/1
**likely [1]**  16/19
**line [1]**  17/15
**LISKER [16]**  1/7 3/5 3/8 3/11 3/12 8/21
10/5 11/6 11/12 12/3 12/7 13/2 13/15
14/12 18/17 19/22
**Lisker's [1]**  11/17
**listen [1]**  22/15
**literally [1]**  14/9
**little [3]**  4/22 16/10 22/9
**living [1]**  17/4
**local [2]**  21/13 22/4
**long [1]**  19/24
**look [2]**  4/2 4/19
**looking [1]**  11/11
**LOS [8]**  1/10 1/15 1/24 2/8 2/11 3/1 3/5
17/4

**lot [2]**  5/14 10/13 15/18

## M

**made [5]**  11/5 14/13 14/19 16/7 21/1
**magistrate [2]**  21/14 21/19
**main [2]**  2/5 2/10 10/23
**maintains [1]**  12/7
**make [9]**  4/15 9/3 9/8 10/5 10/11 12/17
14/16 19/3 19/6
**makers [1]**  21/15
**making [1]**  17/10
**malicious [1]**  6/6
**manner [1]**  7/25
**many [1]**  13/22
**MARCH [4]**  1/16 3/1 12/2 21/12
**Mark [1]**  7/2
**matter [2]**  3/16 23/8
**MATZ [1]**  1/3
**may [8]**  5/13 5/20 11/15 12/14 12/14
12/22 15/9 21/21
**maybe [1]**  11/13
**me [12]**  4/17 5/9 9/2 9/7 10/2 10/4 10/19
13/8 16/7 17/18 22/1 22/20
**mean [9]**  3/24 8/15 8/15 10/4 10/17 15/3
15/25 20/5 21/12
**means [1]**  13/8
**meant [1]**  22/13
**mechanism [1]**  21/13
**mediation [3]**  21/20 22/22 22/22
**middle [1]**  12/4
**might [2]**  20/18 21/5
**mind [1]**  17/9
**minds [1]**  9/22
**minimal [1]**  8/16
**Miranda [1]**  12/6
**MONDAY [2]**  1/16 3/1
**Monell [2]**  20/12 21/4 22/9
**Monica [1]**  2/5
**Monsue [5]**  3/19 10/14 13/15 14/12 15/2
**Montes [2]**  21/11 22/15
**months [1]**  11/5
**more [5]**  13/3 15/23 20/10 21/3 21/4
**most [1]**  14/15
**mother [3]**  12/2 13/18 14/13
**motion [2]**  6/20 9/11
**motions [2]**  9/8 9/10
**Mr [25]**
**Mr. [2]**  10/20 11/2
**Mr. Bojorquez' [1]**  11/2
**Mr. Genego [1]**  10/20
**much [4]**  15/20 18/6 20/8 20/21
**murder [1]**  13/18
**my [7]**  3/12 4/22 5/24 5/25 12/14 18/13
21/18

## N

**name [3]**  14/5 15/21 16/5
**named [2]**  15/12 15/16
**naming [1]**  16/3
**Nasatir [1]**  2/3
**necessarily [1]**  17/7
**necessary [1]**  17/9
**need [3]**  12/13 15/20 16/1
**needs [1]**  19/25
**never [2]**  12/8 13/12
**new [1]**  16/20
**Ninth [6]**  6/9 6/10 6/14 6/21 7/15 7/21
**NIRENBERG [3]**  1/23 23/16 23/17
**no [15]**  1/9 3/21 5/1 5/24 8/11 14/16
15/25 16/8 16/21 17/21 18/13 18/18
21/15 21/25 23/17
**non [1]**  21/9
**non-expert [1]**  21/9
**North [2]**  1/24 2/10
**not [31]**

## N

now [12]  4/3 4/4 4/7 5/16 6/17 6/18 12/4
12/5 15/17 16/7 16/17 17/2
number [2]  3/4 4/13

## O

O-J-O-R-Q-U-E-Z [1]  3/15
objective [1]  20/1
obtaining [1]  15/23
obvious [1]  8/9
Obviously [1]  9/11
occurs [1]  22/23
off [4]  15/12 21/23 21/25 22/16
office [4]  2/8 18/11 18/16 18/16
officer [5]  8/6 8/10 8/12 10/4 21/17
officers [1]  11/17
Official [1]  1/23
Oh [1]  5/1
okay [14]  3/13 4/8 5/21 7/8 8/23 9/2 9/2
10/19 12/4 12/12 16/14 21/8 22/3 22/16
one [12]  5/3 6/21 7/4 7/11 7/20 9/14
9/25 10/13 12/23 14/24 16/2 16/14
only [2]  5/1 11/16
opinion [1]  10/10
opposed [1]  21/17
originally [2]  6/19 19/17
other [7]  6/22 7/21 12/18 13/6 14/16
21/5 22/23
otherwise [1]  17/1
our [13]  7/20 9/22 10/10 10/23 11/22
11/24 16/21 17/24 18/16 18/16 19/20
20/23 20/24
out [8]  4/15 9/19 11/22 12/19 13/21
13/22 14/7 14/8
outcome [3]  18/15 22/22 22/24
outlying [1]  17/24
outside [1]  18/10
over [1]  21/20
own [1]  10/11

## P

P-O-D-B-E-R-E-S-K-Y [1]  3/11
P.M [2]  1/17 3/2
page [5]  4/14 4/18 4/20 17/14 23/9
panel [1]  21/15
parlance [1]  15/4
part [1]  16/18
partial [1]  9/13
participation [1]  15/10
particular [8]  4/1 5/3 5/7 9/15 9/19 10/15
10/16 18/1
parties [3]  16/17 18/7 19/5
partner [1]  7/2
pen [2]  8/17 8/17
people [2]  9/18 16/6
perceived [1]  11/16
period [2]  15/18 16/11
person [2]  8/14 16/2
Phillip [1]  14/6
photographer [1]  16/3
photography [1]  14/20
piece [2]  8/16 13/25
plaintiff [5]  1/8 2/3 6/11 10/16 21/2
plaintiffs [2]  6/9 17/19
plan [2]  18/25 21/21
planning [1]  9/7
pleadings [3]  16/16 16/25 22/10
please [1]  3/6
Podberesky [3]  2/3 2/4 3/11
point [8]  3/23 3/24 4/4 4/7 5/25 11/25
15/11 19/6
police [3]  8/6 8/10 8/11
portrayed [1]  17/7
position [1]  5/18 18/3 19/21

possibly [1]  11/16
potential [1]  11/25
practical [1]  18/19
presented [1]  18/21
presenting [1]  19/1
presiding [1]  21/20
presumptive [1]  21/10
prevailed [2]  18/20 20/6
previous [1]  7/10
previously [1]  5/13
prison [1]  12/21
probable [7]  10/1 10/2 10/5 11/3 11/14
11/15 11/16
problem [1]  18/21
proceed [3]  11/14 11/15 18/25
proceeded [1]  13/15
proceeding [8]  9/24 11/22 17/23 18/2
18/4 18/8 18/12 18/15
proceedings [3]  1/14 22/25 23/8
process [4]  7/6 8/22 10/21 13/19
professional [1]  4/9
proof [1]  20/19
proposition [2]  7/19 7/22
propositions [1]  6/22
prosecute [1]  8/21
prosecuted [3]  12/20 13/16 20/6
prosecuting [1]  4/3
prosecution [5]  6/7 7/17 8/9 8/14 13/18
prosecutor [1]  13/20 14/2
prosecutors [1]  11/17
prove [6]  11/21 13/3 13/5 13/14 15/1
19/2
provide [1]  8/18
provided [1]  16/4
proving [1]  13/13
pursuant [1]  23/5
pursues [1]  8/8
put [3]  12/5 16/14 21/5
putting [1]  7/24

## Q

question [3]  5/22 10/23 12/14
questions [1]  12/3
quickly [1]  21/24

## R

Rabichow [1]  14/6
raise [2]  9/4 16/20
rather [1]  8/17
RCx [1]  1/9
re [1]  18/17
re-trial [1]  18/17
read [3]  7/9 7/10 22/15
real [1]  9/22
realize [3]  17/8 19/4 20/7
really [5]  7/11 10/14 15/1 17/9 20/5
reason [2]  14/13 14/16
reasonable [2]  20/2
recognized [2]  7/15 7/20
recommended [1]  21/16
record [4]  18/23 21/24 21/25 22/2
recording [1]  12/2
redirected [1]  9/21
reenactment [2]  9/16 10/14
reference [2]  9/6 17/12
referred [2]  15/22 19/13
referring [1]  17/22
regarding [4]  5/5 6/7 9/25 10/6
regulations [1]  23/10
released [2]  12/22 13/2
rely [2]  7/22 10/9
relying [1]  8/8 11/4 13/17
remain [1]  11/25
remanded [1]  6/22
report [3]  4/14 22/20 22/21

reported [1]  23/7
Reporter [1]  1/23
REPORTER'S [1]  1/14
reporters [1]  14/9
reports [3]  14/19 15/7 15/12
represent [2]  6/11 18/16
represented [2]  6/13 6/14
representing [1]  6/16
require [2]  20/18 20/18
requiring [1]  22/5
respect [1]  6/1
responding [2]  10/23 12/14
response [1]  11/1
responsible [1]  21/20
result [1]  18/20
retired [2]  17/3 17/4
reversed [2]  6/15 6/22
right [13]  3/17 4/2 4/4 4/7 5/16 7/13 7/16
8/22 12/17 13/19 16/7 18/18 22/24
rights [1]  8/12
Robert [1]  11/5
role [1]  4/1
rule [2]  21/13 22/5
ruling [4]  5/17 5/23 5/24 7/11

## S

saga [1]  11/12
said [8]  9/21 14/1 14/7 14/18 14/22
19/22 20/2 22/10
same [2]  20/5 20/8
Santa [1]  2/5
saw [2]  10/15 13/22
say [7]  7/25 10/20 13/8 15/10 16/8
18/13 22/1
saying [1]  17/9 17/24
says [2]  12/4 12/8
scene [2]  13/22 14/7
schedule [1]  21/10
Schiavelli [2]  6/4 6/19
second [2]  10/13 22/21
secondly [1]  9/25
section [2]  9/6 23/5
see [5]  3/25 12/16 14/10 14/12 14/18
seeking [1]  17/19
seen [1]  10/16
select [1]  16/7
sentence [1]  12/21
separate [2]  3/19 11/20
served [1]  12/21
set [1]  22/7
settle [1]  22/5
settlement [1]  21/15
she [2]  19/20 21/21
she'll [1]  21/19
she's [3]  21/20 21/21 22/19
shoe [1]  19/23
shoeprint [3]  9/16 10/9 19/21
short [1]  16/11
should [8]  7/17 8/2 8/4 8/7 8/20 13/11
21/7 22/19
side's [1]  17/12
sign [1]  15/12
signed [1]  15/7
significant [2]  15/18 16/18
similar [2]  5/3 5/12
since [2]  6/13 6/16
situation [2]  3/25 4/6
six [1]  11/5
so [26]
some [12]  4/1 5/17 5/18 6/7 8/7 8/16
9/17 9/17 14/14 20/18 21/2 22/9
somebody [4]  12/18 12/20 12/21 12/21
somehow [1]  10/3
something [3]  4/5 21/16 22/1
sooner [1]  22/8

## S

**sorry [2]** 4/18 5/8
**sort [1]** 15/4
**speak [1]** 10/7
**Spring [1]** 1/24
**standards [1]** 4/9
**start [1]** 4/14
**state [2]** 3/6 19/16
**stated [1]** 10/14
**statement [1]** 11/4
**statements [1]** 15/8
**STATES [3]** 1/1 23/6 23/10
**status [2]** 22/20 22/21
**stenographically [1]** 23/7
**step [1]** 21/22
**still [5]** 3/25 11/25 17/2 17/4 21/20
**story [1]** 7/10
**Street [3]** 1/24 2/5 2/10
**stuff [1]** 18/9
**subject [4]** 7/16 8/14 13/17 20/14
**subjected [1]** 7/4
**substituting [1]** 16/6
**suggest [2]** 8/15 9/7
**summary [3]** 6/1 6/20 9/11
**sunny [2]** 14/19 14/21
**support [2]** 5/18 7/13
**supposed [2]** 4/15 9/7
**sure [2]** 4/8 5/11
**surprises [1]** 9/2
**suspect [1]** 9/20
**suspect's [1]** 8/12

## T

**take [2]** 5/19 22/16
**takes [1]** 22/11
**talked [2]** 9/14 9/15
**talking [1]** 4/24
**talks [2]** 4/20 9/16
**technically [1]** 5/16
**tell [1]** 22/1
**telling [2]** 5/9 17/18
**tells [1]** 7/9
**ten [5]** 15/16 20/2 21/3 22/7 22/11
**ten-day [1]** 22/7
**termination [1]** 9/24
**testify [1]** 14/2
**testimony [3]** 13/20 18/21 19/8
**than [2]** 8/17 22/8
**Thank [3]** 22/3 22/17 22/18
**that [170]**
**that's [12]** 3/23 5/12 5/13 5/21 9/24 13/9 15/3 15/4 16/9 16/14 16/17 17/25
**their [2]** 10/11 20/9
**them [3]** 4/2 7/11 14/24
**then [9]** 6/15 9/12 9/25 11/17 11/21 11/22 13/15 14/8 22/21
**theories [1]** 16/20
**theory [8]** 6/25 7/1 7/6 7/9 10/20 10/21 13/9 14/11
**there [41]**
**there's [6]** 5/6 7/16 8/11 10/24 12/2 20/10
**these [3]** 9/3 14/23 15/8
**they [12]** 7/21 7/22 9/4 9/18 10/3 10/6 10/9 10/13 18/14 19/13 21/5 21/5
**they're [2]** 9/4 20/9
**thing [1]** 5/1
**things [3]** 4/13 9/14 10/17
**think [25]**
**thinking [1]** 16/3
**this [40]**
**thorough [1]** 19/7
**those [4]** 5/7 6/2 10/17 12/23
**though [1]** 4/4

**thought [1]** 8/16
**threatens [1]** 13/22
**throwing [1]** 14/7
**time [7]** 10/11 14/21 15/20 16/11 17/3 18/5 21/7
**Times [1]** 14/9
**Title [1]** 23/6
**today [1]** 16/15
**together [1]** 6/15
**told [1]** 13/24
**took [1]** 10/6
**totally [1]** 21/18
**transcript [4]** 1/14 18/24 23/7 23/9
**trial [6]** 10/18 17/20 18/17 19/24 21/12 22/7
**tried [2]** 20/1 21/7
**true [1]** 23/6
**trutanich [1]** 2/9
**try [5]** 5/21 16/19 18/19 19/3 20/23
**trying [5]** 4/19 12/16 13/1 17/10 19/6
**turned [1]** 14/10
**turns [1]** 12/19
**Twelve [5]** 16/12 22/12 22/12 22/13
**two [2]** 12/4 14/9
**type [1]** 10/17

## U

**U.S [2]** 1/3 1/23
**ultimately [2]** 9/12 16/4
**under [3]** 4/20 12/5 20/12
**underlying [1]** 6/3
**understand [4]** 4/13 7/11 17/10 17/12 17/19 20/9
**understanding [3]** 5/24 5/25 18/14
**undoubtedly [1]** 15/18
**UNITED [3]** 1/1 23/6 23/10
**universe [1]** 16/1
**unless [1]** 4/5
**unrealistic [1]** 21/18
**unusual [1]** 14/25
**up [6]** 5/2 5/9 15/9 19/18 19/19 20/20
**upon [4]** 10/3 10/9 18/4 18/15
**us [2]** 13/11 18/2
**use [1]** 21/10
**used [2]** 7/3 8/21
**using [1]** 8/17
**utilized [1]** 17/25

## V

**variety [1]** 9/10
**versus [1]** 3/5 7/21 8/11
**very [11]** 5/2 5/10 7/10 9/3 14/23 14/25 14/25 19/6 20/8 21/1 21/24
**Vicki [2]** 2/4 3/10
**view [3]** 3/23 19/8 21/18
**violated [5]** 7/13 8/12 8/22 12/17 13/19
**violation [2]** 12/24 13/4

## W

**want [3]** 5/21 6/12 21/5
**wanted [1]** 4/12
**warnings [1]** 12/6
**was [83]**
**wasn't [1]** 20/14
**way [4]** 5/21 13/12 18/11 21/15
**we [34]**
**we'll [2]** 21/10 22/7 22/16
**we're [3]** 3/25 16/5 19/3
**weather [1]** 14/19 14/20 19/10
**week [1]** 22/22
**weeks [5]** 16/12 16/15 16/25 22/11 22/12 22/13
**weight [1]** 10/13
**well [8]** 3/18 3/24 4/8 5/24 9/2 12/9 18/7 20/18

**went [6]** 5/13 10/15 13/16 13/21 13/22 14/8
**were [10]** 6/2 11/19 14/25 15/11 16/2 18/14 19/10 19/13 20/8 20/21
**weren't [1]** 18/7
**WESTERN [1]** 1/2
**what [44]**
**what's [4]** 6/24 7/13 14/5 17/10
**whatever [1]** 18/25
**when [9]** 6/13 6/14 10/15 12/1 13/8 14/8 14/12 14/22 20/2
**where [5]** 3/25 4/6 6/15 12/18 15/13
**whether [5]** 9/22 9/23 11/3 15/21 18/14
**which [7]** 8/7 10/10 11/2 12/14 19/21 20/6 21/3
**white [1]** 14/10
**who [6]** 5/23 6/17 9/18 16/2 16/3 19/11
**who's [1]** 6/24
**why [3]** 13/2 14/14 15/5
**will [9]** 16/23 16/25 21/9 21/11 21/11 21/13 21/14 22/5 22/10
**WILLIAM [2]** 2/4 3/7
**wished [1]** 14/8
**within [2]** 21/7 22/22
**witness [3]** 19/11 19/15 19/18
**woman [1]** 19/9
**words [1]** 22/23
**work [1]** 18/1
**worth [1]** 18/21
**would [21]** 7/8 8/17 9/11 11/13 11/13 11/21 11/22 11/25 12/17 12/17 13/10 13/14 14/17 16/7 18/3 18/10 18/17 20/18 21/3 21/16 22/1
**wouldn't [1]** 16/9
**wrong [2]** 12/19 12/20
**wrongfully [1]** 12/18
**www.cindynirenberg.com [1]** 1/25

## Y

**Yeah [2]** 18/18 22/14
**years [1]** 13/22
**yes [9]** 4/11 4/20 6/5 7/7 8/14 8/25 13/14 16/13 17/17
**you [50]**
**you're [5]** 4/8 5/9 9/7 12/11 12/14
**you've [3]** 3/22 15/14 15/17
**your [31]**

## Z

**Zarefsky [3]** 14/19 18/22 20/25
**Zarefsky's [1]** 7/10