UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE A. HOWARD MATZ, U.S. DISTRICT JUDGE

- - -

**COPY**

|  |  |
|---|---|
| BRUCE LISKER, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | No. CV09-9374-AHM (RCx) |
| ) | |
| CITY OF LOS ANGLES, ET AL., ) | |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

REPORTER'S TRANSCRIPT OF PROCEEDINGS

LOS ANGELES, CALIFORNIA

MONDAY, MARCH 22, 2010

2:00 P.M.

_____

CINDY L. NIRENBERG, CSR 5059
U.S. Official Court Reporter
312 North Spring Street, #438
Los Angeles, California 90012
*www.cindynirenberg.com*

```
 1   APPEARANCES OF COUNSEL:

 2

 3   FOR THE PLAINTIFF:
                         NASATIR HIRSCH PODBERESKY KHERO & GENEGO
 4                       BY: WILLIAM GENEGO, JR., ATTORNEY AT LAW
                             VICKI PODBERESKY, ATTORNEY AT LAW
 5                       2115 MAIN STREET
                         SANTA MONICA, CA 90405
 6                       310-399-3259

 7

 8   FOR THE DEFENDANTS:
                         LOS ANGELES CITY ATTORNEY'S OFFICE
 9                       CARMEN A. TRUTANICH, CITY ATTORNEY
                         BY: CHRISTIAN R. BOJORQUEZ,
10                           DEPUTY CITY ATTORNEY
                         200 NORTH MAIN STREET
11                       6TH FLOOR
                         LOS ANGELES, CA 90012
12                       213-978-7023

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   develop in the habeas case that really does prove that he was
 2   basically framed by Detective Monsue.
 3           And I don't mean that's a constitutional claim, but I
 4   think that sort of -- in common parlance, that's what happened.
 5           THE COURT:  What about Landgren?  Why is he an
 6   individual defendant?
 7           MR. GENEGO:  Because he also signed the reports that
 8   had these false statements about what the evidence established.
 9           And he may end up not being a defendant.  I don't
10   know what he's going to say about his participation.  But
11   because we were not able to determine that at this point, we
12   named him as a defendant because he did sign off on the reports
13   where this false information --
14           THE COURT:  And you've --
15           MR. GENEGO:  -- was included.
16           THE COURT:  -- named ten Does.
17           Now, I know that you've been involved in this case
18   for a significant period and, undoubtedly, did a lot of your
19   homework.
20           How much time do you think you need to determine
21   whether there is an appropriate legal basis to name an
22   individual defendant currently referred to as a Doe?  Is there
23   more discovery that you expect to be initiating and obtaining
24   from the City that you don't already have?
25           MR. GENEGO:  The answer is no.  I mean, I think that
```

```
 1  we have the universe of evidence that we need.
 2           And there was one additional person who we were
 3  thinking of naming, who is the photographer, because of
 4  information he provided.  But ultimately, we decided to not
 5  name him and I honestly don't think that we're going to be
 6  substituting any people in as Does.
 7           And if the Court made me select right now, I would
 8  say no, we don't --
 9           THE COURT:  I wouldn't do that, because that's a
10  little bit --
11           MR. GENEGO:  It'll be a short period of time.
12           THE COURT:  Twelve weeks?
13           MR. GENEGO:  Yes.
14           THE COURT:  Okay.  That's one date you can put in,
15  but I'll -- 12 weeks from today is the last day to amend the
16  pleadings.
17           Now, that's as to identifying parties.  What about
18  claims?  After all this significant effort on your part -- I
19  don't know about Burton -- are you likely to try to amend the
20  complaint to raise new theories?
21           MR. GENEGO:  No.  I think we have all of our
22  concepts.
23           THE COURT:  So this will be a difference with the
24  Goldstein case.
25           The pleadings will be deemed final in 12 weeks if not
```

1  otherwise changed.
2      Now, this deputy D.A., is he still a deputy D.A.?
3      MR. GENEGO:  He was retired at the time of the
4  evidentiary hearing and he is still retired, but living in Los
5  Angeles.
6      MR. BOJORQUEZ:  And, Your Honor, the defense doesn't
7  necessarily agree with the analysis portrayed.
8      THE COURT:  I realize that, Mr. Bojorquez.  I don't
9  mind your saying so, but it's really not necessary.  I'm not
10 making any finding; I'm trying to understand what's going on
11 here.
12     And I don't understand either side's reference to --
13 especially -- I think it's the defendants -- to the five-day
14 evidentiary hearing, so I'm directing your attention to page 9,
15 line 16.
16     Do you have that before you, Mr. Bojorquez?
17     MR. BOJORQUEZ:  Yes, Your Honor.
18     THE COURT:  What are you telling me there?  I didn't
19 understand the plaintiffs to be seeking a five-day evidentiary
20 hearing in lieu of a trial.
21     MR. BOJORQUEZ:  No.  I apologize, Your Honor.
22     I think what happened is that counsel was referring
23 to the five-day evidentiary habeas proceeding, essentially
24 saying that that is kind of the outlying form for our entire
25 case, that all the evidence that's going to be utilized in this