**CARMEN A. TRUTANICH**, City Attorney - **SBN 86629x**
**GARY G. GEUSS**, Chief Assistant City Attorney
**CORY BRENTE**, Assistant City Attorney
**AMY FIELD**, Deputy City Attorney - SBN 143827
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney **-SBN 192872**
christian.bojorquez@lacity.org
amy.field@lacity.org
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900, Fax No.: (213) 978-8785

*Attorneys for Defendants* CITY OF LOS ANGELES, a municipal corporation, also named as the LOS ANGELES POLICE DEPARTMENT, a non-suable entity, ANDREW MONSUE and HOWARD LANDGREN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE E. LISKER,<br><br>           Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES et al.,<br><br>           Defendants | CASE NO.: CV09-09374 AHM (AJWx)<br>[*The Hon. A. Howard Matz, Courtroom 14*]<br><br>**EXHIBIT 4 - 7 IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY ADJUDICATION OF THE ISSUES**<br><br>**[Filed/Lodged Concurrently Herewith: (1) Notice of Motion and Motion for Summary Judgment, etc.; (2) Statement of Uncontroverted Facts and Conclusions of Law; (3) Declarations; (4) Request for Judicial Notice;  and (5) (Proposed) Judgment/Order]**<br><br>Date:     **July 25,** 2011<br>Time: 10:00 a.m.<br>Courtroom:  14 |

1

# EXHIBIT 4

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION 3

August 5, 2003

In Re Bruce E. Lisker
on
Habeas Corpus

B168853
Los Angeles County No. A804566

THE COURT:

The petition for writ of Habeas Corpus is denied.

VF#22

EXHIBIT 4   148

JOSEPH A. LANE, Clerk of the Court of Appeal, Second Appellate District, State of California, do hereby Certify that the preceding is a true and correct copy of the Original Opinion Order of this Court, as shown by the records of this Office.
Witness my hand and the seal of this Court.

Dated _____

By _____
       Deputy Clerk

EXHIBIT 4                                                                 149

EXHIBIT 5

FEB 3 2004

COURT OF APPEAL OF THE STATE OF CALIFORNIA
FOR THE SECOND APPELLATE DISTRICT
DIVISION 3

In Re Bruce E. Lisker
on
Habeas Corpus

CASE NUMBER:            B168853
NOA/PET DATE:           07/28/2003
STATUS:                 complete
PRIORITY:
CAUSE:                  Original Proceeding
CASE TYPE:              Criminal
DISPO DATE:             08/05/2003
FINAL DISP:             Petition summarily denied by order
ORIGIN:                 Superior
CATEGORY:               hc          Habeas corpus

OTHER CASE NUMBER (S):          B020092

## TRIAL COURT INFORMATION

CASE NUMBER:        A804566
COUNTY:             Los Angeles
COURT:              Los Angeles County Superior Court
JUDGE:              Hoff, Michael R.
JUD. DATE:

## ATTORNEY - PARTY

Robert B. Amidon (Bar No. 00103865)
2500 N. Hollywood Way
Suite 502
Burbank, CA 91505

    Petitioner
    Bruce E. Lisker

Standard Docket Sheet for case B168853

EXHIBIT 5                                                                                           150

David L. Bernstein (Bar No. 00183502)
PMB 350
11012 Ventura Blvd
Studio City, CA 91604

    Petitioner
    Bruce E. Lisker

Office of the Attorney General (Bar No. SAGLOS-01)
300 South Spring Street
5th Floor
Los Angeles, CA 90013

    Respondent
    The People

Office of the District Attorney (Bar No. DATLOS-02)
Appellate Division
320 West Temple St., Suite 540
Los Angeles, CA 90012

    Respondent
    The People

In propria persona

    Real Party in Interest
    Hon. Michael Hoff
    Superior Court Los Angeles/Van Nuys
    14400 Erwin St. Mall, Dpt. "R"
    Van Nuys, CA 91401

### DOCKET ENTRIES

07/28/2003
Petition for a writ of habeas corpus filed.

07/28/2003
Exhibits lodged.
(Copy of Petn's Superior Court Petition for Writ of Habeas Corpus filed 2/24/03.)

07/30/2003
Filed proof of service.

Standard Docket Sheet for case B168853

EXHIBIT 5                                                                       151

amended to petition for writ of h.c.

08/05/2003
Order denying petition filed.
K,PK,A

08/05/2003
Case complete.

08/18/2003
Petition for review in Supreme Court received.

08/21/2003
Record transmitted to Supreme Court.
1x4"

08/22/2003
Record transmitted to Supreme Court.
Balance of record 1x4"

10/14/2003
Ext. by Supreme Court re: petition for hearing filed:
11/14

10/29/2003
Petition for review denied in Supreme Court.

11/12/2003
Record returned from Supreme Court.
1x4"

01/03/2008
Record in Box #
360391776

### SCHEDULED ACTIONS

No scheduled actions

### CASE DISPOSITION / JUDGES PANEL INFORMATION

DISPOSITION:           Petition summarily denied by order
DATE:        08/05/2003

Standard Docket Sheet for case   B168853

EXHIBIT 5                                                                152

STATUS: Final
OPINION TYPE:

No notes

AUTHORIZING JUSTICES
No case opinion vote

END OF DOCKET SHEET

JOSEPH A. LANE, Clerk of the Court of Appeal, Second Appellate District, State of California, do hereby certify that the preceding is a true and correct copy of the Original of this document on file in this Court, as shown by the records of my office.
Witness my hand and the seal of this Court.

Dated  FEB 23 2011

By _____
           Deputy Clerk

Standard Docket Sheet for case   B168853

EXHIBIT 5                                                                 153

EXHIBIT 6

Court of Appeal, Second Appellate District, Division Three - No. B168853

S118321

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re BRUCE E. LISKER on Habeas Corpus

Petition for review DENIED.
Kennard, J., is of the opinion the petition should be granted.
Werdegar, J., is of the opinion the petition should be granted.

SUPREME COURT
FILED
OCT 2 9 2003
Frederick K. Ohlrich Clerk
DEPUTY

GEORGE
_____
Chief Justice

EXHIBIT 6　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　154

# EXHIBIT 7

## S118321 - LISKER (BRUCE E.) ON H.C.

--Appeal/CR/Review - Habeas (criminal) ::: roh--
Status: case closed

Lower Court: COURT OF APPEAL, SECOND APPELLATE DISTRICT
Case County: Los Angeles
Lower Court Case: B168853
Lower Court Judgment Date: 08/05/2003

### Docket Docket Sheets

View Type: All    Code: All    Brief? ☐  [Search]  [Show Advanced]

| ↓# | ↑Date | Code | Description | Due Date | ↓Type | Clerk |
|---|---|---|---|---|---|---|
| 70 | 10/29/2003 | rvd | Petition for review denied D1 | | D | GGray |
| | | | Kennard, J., is of the opinion the petition should be granted. Werdegar, J., is of the opinion the petition should be granted. | | | |
| 60 | 10/14/2003 | ext | Time extended to grant or deny review | | D | AAllen |
| | | | to and including November 14, 2003, or the date upon which review is either granted or denied. | | | |
| 50 | 08/22/2003 | rar | Received Court of Appeal record | | D | PQUINN |
| | | | 1 doghouse [being sent o/n] | | | |
| 40 | 08/22/2003 | pvn | Private note: Private | | D | PQUINN |
| | | | Private staff reqt for remaining record o/n | | | |
| 30 | 08/21/2003 | rar | Received Court of Appeal record | | D | TWrigx |
| | | | one doghouse. | | | |
| 20 | 08/19/2003 | rr1 | Record requested | | D | TWrigx |
| 10 | 08/18/2003 | prf | Petition for review filed D1 | | D | TWrigx |
| | | | [40n] counsel for petitioenr Bruce E. Lisker | | | |

]UF# 23 (annotation next to row 70)
]UF# 23 (annotation next to row 10)

© 2003-2011 Judicial Council of California

S009584 - LISKER, BRUCE ELIOT

---Original Proceeding/CR/Original Proceeding -
Habeas ::: oph---
Status: case closed

Docket Docket Sheets

View Type: All    Code: All    Brief? ☐ [Search] [Show Advanced]

| ↓# | ↑Date | Code | Description | Due Date | ↓Type | Clerk |
|---|---|---|---|---|---|---|
| 20 | 04/25/1989 | phd | Petition for writ of habeas corpus denied | | D | BWong |
| | | | For Failure to Allege Sufficient Facts. (See Inr Swain (49) 34 Cal.2d 300, 304.) | | | |
| 10 | 03/31/1989 | pwh | Petition for writ of habeas corpus filed | | D | DMchen |
| | | | Ptr Lisker | | | |

© 2003-2011 Judicial Council of California