1  **CARMEN A. TRUTANICH**, City Attorney - **SBN 86629x**
   **GARY G. GEUSS**, Chief Assistant City Attorney
2  **CORY BRENTE**, Assistant City Attorney
   **AMY FIELD**, Deputy City Attorney - SBN 143827
3  **CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney **-SBN 192872**
   christian.bojorquez@lacity.org
4  amy.field@lacity.org
   200 North Main Street, 6th Floor, City Hall East
5  Los Angeles, CA  90012
   Phone No.: (213) 978-6900, Fax No.: (213) 978-8785
6
   *Attorneys for Defendants* CITY OF LOS ANGELES, a municipal corporation, also
7  named as the LOS ANGELES POLICE DEPARTMENT, a non-suable entity, ANDREW
   MONSUE and HOWARD LANDGREN
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | BRUCE E. LISKER, | CASE NO.: CV09-09374 AHM (AJWx) |
| 12 | | [*The Hon. A. Howard Matz, Courtroom 14*] |
| 13 | Plaintiff, | **EXHIBIT 12 IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY ADJUDICATION OF THE ISSUES** |
| 14 | | |
| 15 | vs. | |
| 16 | | |
| 17 | | [Filed/Lodged Concurrently Herewith: (1) Notice of Motion and Motion for Summary Judgment, etc.; (2) Statement of Uncontroverted Facts and Conclusions of Law; (3) Declarations; (4) Request for Judicial Notice;  and (5) (Proposed) Judgment/Order] |
| 18 | CITY OF LOS ANGELES et al., | |
| 19 | | |
| 20 | Defendants | Date:   **July 25,** 2011 |
| 21 | | Time: 10:00 a.m.<br>Courtroom: 14 |

1

# EXHIBIT 12

```
1            SUPERIOR COURT OF THE STATE OF CALIFORNIA
2                   FOR THE COUNTY OF LOS ANGELES
3    DEPARTMENT NO. 100            HON. PETER ESPINOZA, JUDGE
4
5    THE PEOPLE OF THE STATE OF CALIFORNIA,  )
6                         PLAINTIFF,         )
7         VS.                                )   NO. A804566
8    BRUCE LISKER,                           )
9                         DEFENDANT.         )
10
11
12            REPORTER'S TRANSCRIPT OF PROCEEDINGS
13
14                    SEPTEMBER 21, 2009
15
16
17   APPEARANCES:
18   FOR THE PEOPLE:         STEVE COOLEY
                             DISTRICT ATTORNEY
19                           BY: PAT DIXON, DEPUTY
                                 BETH SILVERMAN, DEPUTY
20                           FOLTZ CRIMINAL JUSTICE CENTER
                             210 WEST TEMPLE STREET
21                           18TH FLOOR
                             LOS ANGELES, CA  90012
22
23   FOR THE DEFENDANT:      WILLIAM GENEGO
                             VICKI PODBERESKY
24                           RICHARD HIRSCH
                             2115 MAIN STREET
25                           SANTA MONICA, CA  90405
26        COPY
27
                             RENE' MARIE EVANKO, CSR #6404
28                           OFFICIAL REPORTER
```

EXHIBIT 12                                                              268

1

| | | |
|---|---|---|
| 1 | CASE NUMBER: | A804566 |
| 2 | CASE NAME: | PEOPLE VS. BRUCE LISKER |
| 3 | LOS ANGELES, CALIF. | MONDAY, SEPTEMBER 21, 2009 |
| 4 | DEPARTMENT NO. 100 | HON. PETER ESPINOZA, JUDGE |
| 5 | REPORTER: | RENE MARIE EVANKO, CSR #6404 |
| 6 | TIME: | 2:05 P.M. |

8  APPEARANCES:

9  DEFENDANT LISKER PRESENT IN COURT WITH HIS
10  COUNSEL, VICKI PODBERESKY, WILLIAM GENEGO
11  AND RICHARD HIRSCH, ATTORNEYS AT LAW;
12  PAT DIXON AND BETH SILVERMAN, DEPUTIES
13  DISTRICT ATTORNEY OF LOS ANGELES COUNTY,
14  REPRESENTING THE PEOPLE OF THE STATE OF
15  CALIFORNIA.

17  THE COURT: ALL RIGHT. COURT CALLS FOR THE RECORD
18  THE MATTER OF THE PEOPLE VERSUS BRUCE LISKER.
19  COUNSEL, STATE YOUR APPEARANCES, PLEASE.
20  MR. DIXON: PAT DIXON AND BETH SILVERMAN FOR THE
21  PEOPLE.
22  MS. PODBERESKY: GOOD AFTERNOON, YOUR HONOR. VICKI
23  PODBERESKY, WILLIAM GENEGO, AND RICHARD HIRSCH ON BEHALF
24  OF MR. LISKER WHO IS PRESENT.
25  THE COURT: GOOD MORNING. GOOD AFTERNOON.
26  MR. DIXON?
27  MR. DIXON: YOUR HONOR, WITH THE COURT'S
28  PERMISSION, I'D LIKE TO MAKE A BRIEF STATEMENT.

EXHIBIT 12                                                                 269

1  THE COURT: PLEASE DO.
2  MR. DIXON: THANK YOU.
3  THE COURT: IS IT AGREEABLE WITH ALL SIDES?
4  MS. PODBERESKY: YES.
5  MR. HIRSCH: YES.
6  MR. GENEGO: YES.
7  THE COURT: GO AHEAD.
8  MR. DIXON: YOUR HONOR, MANY WEEKS BEFORE OUR FIRST
9  APPEARANCE IN YOUR COURT MY OFFICE BEGAN AN EXTENSIVE
10 REVIEW OF THIS CASE, OF THIS MURDER, AND WE'VE COME TO --
11 WE'VE COMPLETED THAT REVIEW, AND I CAN TELL YOU THAT I AM
12 CONFIDENT IN THE DEFENDANT'S GUILT IN THIS CASE. HAVING
13 SAID THAT, 27 YEARS IS A VERY LONG TIME. WITNESSES HAVE
14 DIED, MEMORIES HAVE FADED, EVIDENCE HAS BEEN LOST AND BEEN
15 DESTROYED. I DON'T THINK ANYONE IN 1983 ANTICIPATED THAT
16 MY OFFICE WOULD BE REQUIRED TO RETRY A CASE ALMOST THREE
17 DECADES LATER.
18         SO IN LIGHT OF THE DIFFICULTY OF PRESENTING
19 THIS CASE TO A JURY SO MANY YEARS LATER, I'M REQUIRED TO
20 TELL THE COURT THAT WE WILL BE UNABLE TO PROCEED TO TRIAL
21 AND ASK THE COURT TO DISMISS THE INFORMATION.
22         THE COURT: AND IS THAT MOTION BROUGHT PURSUANT TO
23 1382?
24 MR. DIXON: YES.
25 THE COURT: ALL RIGHT. THE MOTION PURSUANT TO 1382
26 TO DISMISS IS GRANTED. THE DEFENDANT IS ORDERED RELEASED.
27 HIS BAIL IS ORDERED EXONERATED.
28         IS THERE ANYTHING ELSE THAT THIS COURT

UF #3T

UF #2°

EXHIBIT 12                                                    270

```
1  NEEDS TO CONSIDER OR DO BEFORE I RECESS THIS CASE?
2        MR. GENEGO:  COULD THE DISMISSAL BE WITH PREJUDICE?
3        MR. DIXON:  I WOULD ASK THAT NOT BE THE CASE.  THIS
4  IS A MURDER CASE.  WE NEVER KNOW WHAT'S GOING TO HAPPEN.
5        THE COURT:  I'M JUST GOING TO DISMISS IT 1382.
6  THAT'S THE PEOPLE'S MOTION.  AND THERE'S REALLY NOTHING
7  MORE TO IT THAN THAT.
8        MR. DIXON:  THANK YOU VERY MUCH.
9        THE COURT:  ALL RIGHT.  YOU'RE WELCOME.
10       MS. PODBERESKY:  THANK YOU.
11       MR. HIRSCH:  THANK YOU, YOUR HONOR.
12
13       (AT 2:08 P.M., THE MATTER WAS CONCLUDED.)
```

EXHIBIT 12                                                    271

```
                SUPERIOR COURT OF THE STATE OF CALIFORNIA
                     FOR THE COUNTY OF LOS ANGELES
     DEPARTMENT NO. 100                    HON. PETER ESPINOZA, JUDGE


     THE PEOPLE OF THE STATE OF CALIFORNIA,  )
                                             )
                              PLAINTIFF,     )  NO. A804566
                                             )
          VS.                                )  REPORTER'S
                                             )  CERTIFICATE
     BRUCE LISKER,                           )
                                             )
                              DEFENDANT.     )
     _____)


     STATE OF CALIFORNIA   )
                           ) SS
     COUNTY OF LOS ANGELES )

         I, RENE MARIE EVANKO, OFFICIAL REPORTER OF THE
     SUPERIOR COURT OF THE STATE OF CALIFORNIA, FOR THE COUNTY
     OF LOS ANGELES, DO HEREBY CERTIFY THAT THE FOREGOING
     PAGES, 1 THROUGH 3, COMPRISE A FULL, TRUE, AND CORRECT
     TRANSCRIPT OF THE PROCEEDINGS HELD IN THE ABOVE-ENTITLED
     MATTER ON MONDAY, SEPTEMBER 21, 2009.


         DATED THIS 5TH DAY OF OCTOBER, 2010.




                  _____ CSR #6404
                         OFFICIAL REPORTER
```

EXHIBIT 12                                                        272