# **DECLARATION OF CHRISTIAN R. BOJORQUEZ**

I, CHRISTIAN R. BOJORQUEZ, declare and state as follows:

1. I am an attorney at law, duly licensed to practice before all courts in the State of California and the United States District Court, Central District. I am a Deputy City Attorney employed by the City of Los Angeles and an attorney for the within action. I have personal knowledge of all of the information set forth below, except those things set forth on information and belief.

2. Attached hereto as Exhibit "1" are true and correct copies of relevant portions of the deposition of Plaintiff Bruce E. Lisker taken on October 19, 2010.

3. Attached hereto as Exhibit "2" is a true and correct copy of the May 25, 2011, Rule 26 report by plaintiff's designated expert Terry Kupers, M.D., M.S.P.

4. This matter has been heavily litigated since its initial filing in December 2009. Consequently, my office has engaged in numerous meet and confers regarding various matters. We have conferred regarding a psychiatric mental examination in November 2010 and April 2011, in compliance with Local Rule 7-3

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct, except as to those things stated on information and belief and as to those things, I believe them to be true.

Executed this 20th of June, 2011, at Los Angeles, California.

                                          **CHRISTIAN R. BOJORQUEZ**, Declarant

1