**EXHIBIT 1**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


BRUCE E. LISKER,                    )
                                   )
            Plaintiff,             )
                                   )
     vs.                           ) Case No.
                                   )   CV09-09374 AHM (RCx)
                                   )
CITY OF LOS ANGELES; LOS ANGELES   )
POLICE DEPARTMENT, ANDREW          )
MONSUE, HOWARD LANDGREN, and       )
DOES 1 to 10,                      )
                                   )
            Defendants.            )
                                   )



DEPOSITION OF BRUCE E. LISKER

LOS ANGELES, CALIFORNIA

TUESDAY, OCTOBER 19, 2010




REPORTED BY:

DANA D. FORBES,

CSR NO. 8095

Bruce Lisker    October 19, 2010

23

| | | |
|---|---|---|
| 1 | You can answer. | 10:29 |
| 2 | THE WITNESS:  Yes.  I believe that's correct. | 10:29 |
| 3 | Q    BY MR. BOJORQUEZ:  So as a result of the things | 10:29 |
| 4 | that you've complained about, have you suffered any type | |
| 5 | of mental illness? | |
| 6 | MR. GENEGO:  Objection; vague and ambiguous.  Are | 10:29 |
| 7 | you talking about because of his 26 years of | |
| 8 | imprisonment? | |
| 9 | Q    BY MR. BOJORQUEZ:  You can go ahead and answer. | 10:29 |
| 10 | MR. GENEGO:  Do you understand the question? | 10:29 |
| 11 | THE WITNESS:  Could you repeat it. | 10:29 |
| 12 | Q    BY MR. BOJORQUEZ:  Sure.  Have you -- well, let | 10:29 |
| 13 | me ask you this.  Are you currently being treated by a | |
| 14 | psychologist or psychiatrist? | |
| 15 | A    Yes. | 10:29 |
| 16 | Q    Okay.  And what are you being treated for? | 10:29 |
| 17 | MR. GENEGO:  Objection; calls for a medical | 10:30 |
| 18 | opinion, and I think invades his right of privacy. | |
| 19 | But you can go ahead and answer to the extent that | 10:30 |
| 20 | you understand what it is that you are being treated | |
| 21 | for. | |
| 22 | THE WITNESS:  I have depression.  I have a lot of | 10:30 |
| 23 | reentry issues.  I have trust issues.  I have issues | |
| 24 | where I feel a lack of personal safety in my immediate | |
| 25 | surroundings and in my standing as a citizen.  I fear | |

Bruce Lisker    October 19, 2010

24

1   violence.  I was for a long time afraid of the dark

2   though that's getting better after a year.

3        Q    Anything else you can think of?                    10:30

4        A    That pretty much covers a lot of it.               10:30

5        Q    Now, the ones that you just mentioned, those       10:30

6   would be -- you mentioned the term reentry issues; so

7   those would be something since you've been released,

8   October 13, 2009, trying to regain a life for yourself

9   outside of prison?

10       MR. GENEGO:   That misstates his testimony.             10:31

11       But you can answer.                                     10:31

12       Q    BY MR. BOJORQUEZ:   Clarify.                       10:31

13       A    August 13.                                         10:31

14       Q    August 13.                                         10:31

15       A    Could you repeat the question.                     10:31

16       Q    Sure.  When you talk about either the term, the    10:31

17  use of reentry issues, the question I'm asking is you

18  talk trust issues, lack of personal safety, fear of

19  violence, and afraid of the dark.  I'm wondering are

20  those in relation to since you've been released August

21  the 13th 2009?

22       A    Absolutely.  Yes.  I see a police car, and I'm     10:31

23  immediately afraid.  I shake.

24       Q    What's the name of the doctor that you are         10:31

25  seeing?  Is it a psychologist or psychiatrist?

Bruce Lisker    October 19, 2010

25

| | | |
|---|---|---|
| 1 | A    I don't know what she's -- she's an M.A. -- I | 10:31 |
| 2 | believe she's a psychologist, Ph.D. | |
| 3 | Q    What is her name? | 10:31 |
| 4 | A    Susan Levin, without an E at the end.   It looks | 10:32 |
| 5 | liked Levin but it's Levin. | |
| 6 | Q    Where is she located? | 10:32 |
| 7 | A    In Encino. | 10:32 |
| 8 | Q    How was it that you went to Ms. Levin? | 10:32 |
| 9 | MR. GENEGO:   Objection to the grounds that it asks | 10:32 |
| 10 | for attorney-client privileged information. | |
| 11 | Otherwise, you can answer. | 10:32 |
| 12 | THE WITNESS:   I was contacted by her son, who | 10:32 |
| 13 | stated that his mother was a psychiatrist -- | |
| 14 | psychologist -- excuse me -- and who might be willing to | |
| 15 | see me if I needed such a thing.   And I wrote him back | |
| 16 | and was put in touch. | |
| 17 | Q    BY MR. BOJORQUEZ:   Who is her son? | 10:32 |
| 18 | A    I believe his name is Nick. | 10:32 |
| 19 | Q    I'm sorry.   Mick or Nick? | 10:32 |
| 20 | A    Nick, N. | 10:32 |
| 21 | Q    Do you know his last name?   Obviously, it would | 10:32 |
| 22 | be -- well, not obviously.   What is his last name, if | |
| 23 | you know? | |
| 24 | A    I think it's the same. | 10:32 |
| 25 | Q    And how was it that you came into contact with | 10:32 |

1    Mister -- or Nick Levin?

2        A    After one of the series of 40 some -- I think    10:33

3    it's 40 some now L.A. Times articles, he somehow

4    obtained my e-mail address and wrote to me in an

5    expression of support.

6        Q    How long have you been seeing Ms. Levin?    10:33

7        A    Months now.  I'm not sure how many.    10:33

8        Q    Do you know when you started seeing her?    10:33

9        A    Months ago.  I'm not sure how many.    10:33

10       Q    How often do you see her per month?    10:33

11       A    Weekly with few exceptions.  But as a standard,    10:33

12   weekly.

13       Q    Other than being treated by Susan Levin, is    10:33

14   there anybody else that you are being treated for --

15   anybody else that you are -- anybody else that is

16   treating you?

17       MR. GENEGO:  Objection; vague and ambiguous.  You    10:33

18   mean as to injuries as a consequence of this lawsuit;

19   correct?

20       Q    BY MR. BOJORQUEZ:  Well, right now are you    10:33

21   being treated by any doctors other than Ms. Levin?

22       MR. GENEGO:  Objection.  That calls for irrelevant    10:34

23   information to the extent that it's not pertinent to

24   this lawsuit.

25       You can provide the answer.    10:34

Bruce Lisker          October 19, 2010

27

1          THE WITNESS:  Yes.                                    10:34

2          Q    BY MR. BOJORQUEZ:  Who else are you seeing?      10:34

3          A    Dr. Krems, K-r-e-m-s.                            10:34

4          Q    What type of doctor is Dr. Krems?                10:34

5          A    Physician.  I believe it's a general internist, 10:34

6    but I'm not certain of that.  That's what I believe.

7          Q    What do you see him for?  Is he just your        10:34

8    general doctor if you get sick?

9          A    He's a general doctor if I get sick.  He is      10:34

10   also treating me for costal chondritis, which is a

11   result of an assault I suffered in the Youth Authority.

12         Q    What are the residual effects, so to speak, of   10:34

13   that particular --

14         A    A gnawing and intense pain in my sternum area.   10:35

15         Q    How long have you been treated for this          10:35

16   particular condition?

17         A    Oh, God.  That would have to be -- that would    10:35

18   be speculation, but it's been many years.

19         Q    And the attack in the Youth Authority, was that  10:35

20   when you were taken into custody as a result of this

21   particular arrest from March 10?

22         A    That would have been -- yes.  And that would     10:35

23   have been approximately 1986 early.

24         Q    Anything else that Dr. Krems treats you for?     10:35

25         A    Occasional heart palpitations, various pains,    10:36

Bruce Lisker    October 19, 2010

28

1    arthritic type pains in my wrists.

2         Q    Anything else you can think of?                    10:36

3         A    Off the top of my head, no.                        10:36

4         Q    With respect to the heart palpitations, has he     10:36

5    diagnosed you with any type of condition?

6         MR. GENEGO:  Objection; calls for a medical             10:36

7    opinion.

8         If you know and understand how to respond, you can.     10:36

9         THE WITNESS:  We're just in the process of              10:36

10   beginning now.

11        Q    BY MR. BOJORQUEZ:  When did the heart              10:36

12   palpitations first come to your attention?

13        A    I've had them over the years.                      10:36

14        Q    When you were in prison, were you ever treated     10:36

15   for the heart palpitations?

16        A    I mentioned the heart palpitations to the          10:36

17   doctors there.  They said -- they didn't particularly

18   follow up with any subsequent tests.  They don't tend to

19   do that in there.

20        Q    Has any doctor ever referred --or given you a      10:37

21   potential cause as to the heart palpitations?  Is it,

22   for example, you know, just general age or as you get

23   older?  I mean that's what I'm asking.

24        MR. GENEGO:  Objection; calls for a medical             10:37

25   opinion; vague and ambiguous.

Bruce Lisker     October 19, 2010

29

| | | |
|---|---|---|
| 1 | But you can answer. | 10:37 |
| 2 | THE WITNESS:  It seems a bit vague.  Can you repeat | 10:37 |
| 3 | it. | |
| 4 | Q   BY MR. BOJORQUEZ:  Sure.  Is there any | 10:37 |
| 5 | understanding, has any doctor ever provided you with | |
| 6 | information as to what may have triggered or caused the | |
| 7 | heart palpitations? | |
| 8 | A   No.  And I'll explain why.  In prison follow-up | 10:37 |
| 9 | medical care is virtually nonexistent -- I wouldn't say | |
| 10 | virtually nonexistent.  It's rare.  They like to kind of | |
| 11 | give you an aspirin and send you on your way.  I just | |
| 12 | started seeing Dr. Krems, and so we're just in the | |
| 13 | beginning stages of investigating this. | |
| 14 | Q   How do you spell Dr. Krems again? | 10:37 |
| 15 | A   K-r-e-m-s. | 10:37 |
| 16 | Q   Where is he located out of? | 10:37 |
| 17 | A   Marina area. | 10:38 |
| 18 | Q   And that's Marina Del Rey? | 10:38 |
| 19 | A   I don't know if it's Marina Del Rey or the | 10:38 |
| 20 | adjacent city, but it's down in that area. | |
| 21 | Q   It's down in that area? | 10:38 |
| 22 | A   It's on Washington -- excuse me.  It's on | 10:38 |
| 23 | Lincoln. | |
| 24 | Q   How was it that you went to him for treatment? | 10:38 |
| 25 | MR. GENEGO:  Objection; irrelevant information. | 10:38 |

A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

EXHIBIT 1                                                      8 of 35

Bruce Lisker    October 19, 2010

30

1        But you can go ahead and respond.                          10:38

2        THE WITNESS:   My fiancee goes to Dr. Krems and            10:38

3    recommended him.  He's a very good doctor.

4        Q    BY MR. BOJORQUEZ:  Any other doctors?                 10:38

5        A    No.                                                    10:38

6        Q    Just a little bit about your background.  When        10:38

7    did you first start experimenting with drugs?

8        MR. GENEGO:  Objection; vague and ambiguous.               10:38

9        But if you understand the question, you can go            10:39

10   ahead and answer.

11       THE WITNESS:  The first time I smoked pot was 11,          10:39

12   10.  It's been a long time ago; so it's pretty hazy.

13       Q    BY MR. BOJORQUEZ:  Was that on your own or with       10:39

14   friends?

15       A    No.  That was with some older neighborhood           10:39

16   kids, year and two older.

17       Q    And how long did you -- after that first time        10:39

18   you experienced smoking pot, did you continue to smoke

19   pot after that?

20       MR. GENEGO:  Objection; vague and ambiguous.               10:39

21       MR. BOJORQUEZ:  Well, let me ask.  That's fair.           10:39

22   That's a good objection.

23       Q    Was it something that you started experimenting       10:39

24   with?

25       A    I'm sorry about that.  I just had breakfast.         10:39

A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

EXHIBIT 1                                                    9 of 35

Bruce Lisker    October 19, 2010

31

1    Q    It happens.  Is that something that, after the    10:39

2  first time you had smoked pot for the first time, was it

3  something that you then had started doing daily or

4  weekly or monthly?

5    A    Oh, not for sometime.  Sporadically at first,    10:40

6  and then I suppose you'd say increasing as I aged.

7    Q    After smoking pot, what would be the next type    10:40

8  of drug that you would have experienced with?

9    MR. GENEGO:  Objection; vague and ambiguous.    10:40

10    You can answer.    10:40

11    THE WITNESS:  If I even remember,it's -- can you    10:40

12  define drug.  Could you repeat the question, I suppose,

13  in a different way.

14    Q    BY MR. BOJORQUEZ:  Sure.  After experiencing    10:40

15  the experience with smoking pot and then you

16  sporadically started to do it, and it eventually

17  developed into something you did a lot; is that correct?

18    A    Correct.    10:40

19    Q    Other than pot, what would be the next type of    10:40

20  drug that you had then started to experience?

21    A    I don't want to answer as to specific    10:40

22  sequentiality.

23    Q    Understood.    10:40

24    A    But there was some alcohol use, some pot use    10:41

25  right in there.

Bruce Lisker    October 19, 2010

33

1    when he was using it.  But the answer can stand.

2         Q   BY MR. BOJORQUEZ:  As we sit here now, are you          10:42

3    taking any prescription medications?  Let me withdraw

4    that and rephrase it.

5         Since you've been released August 13, 2009, and up          10:42

6    until as we presently sit here today, are you taking any

7    type of prescription medication?

8         MR. GENEGO:  Objection; calls for private medical          10:42

9    information.

10        You can respond.                                           10:42

11        THE WITNESS:  Yes.                                         10:42

12        Q   BY MR. BOJORQUEZ:  Okay.  List what those are.         10:42

13        A   List what those are.  I have a prescription for         10:42

14   Xanax for my anxiety.  I have had a recommendation for

15   marijuana for my lower back pain and sleep issues, which

16   I don't any longer do.  I have over-the-counter

17   recommendations for Advil and for decongestants.  I'm

18   trying to think if there's anything else.  No.  That's

19   all.

20        Q   You talk about back pain, and somebody                 10:43

21   prescribed marijuana for you?

22        A   No.  I think it's a recommendation that you            10:43

23   get.  I don't think it's a prescription.

24        Q   So did you end up taking that recommendation to        10:43

25   heart?

A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

EXHIBIT 1                                    11 of 35

Bruce Lisker    October 19, 2010

35

| | | | |
|---|---|---|---|
| 1 | A | What do you mean? | 10:45 |
| 2 | Q | Well, was he a medical doctor? | 10:45 |
| 3 | A | I believe he had -- yeah.  He had doctor.  I | 10:45 |
| 4 | | mean it was a Ph.D. kind of a thing on his door.  I | |
| 5 | | don't remember specifically seeing Ph. D on his door, | |
| 6 | | but I wouldn't walk into somebody and give them my | |
| 7 | | medical, you know, situation unless it was a doctor, so | |
| 8 | | I presume that he was a Ph.D. | |
| 9 | Q | Where is he located? | 10:45 |
| 10 | A | On Lincoln in the direction of Santa Monica. | 10:45 |
| 11 | Q | Do you know what cross street? | 10:45 |
| 12 | A | I don't know the cross street.  There's a point | 10:45 |
| 13 | | at which the street sort of takes a little turn to the | |
| 14 | | right and there's a gas -- not a gas station, a car wash | |
| 15 | | nearby. | |
| 16 | Q | Is he still there? | 10:45 |
| 17 | A | I don't know.  I went in and saw him the one | 10:46 |
| 18 | | time. | |
| 19 | Q | When you went in, what was it that attracted | 10:46 |
| 20 | | your attention to go in and see this particular person? | |
| 21 | A | I had someone tell me that, you know, that | 10:46 |
| 22 | | marijuana is good for back spasm types of situations, | |
| 23 | | which I've had over the years. | |
| 24 | Q | So based on that information, how was it that | 10:46 |
| 25 | | you went to this particular individual? | |

Bruce Lisker    October 19, 2010

38

1    of extra money from my job, she's willing to accept

2    that.  And I give her -- just basically, when I go, I

3    empty my pocket just out of deep appreciation for what

4    she does.

5        Q    Same parameters, August 13, 2009, to the                10:50

6    present, any other doctors, counselors, psychologists

7    that you've seen?

8        MR. GENEGO:  Same objection; calls for private             10:50

9    medical information.

10        THE WITNESS:  Yeah.  Not that I can recall.              10:50

11        Q    BY MR. BOJORQUEZ:  While you were in prison,        10:50

12    did you seek any type of psychiatric or psychological

13    assistance from counselors or doctors there other than

14    in relationship to parole hearings and those type of

15    things?

16        MR. GENEGO:  Objection; vague and ambiguous.             10:50

17        Q    BY MR. BOJORQUEZ:  You can go ahead and answer.     10:50

18        A    Okay.  Yes.                                          10:50

19        Q    First of all, who was that with?  Was there one    10:50

20    particular person, or how did that work?

21        A    There was a mental health program that they had    10:50

22    there, and I sought treatment for my depression.

23        Q    When did you first start to experience the         10:50

24    depression?

25        A    March 10, 1983 -- well, I should say probably      10:51

Bruce Lisker    October 19, 2010

39

1    March 11 or 12, 1983.

2         Q    When do you recall after March 11 or 12 of the      10:51

3    year 1983 that you started to go out and seek assistance

4    for this depression?

5         MR. GENEGO:  Objection; vague and ambiguous.      10:51

6         You can answer.      10:51

7         THE WITNESS:  In Juvenile Hall you would see      10:51

8    doctors and they would also sort of listen to -- they

9    would ask how you feel; so I don't know if they were

10    classified as psychiatrists.  I believe that they're

11    medical doctors.  So anytime I had a medical visit, I

12    would mention my depression.  And I was given, I think,

13    Elavil, I think, was the drug at the time to try to help

14    me with that.

15         Then as I progressed into prison, when I first got      10:52

16    into prison there was little to no mental health

17    presence save for the board of prison terms

18    psychologists who evaluated you before your hearings.

19         And then there was an increasing presence of mental

20    health staffing in the prisons towards the -- I wouldn't

21    want to hesitate to guess a year, later in my prison

22    term.

23         Q    At some point how often would you go to seek      10:52

24    some type of treatment for this depression?

25         MR. GENEGO:  Objection; vague and ambiguous.      10:52

Bruce Lisker    October 19, 2010

40

| | | |
|---|---|---|
| 1 | Go ahead. | 10:52 |
| 2 | THE WITNESS:    I should add to the last question | 10:52 |
| 3 | there was a prevailing acceptance among the prison | |
| 4 | population that in prison to seek out psychiatric or | |
| 5 | psychological treatment for anything including | |
| 6 | depression opened a door for the board of prison terms, | |
| 7 | which did not have a great proclivity for giving out | |
| 8 | parole dates -- that's an understatement -- to latch | |
| 9 | onto and call you some sort of psychiatric case and say, | |
| 10 | "That's the reason we're never going to let you out." | |
| 11 | So there was a resistance.   When there did begin to be a | |
| 12 | mental health presence, there was still ongoing | |
| 13 | resistance until a certain point. | |
| 14 |     Q    BY MR. BOJORQUEZ:   What point would that have | 10:53 |
| 15 | been? | |
| 16 |     A    I wouldn't want to hesitate a guess as to the | 10:53 |
| 17 | year.   It's probably documented somewhere.   And I | |
| 18 | completely forgot your subsequent question. | |
| 19 |     Q    No.   That's fine.   You kind of answered it, but | 10:53 |
| 20 | let me ask it anyway.   As far as going in to seek | |
| 21 | particular treatment for the depression, how often would | |
| 22 | you say you have done that? | |
| 23 |     MR. GENEGO:   Objection; vague and ambiguous as far | 10:54 |
| 24 | as seek as far as time period. | |
| 25 |     You can answer if you understand. | 10:54 |

Bruce Lisker    October 19, 2010

41

```
 1          THE WITNESS:  I agree with him.  I don't understand     10:54
 2     what time.
 3          Q    BY MR. BOJORQUEZ:  Well, at some point you said    10:54
 4     in the juvenile facility you went -- let's start with
 5     that.  You went and sought treatment in the juvenile
 6     facility; is that correct?
 7          MR. GENEGO:  Again, vague and ambiguous.               10:54
 8          Q    BY MR. BOJORQUEZ:  For your depression.           10:54
 9          A    I saw the doctor and mentioned my depression.     10:54
10     Yeah.  And then I was given Elavil.
11          Q    BY MR. BOJORQUEZ:  During the time that you       10:54
12     were in juvenile authority, did you ever have a
13     treatment plan, for example, where you met with a
14     counselor or psychologist or psychiatrist and they put
15     you on a plan in order to handle your depression?
16          A    You said juvenile authority.  I was in Juvenile   10:54
17     Hall when I was fighting this case.  I was in Youth
18     Authority after I was being sentenced in this case.
19     Which are you talking about?
20          Q    During your juvenile time period when you were    10:55
21     fighting the case all the way through until you were
22     placed into actual adult prison.
23          A    You are saying between March 10, 1983, and 1987   10:55
24     when I arrived in prison?
25          Q    Correct.                                          10:55
```

Bruce Lisker    October 19, 2010

42

```
 1        A    What was the question about that period of        10:55
 2   time?
 3        Q    During that time period did you ever have --       10:55
 4   for the depression that you were experiencing, did you
 5   have any type of treatment program that was set up for
 6   you, regular visits to see a counselor, psychologist,
 7   psychiatrist, something like that?
 8        A    In the Juvenile Hall I was given elavil.  Then     10:55
 9   in the -- when you're put on that, then they have to
10   sort of check in on you to make sure that -- I don't
11   know -- that you are doing okay.  And then in the youth
12   authority, no.  There were counselors, but it wasn't a
13   psychiatric counselor.  It was your counselor, your case
14   counselor.
15        Q    How about once you were placed in a prison,        10:56
16   adult prison, at that point did you ever get into any
17   type of treatment program where you would -- for
18   example, you see Ms. Levin on a weekly basis -- correct?
19   -- presently?
20        A    Correct.                                           10:56
21        Q    Back in prison did you ever have any type of       10:56
22   plan of treatment such as similar to what you have with
23   Ms. Levin?
24        MR. GENEGO:  Objection; vague and ambiguous.            10:56
25        You can answer.                                         10:56
```

A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

EXHIBIT 1                                    17 of 35

Bruce Lisker    October 19, 2010

43

| | | |
|---|---|---|
| 1 | THE WITNESS:  Did I ever while I was in prison? | 10:56 |
| 2 | Q   BY MR. BOJORQUEZ:  Yes. | 10:56 |
| 3 | A   Yes. | 10:56 |
| 4 | Q   When did that first start, if you know? | 10:56 |
| 5 | A   It was at Mule Creek.  So during the years I | 10:56 |
| 6 | was at Mule Creek -- and I was there 19 years -- late | |
| 7 | 1990's, early 2000's into the 2000's, approximately | |
| 8 | that. | |
| 9 | Q   What type of -- describe a little bit about the | 10:57 |
| 10 | treatment you received or the plan that you had | |
| 11 | regarding that. | |
| 12 | A   Regularly seeing an assigned psychiatric or | 10:57 |
| 13 | psychological -- I don't know the proper term -- case | |
| 14 | worker and attending groups on depression and other | |
| 15 | topics. | |
| 16 | Q   And that would have been fairly consistent from | 10:57 |
| 17 | the 1990's through basically when you were released? | |
| 18 | A   Again, I said I thought 1990's.  But if it's a | 10:57 |
| 19 | little bit later, yes.  There was a lengthy period of | |
| 20 | time at Mule Creek.  Once they had established the | |
| 21 | mental health system there and I believe starting | |
| 22 | slightly before they built the new mental health | |
| 23 | building on the yard, which didn't always exist, | |
| 24 | sometime before that until my release, absolutely. | |
| 25 | Q   How often would this be on, say, a weekly | 10:58 |

Bruce Lisker    October 19, 2010

44

1  basis?

2      A   Yes.  More than once a week.  There would be a

3  group and then -- I take that back.  You would see your

4  assigned person periodically.  I don't know whether it

5  was weekly or bimonthly, I don't know -- or rather

6  monthly or bimonthly.  And then there would be weekly

7  scheduled groups, and I was in one or more of those

8  types of groups with other inmates and a facilitator

9  that would be there for depression and other things.

10     Q   Let me talk a little bit about your family, the    10:58

11  Lisker family.  Your mother was Dorka Lisker?

12     A   Correct.  My adoptive mother was Dorka Lisker.    10:58

13     Q   And your father was Robert?    10:58

14     A   My adoptive father was Robert Lisker.  Correct.    10:59

15     Q   Describe Dorka Lisker for me.    10:59

16     MR. GENEGO:  Objection; vague and --    10:59

17     Q   BY MR. BOJORQUEZ:  Describe what type of woman    10:59

18  she was.

19     MR. GENEGO:  Again, vague and ambiguous.    10:59

20     THE WITNESS:  Describe what type of woman she was?    10:59

21     Q   BY MR. BOJORQUEZ:  Yes.  If someone asked you    10:59

22  to describe your mother, what type of mother was she?

23     A   She raised me.  She nurtured me.  She clothed    10:59

24  and fed me.  She loved me.  I loved her.

25     Q   How would you describe your father, Robert    10:59

A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

EXHIBIT 1                                          19 of 35

Bruce Lisker    October 19, 2010

45

1    Lisker?

2         A    He was my father.  He loved me and nurtured me    10:59

3    as well and was my buddy, you know.  They raised me.  My

4    parents raised me.

5         Q    To your knowledge, when were your parents    10:59

6    married?

7         A    I couldn't tell you the date.    11:00

8         Q    Do you know when your mother --    11:00

9         A    I think about 37 years before my mother was    11:00

10   murdered, give or take.

11        Q    Do you know, what is your mother's birth date?    11:00

12        A    6-26-16.    11:00

13        Q    How about your father's?    11:00

14        A    7-8-26.    11:00

15        Q    They didn't have any children together other    11:00

16   than you were adopted?

17        A    I was adopted.    11:00

18        MR. GENEGO:  Objection; vague and ambiguous;    11:00

19   assumes facts.

20        Q    BY MR. BOJORQUEZ:  To your knowledge, did they    11:00

21   ever have any natural born children?

22        A    To my knowledge, they did not.    11:00

23        Q    You were just a few days old when you were    11:00

24   adopted by both Dorka and Robert Lisker?

25        MR. GENEGO:  Objection; lack of foundation.    11:00

A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

EXHIBIT 1                    20 of 35

Bruce Lisker    October 19, 2010

46

1        You can answer if you know.                                    11:01

2        THE WITNESS:  I was just, I think, two days old              11:01

3    when I was brought home.  I don't know if that

4    constitutes the legal adoption or if it happened before

5    or after.  I don't know.  But I was brought home at two

6    days.

7        Q    BY MR. BOJORQUEZ:  This was something for Dorka          11:01

8    Lisker -- she was 10 years senior to your father?

9        A    Approximately.  Correct.                                 11:01

10       Q    And your father essentially brought you home            11:01

11   from his office one day; is that correct?

12       A    No.                                                       11:01

13       MR. GENEGO:  Objection; vague and ambiguous.                   11:01

14       THE WITNESS:  And I don't know.  I was kind of               11:01

15   unaware at the time.

16       Q    BY MR. BOJORQUEZ:  Sure.  But at some point did         11:01

17   anybody ever tell you how the process had taken place?

18       A    Specifics of it like he brought me home from           11:01

19   his office versus the hospital, I wouldn't speak to

20   that.  I was brought home, I was told, at two days of

21   age.

22       Q    Were you ever told what your mother's feeling          11:02

23   on the adoption was?

24       MR. GENEGO:  Objection; vague as to time and as to         11:02

25   the question itself.

A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

EXHIBIT 1                                    21 of 35

1    But you can answer if you understand.                    11:02

2        THE WITNESS:  Yeah.  Could you give me a timeframe.   11:02

3        Q    BY MR. BOJORQUEZ:  Well, at anytime when you    11:02

4    were first -- in essence, was this something that your

5    mother and father were both involved in the adoption

6    process, or was this more kind of like a surprise for

7    your mother?

8        MR. GENEGO:  Objection; lack of foundation; assumes  11:02

9    facts not in evidence.

10       THE WITNESS:  And I can answer?                       11:02

11       Q    BY MR. BOJORQUEZ:  Yeah.  You can answer.        11:02

12       MR. GENEGO:  You can answer except when I tell you    11:02

13   not to answer.

14       THE WITNESS:  Okay.  My understanding is that         11:02

15   clients of my father had come to him and said, "My

16   teenage daughter is pregnant.  We'd like you to arrange

17   for the adoption."  And my parents had been trying to

18   have kids for sometime, unable to.  My mom had become

19   pregnant once, miscarried.  There was some issue.  There

20   was a surgery.  There was some issue.

21       And then my dad saw this as "This is a miracle        11:03

22   child that just came into our lives; so we'll adopt."

23   So he came home and said, "Honey, we're having a baby."

24   And she was -- I don't know how much of this is sort of,

25   you know, colloquialized or whatever by the family sort

```
 1       Q   When you were at Mule Creek, did you ever use    12:34

 2   any illegal drugs?

 3       A   I think a couple times on the first couple       12:35

 4   years that I was there.  But then there was a long, long

 5   period of sobriety there.  I was at Mule Creek for 19

 6   years; so for approximately 17 years, none.

 7       Q   How about the small stint at Chino when you       12:35

 8   went back to Chino, did you use any?

 9       A   No.  No.                                          12:35

10       Q   How about most recently when you went back from   12:35

11   Chino to Mule Creek?

12       A   No.                                               12:35

13       Q   No illegal drugs?                                 12:35

14       A   No illegal drugs.                                 12:35

15       Q   Now, the depression that you felt after your      12:35

16   being arrested for your mother's murder or, like you

17   stated, March the 11th, March the 12th when you started

18   to first experience it, other than the depression, could

19   you tell us what's the depression that you felt?  What

20   was going on?  What were the factors that made you

21   realize that you, in fact, were experiencing depression?

22       MR. GENEGO:  Objection; vague and ambiguous; calls    12:36

23   for a medical opinion.

24       You can answer if you understand his question.        12:36

25       THE WITNESS:  You mean what were my symptoms?         12:36
```

Bruce Lisker    October 19, 2010

109

1    Everybody is different in their symptoms.

2        Q    BY MR. BOJORQUEZ:   Right.                    12:36

3        A    I would withdraw and isolate in my cell and not    12:36

4    exercise, not communicate.  I would be -- we all have

5    self talk, and it's either positive or sort of neutral

6    or negative.  All my self talk would be negative.  I

7    would catastrophize.  Walls were closing in on me.  I

8    would cry, sometimes uncontrollably.

9        Q    Anything else?                               12:37

10       A    That's, you know, pretty much it.  It was     12:37

11   physically -- it was physically painful for me at the

12   time.

13       Q    Physically painful because of the factors and   12:37

14   symptoms that you just mentioned?

15       A    Yeah.                                        12:37

16       MR. GENEGO:  Objection.  I think it calls for a    12:37

17   medical opinion.  He's described what he felt and the

18   pain connecting him up to something that I don't think

19   he's qualified to answer.

20       Q    BY MR. BOJORQUEZ:  You can answer.           12:37

21       A    I mean I could describe my physical position,   12:37

22   and that would be curled up under my covers in my bed

23   when it got bad.  And then again, as you know,

24   depression is a cyclical thing.  You'll fall into states

25   of depression.  You'll come out.  You'll fall back into

Bruce Lisker     October 19, 2010

110

1    them.  That's the nature of depression.  I wasn't

2    constantly curled up in my bed.  I had a prison job that

3    I would have to go to, et cetera, et cetera.  But you

4    would just, you know, plod through the day, shuffling

5    your feet through the day.

6        Q    So tell me a little bit about the withdrawal,     12:38

7    having symptoms of wanting to withdraw from society or

8    from prison or from people.  Tell me what were the

9    specific symptoms associated with withdrawal that you

10   had mentioned?

11       MR. GENEGO:  Objection; vague and ambiguous; asked     12:38

12   and answered.

13       You can respond.     12:38

14       THE WITNESS:  Well, in years later I've learned     12:38

15   cognitive behavior therapy and that -- in order to

16   address depression.  And one of the things that you do

17   is when you start to feel like you want to be alone and

18   not talk to anyone is that you make yourself talk to

19   people.  So you'd exercise.  You'd be more gregarious,

20   and you actively control your positive self talk in the

21   sense that you don't catastrophize, and you say good

22   things like that.  So what I mean is the opposite of

23   being gregarious, the tendency to want to just slink off

24   and be alone in your misery.

25       Q    BY MR. BOJORQUEZ:  How often do you experience     12:39

1    withdrawal symptoms of wanting to withdraw or slack off

2    being alone?

3         MR. GENEGO:  Objection; vague as to time.                    12:39

4         Q   BY MR. BOJORQUEZ:  From the time period when        12:39

5    you were -- March 11th up until today.  I mean is it

6    something that in the beginning was much more severe

7    than towards the end, or was it something that, you

8    know, the middle of the time that you were in custody?

9    That's what I'm looking for.

10        A   There were periods when it was more severe than    12:39

11   others, and there are periods when it wasn't.  It's

12   impossible for me to say, pinpoint, you know, from '83

13   to '84 it was very severe and then it got -- you know,

14   it was a little bit easier in '86.  I couldn't say that.

15   It's cyclical, and it comes and goes and you deal with

16   it as it comes.

17        Q   You said isolate within yourself.  That would     12:40

18   basically be very similar to what you were talking about

19   before, the withdrawal?

20        A   That's what I meant by withdrawing, withdrawal,    12:40

21   tendency to not, you know -- do you understand the term

22   gregarious?

23        Q   Sure.                                             12:40

24        A   Wanting to be around a lot of people.  When you   12:40

25   are suffering from this kind of depression, from any

Bruce Lisker    October 19, 2010

112

1    kind of depression, you tend not to want to be around

2    people.  You're not going to be going to parties if you

3    are suffering, if you're in the midst of a depressive

4    bout.

5        Q    And you mentioned also not exercising.                    12:40

6    Describe what you mean by that.

7        A    In the context of -- you just feel like not        12:40

8    doing anything.  You just want to sit.  So one of the --

9    I explained it, I believe, in the context of CBT in that

10   you can avoid finding yourself sort of falling into a

11   depression by getting out, exercising, and being around

12   people and, you know, watching your positive self talk.

13       Q    You mentioned something about the walls closing     12:41

14   in.

15       A    Yeah.                                                12:41

16       Q    Describe what you mean by that.                     12:41

17       A    Well, I lived in a cell that was four and a         12:41

18   half feet wide by 11 feet long.  When you start losing

19   your hope, it feels like the walls are closing in,

20   especially when you know you're there for something you

21   didn't do.

22       Q    Was that something that was kind of a daily         12:41

23   basis or was that something that --

24       A    No.  Again, it wasn't -- well, depression tends     12:41

25   to come -- I mean I'm getting into the area of talking

113

1    like some sort of clinician.  But I know from my

2    experience, depression can come on from anywhere from a

3    couple few three, four days to last a couple of weeks.

4    My typical pattern of depression was usually four days

5    or so, five days or so.  It was typically something that

6    I could get back out of in that time.

7        Q   Was there something that you practiced or did          12:42

8    in order to try to get yourself out of it?

9        A   There is.  It's called cognitive behavior            12:42

10   therapy, CBT.  And when you notice the symptoms of

11   depression coming on -- and it doesn't always work,

12   quite frankly.  But when you notice the beginning is

13   feeling like, you know, you're constantly feeling

14   negative, what's the hope of going on and you just start

15   getting like this, then you -- yeah.  There's techniques

16   that you can use.

17       Q   What type of techniques do you use?                  12:42

18       A   I think I've explained them.                         12:43

19       Q   All these issues of self talk, the positive,         12:43

20   the negative?

21       A   Don't isolate, be gregarious, get out, do some       12:43

22   exercise, watch your self talk, don't catastrophize in

23   your self talk.

24       Q   And all the CBT and these kind of ways of            12:43

25   trying to get yourself out of this depression, where did

Bruce Lisker   October 19, 2010

114

1   you get this information from?

2        A    From the mental health professionals at the          12:43

3   prisons and places.

4        Q    Was there one particular person that you went         12:43

5   to for most of your information?

6        A    You had -- Dr. Robert Landry was one.   He's a        12:43

7   Ph.D.  Or I'm not sure of the letters after his name,

8   but he's a doctor, Robert Landry.  He was my primary for

9   a period of time, and he was quite good.  He ran the

10  groups as well, some of the groups as well at Mule

11  Creek.

12       Q    Any other individuals other than Dr. Landry?          12:44

13       A    Not that come to mind.  There were certain like       12:44

14  regulars, and he would be my regular.  And then there

15  were other people who sporadically came in.  The nature

16  of the prison system and the bureaucracy therein is

17  people don't hold jobs long.  They're in and out.

18       Q    Anything else you can think of as far as the          12:44

19  depression that you haven't already discussed thus far?

20       MR. GENEGO:  Objection; vague and ambiguous.               12:44

21       THE WITNESS:  I don't think so.  I think that's            12:44

22  pretty much --

23       Q    BY MR. BOJORQUEZ:  Now, you talked about after        12:44

24  being released in August 13th of 2009 the issue of

25  trying to then kind of come back into society.  Describe

Bruce Lisker    October 19, 2010

115

1    the difficulties you've had there.

2        MR. GENEGO:  Objection; vague.    12:44

3        You can answer.    12:44

4        THE WITNESS:  Where do I start?  Being around    12:45

5    people, letting my guard down.  In prison -- I had a

6    blistering headache for the first three days because in

7    prison everybody that enters the room, you have to size

8    them up to determine what kind of physical threat they

9    might be to you and your personal physical safety.

10       If they look -- you know, there's a whole list of    12:45

11   criteria.  When they walk in, are they looking at me?

12   Are they looking someplace else?  Are they even paying

13   attention to me?  If they're looking at me, are they

14   frowning?  Are they then going over talking to somebody

15   else who might be -- you just never know.  And you

16   always for your physical survival and safety have to do

17   that.

18       Well, there's a limited number of people in prison,    12:45

19   so there's a limited number of people coming in any

20   given room at any given time.  A person is unable to

21   disengage that automatic thinking.  It becomes automatic

22   and subconscious, and you are unable to disengage that.

23       When I first got out, everybody that I saw I was    12:46

24   going, "Is he a threat?  I don't know.  I don't know."

25   You just cannot stop doing it.  So I had ground myself

A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

EXHIBIT 1                                    30 of 35

1    down to exhaustion by about the first hour or two of the

2    day.  You know, that's eased.  But I don't think the

3    deep-seated suspicion ever goes away.

4        Another reentry issue was that most people have a      12:46

5    common belief and understandably so because they've

6    never experienced it or had anybody, thank God, close to

7    them experience it, that the bottom of your whole world

8    falls out.

9        I once when I was a kid had a belief that if you      12:46

10   didn't do something, you had nothing to worry about.

11   You'd never be accused of it because the truth is the

12   truth.  Well, that bottom fell away from me a long, long

13   time ago.

14       I can't walk out here without the constant and over     12:47

15   boding fear that this could happen.  This does happen.

16   This did happen to me.  So that's kind of one of my

17   reentry issues.

18       In prison there's always a light on because you       12:47

19   live around murderers and thieves and robbers and

20   rapists, so there's always at least a nightlight on so

21   the staff can see and monitor.  And there's always a gun

22   so that, when someone, if somebody, when someone who is

23   a murderer, rapist, murderer attempts to attack somebody

24   else, they can shoot them.  They can at least quell the

25   situation.

117

1    There's a lot of dark places in the world where I    12:48

2  can't see into the dark, and it scares the shit out of

3  me because I don't know.  Who's in that dark space?

4  Who's behind that bush?  That's something that this    12:48

5  whole experience did to me.

6    Q    The unknowingness of what lies beyond?    12:48

7    A    What this 30 years of experience that was    12:48

8  thrust upon me has done to me.  My reentry, trying to

9  get some sort of emotional peace of mind and sense of

10  safety into my life again, that's part of my reentry

11  issues.

12    I'll be driving along and I'll see a black and    12:48

13  white police car drive by, and I start to shake.  Are

14  they going to pull me over?  Do they recognize me?  Are

15  they going to pull me over under a ruse?  Is this whole

16  thing going to happen?  Is there a Monsue in that car

17  who is going to say, "There was a robbery down the

18  street.  You fit the description."

19    I'm driving with my fiancee, beautiful woman, never    12:49

20  had contact like this with a police agency.  Are they

21  going to see me, pull me over, issue a felony stop like

22  I've seen on Cops?  "Put your hands out the window.

23  Throw your keys on top of the" -- I don't know.  Those

24  are some of the reentry issues that I'm dealing with.

25    Q    Would those be the --    12:49

EXHIBIT 1                                    32 of 35

Bruce Lisker        October 19, 2010

118

```
1        A    This well of sadness that I'm just holding back      12:49
2   right now, there's a fucking ocean -- I'm sorry.
3   There's a fucking ocean of sadness that I haven't dealt
4   with about being accused of killing my mother by these
5   people who lied and then convinced a jury by employing
6   another liar, Hughes, a scumbag convict with no morals
7   whatsoever, threw me in prison for the rest of my life.
8   Yeah.  Yeah.   I'm dealing with my issues.
9        Q    Let's me ask you something.   You mentioned      12:50
10  employing a liar Hughes.
11       MR. GENEGO:   I think this might be a good time to      12:50
12  break.  Do you want to take a break?
13       THE WITNESS:  Please.                                   12:50
14       THE VIDEOGRAPHER:   Going off the record at 12:50      12:50
15  P.M.
16       MR. BOJORQUEZ:   So 1:30?                               12:50
17       MR. GENEGO:   Great.                                    12:50
18       (A lunch recess was taken from 12:50 P.M. until        12:51
19  1:36 P.M. the same day.)
20       THE VIDEOGRAPHER:   Going back on the record at 1:36   13:36
21  P.M.
22                    EXAMINATION RESUMED                        13:37
23  BY MR. BOJORQUEZ:                                            13:37
24       Q    Mr. Lisker, you understand you're still under     13:37
25  oath?
```

A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

EXHIBIT 1                                    33 of 35

Bruce Lisker    October 19, 2010

119

| | | |
|---|---|---|
| 1 | A    Correct. | 13:37 |
| 2 | Q    Now, Mr. Lisker, with respect to your use of | 13:37 |
| 3 | drugs, one thing you had talked a little bit about was | |
| 4 | when you were at the Susanville boys facility up there, | |
| 5 | boys ranch, I think you called it, THAT they were giving | |
| 6 | you, I guess, a $5 stipend or $5 amount of money. Was | |
| 7 | that per week, per day? | |
| 8 | A    Allowance per week for doing your chores and | 13:37 |
| 9 | such. | |
| 10 | Q    How was it that during the time, for example, | 13:37 |
| 11 | when you were 10 years old or earlier you said 11 to 12, | |
| 12 | you were able to support the drugs that you were | |
| 13 | consuming? | |
| 14 | A    During what age? | 13:37 |
| 15 | Q    When you were around 11, 12 years old? | 13:38 |
| 16 | MR. GENEGO:  Objection; asked and answered.  I | 13:38 |
| 17 | think he's already testified to that, but he can | |
| 18 | respond. | |
| 19 | THE WITNESS:  Allowance and such, and other kids | 13:38 |
| 20 | would have drugs.  Sometimes it didn't cost anything to | |
| 21 | smoke pot with them. | |
| 22 | Q    BY MR. BOJORQUEZ:  When you talk about | 13:38 |
| 23 | allowance, how much allowance did you receive from your | |
| 24 | parents? | |
| 25 | MR. GENEGO:  During that same period of time? | 13:38 |

Bruce Lisker    October 19, 2010

343

```
 1                    REPORTER'S CERTIFICATE          19:06

 2        I, Dana D. Forbes, a Certified Shorthand     19:06

 3   Reporter No. 8095, do hereby certify:            19:06

 4        That, prior to being examined, the witness named in   19:06

 5   the foregoing deposition, BRUCE ELIOT LISKER, was by me

 6   duly sworn to testify the truth, the whole truth, and

 7   nothing but the truth.

 8        That said deposition was taken down by me in    19:06

 9   shorthand at the time and place therein named and

10   thereafter transcribed by computer-aided transcription

11   under my direction, and I hereby certify that the

12   foregoing deposition is a true and correct transcript of

13   my shorthand notes so taken.

14        I certify that a request has been made by, or on     19:06

15   behalf of, the witness to review, correct and sign the

16   transcript of these proceedings.

17        I further certify that I am neither counsel for nor   19:06

18   related to any party to said action nor in anywise

19   interested in the outcome thereof.

20        IN WITNESS WHEREOF, I have hereunto subscribed my    19:06

21   name this 25th day of October, 2010.

22                                                     19:06

23                                                     19:06

24        _____             19:06

              Dana D. Forbes, CSR No. 8095

25                                                     19:06
```