**DECLARATION OF JAMES E. ROSENBERG**

# DECLARATION OF JAMES E. ROSENBERG, MD

I am a physician licensed to practice medicine in the State of California. I attended the UCLA School of Medicine, graduating in 1988. I completed an internship at the Virginia Mason Hospital in Seattle, WA; a residency training program in psychiatry at the UCLA Neuropsychiatric Institute; and finally, a fellowship in forensic psychiatry under Dr. Philip Resnick at Case Western Reserve University in Cleveland, Ohio in 1994. I served as Chief, Psychiatric Intensive Care, and Assistant Director of Mental Health at the West Los Angeles VA Medical Center, a UCLA teaching hospital. I am Board-Certified in Psychiatry with Added Qualifications in Forensic Psychiatry by the American Board of Psychiatry & Neurology, Inc. I served as an Assistant Clinical Professor of Psychiatry at the David Geffen School of Medicine at UCLA for 16 years. I serve as a consultant to a variety of agencies and organizations, including the United States Department of Justice, State of California Office of the Attorney General, and Medical Board of California. In addition to my extensive clinical and teaching experience, I have conducted over 1000 medico legal assessments.

By virtue of my fellowship training, additional board certification in forensic psychiatry, and other credentials, I have specialized expertise in forensic psychiatry, including the application of medical-scientific principles to psychiatric assessment in civil litigation.

A true and correct copy of my curriculum vitae is attached as "Attachment 1."

I have been retained by the defense as an expert in psychiatry in the matter of Bruce E. Lisker v. City of Los Angeles, et al. [USDC Case No. CV09-09374 AHM (RCx)].

To date, I have reviewed and considered multiple sources of information in this matter, including the report of plaintiff's expert in psychiatry, Terry A. Kupers, MD, dated May 25, 2011. According to Dr. Kupers' report, he conducted a face-to-face psychiatric examination of Mr. Lisker for seven hours o April 1, 2011, and then spent an additional 90 minutes in phone interviews with plaintiff. As a result of his overall evaluation, Dr. Kupers

1.

opines that plaintiff has sustained profound emotional injuries as a result of the allegations in this case, resulting in the psychiatric disorders of Posttraumatic Stress Disorder (PTSD) and Depressive Disorder Not Otherwise Specified (NOS).

It is my opinion, with reasonable medical certainty that, from a psychiatric standpoint, the defense should be provided with an opportunity for me to conduct my own face-to-face psychiatric examination of Mr. Lisker. The evaluation would consist of a detailed interview, mental status examination, screening cognitive assessment, and standardized psychological testing. Factors that support my opinion include the following:

Dr. Kupers has substantially based his expert opinions in this matter on information that he personally obtained from his face-to-face psychiatric examination of plaintiff. As the defense expert in psychiatry, I should be provided with an adequate opportunity to conduct my own assessment of Mr. Lisker in order to evaluate plaintiff's emotional injury claims and Dr. Kupers' expert opinions.

Mr. Lisker's emotional injury claims in this matter, as described in Dr. Kupers' report, include profound personal losses over many years and the psychiatric diagnoses of PTSD and Depressive Disorder NOS that continue to the present time. These factors clearly place Mr. Lisker's mental state at issue, far beyond "garden variety" emotional distress, and into the category of an emotional injury claim that justifies an expert mental examination.

I have extensive experience with numerous emotional injury claims of similar or even lesser severity in which the State or Federal Court granted the opportunity for me to conduct a face-to-face psychiatric assessment.

In accordance with the standards of practice within my field of forensic psychiatry, a reasonable and prudent examination in this matter would include a detailed interview, mental status examination, screening cognitive assessment, and standardized psychological testing. The psychological testing is an important, generally accepted part of the evaluation process. It uses objective criteria to validate and expand upon plaintiff's subjective statements obtained in the interview. For example, in the American Psychiatric Association's Textbook of Forensic Psychiatry, 2nd edition, edited by Drs. Simon and Gold

1  (2010), the authors state that such an examination "has three parts: review of records, relevant testing, and the psychiatric examination (meaning the interview and mental status examination)….The most common form of testing…is psychological testing…" [p. 266]

I have conducted similar evaluations in hundreds of cases venued in State and Federal Courts. I have attached my standard description of what the psychiatric examination would entail as "Attachment 2."

1I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED on June  20  , 2011, in Los Angeles, California.

_____/S/_____
**JAMES E. ROSENBERG , MD**

## FORENSIC NEUROPSYCHIATRY MEDICAL GROUP, INC.

JAMES E. ROSENBERG, M.D.

## CURRICULUM VITAE
## JAMES E. ROSENBERG, M.D.

### Address and Telephone

| | |
|---|---|
| Office address: | 21900 Burbank Blvd. <br> Third Floor <br> Woodland Hills, CA 91367 |
| Tel: | (818) 865-2978 |
| Fax: | (818) 698-6400 |
| E-mail: | JRosenbergMD@gmail.com |

Consultations available at sites throughout California and other states by arrangement, as appropriate. Licensed in California and Nevada.

### College Education

1979-83   Bachelor of Arts in Philosophy
          University of California, Berkeley

### Medical Education

1984-88   Doctor of Medicine
          UCLA School of Medicine, Los Angeles, CA

### Postgraduate Training

1988-89   Transitional Intern
          Medicine, Surgery, Neurology and Pediatrics
          Virginia Mason Hospital, Seattle, WA

---

CLINICAL AND FORENSIC PSYCHIATRY - NEUROPSYCHIATRY - PSYCHOPHARMACOLOGY

21900 BURBANK BLVD., THIRD FLOOR, WOODLAND HILLS, CA 91367

TEL (818) 865-2978   FAX (818) 698-6400   JROSENBERGMD@GMAIL.COM

Page 1

ATTACHMENT 1

James E. Rosenberg, M.D.
Page 2

| | |
|---|---|
| 1989-91 | Resident in Psychiatry<br>UCLA Neuropsychiatric Institute |
| 1991-92 | Chief Resident in Forensic Psychiatry<br>Senior Resident in Consultation-Liason Psychiatry<br>   and the Mood and Anxiety Disorders Program<br>UCLA Neuropsychiatric Institute |
| 1993-94 | Fellow in Forensic Psychiatry with Dr. Philip Resnick<br>Case Western Reserve University School of Medicine |
| 1997 | Hostage and Crisis Negotiation<br>VA Federal Law Enforcement Training Center<br>Little Rock, Arkansas |

## Honors and Fellowships

| | |
|---|---|
| 1979-83 | Dean's Honor List<br>University of California, Berkeley |
| 1983 | Graduated with Distinction in General Scholarship<br>University of California, Berkeley |
| 1985 | Summer Research Fellowship<br>National Institute of Mental Health |
| 1988 | UCLA School of Medicine O'Malley Prize in Medical History<br>"Electroconvulsive Therapy: Its Place in the Mainstream" |
| 1992 | Milla Alihan Fellowship<br>Society for Clinical and Experimental Hypnosis |
| 2000- | Who'sWho in Medicine and Healthcare |

## Academic Appointment

| | |
|---|---|
| 1992-2008 | Assistant Clinical Professor of Psychiatry<br>UCLA School of Medicine |

ATTACHMENT 1

Page 2

James E. Rosenberg, M.D.
Page 3

| | |
|---|---|
| 1994-2004 | Faculty, UCLA Forensic Psychiatry Fellowship |
| 2007- | Director of Medical Education<br>World Hapkido Association |

**Board Certification**

| | |
|---|---|
| 1994- | Diplomate in Psychiatry<br>American Board of Psychiatry and Neurology, Inc. |
| 1996- | Added Qualifications in Forensic Psychiatry<br>American Board of Psychiatry and Neurology, Inc. |

**Employment**

| | |
|---|---|
| 1989-92 | Staff Physician, Urgent Care Clinic<br>Hawthorne Community Medical Group (HCMG)<br>Hawthorne, CA |
| 1991-92 | Staff Psychiatrist, Methadone Maintenance<br>West Los Angeles Treatment Program |
| 1992-93 | Consulting Psychiatrist<br>Myron L. Nathan Medical Corporation<br>Beverly Hills, CA |
| 1993-94 | Staff Psychiatrist<br>General and Conditional Release Programs<br>Neighborhood Counseling Service<br>Cleveland, OH |
| 1994 | Associate Unit Director<br>Department of Psychiatry<br>Los Angeles County Olive View - UCLA Medical Center |
| 1994-98 | Chief, Psychiatric Intensive Care Units<br>Department of Psychiatry<br>West Los Angeles VA Medical Center |

James E. Rosenberg, M.D.
Page 4

| | |
|---|---|
| 1997-98 | Forensic Consultant<br>Department of Psychiatry<br>West Los Angeles VA Medical Center |
| 1995-98 | UCLA Forensic Psychiatry Faculty Group |
| 1996-97 | Assistant Director of Mental Health Services<br>West Los Angeles VA Medical Center |
| 1997-00 | Clinical and Forensic Consultant<br>Department of Corrections<br>State of California |
| 1998-99 | Consulting Psychiatrist<br>Mental Health Section, Superior Court<br>County of Los Angeles |
| 1998-06 | Consulting Psychiatrist<br>Ventura County Sheriff's Department<br>Ventura, CA |
| 1998- | Consulting Expert in Psychiatry<br>California Medical Board |
| 2000- | Staff Psychiatrist<br>San Fernando Valley Community Mental Health Center, Inc. |
| 2000-07 | Consulting Psychiatrist<br>Law & Order: Special Victims Unit (TV show) |
| 2006-08 | Consulting Neuropsychiatrist<br>Sports Concussion Institute (www.sports-concussion.com) |

**Committees and Panels**

| | |
|---|---|
| 1991 | Reviewer in Post-Traumatic Stress Disorder<br>Archives of General Psychiatry |

James E. Rosenberg, M.D.
Page 5

| | |
|---|---|
| 1991-92 | Chair, Administrative Board of Investigation<br>West Los Angeles VA Medical Center |
| 1991-92 | Human Subjects Subcommittee<br>West Los Angeles VA Medical Center |
| 1992-93 | Ethics Committee<br>Southern California Psychiatric Society |
| 1992-93 | Peer Review Committee<br>Southern California Psychiatric Society |
| 1993-95 | Vice Chair, Ethics Committee<br>Society for Clinical and Experimental Hypnosis |
| 1993-95 | Executive Council<br>Society for Clinical and Experimental Hypnosis |
| 1993-94 | Medical Review Committee<br>Department of Psychiatry<br>Case Western Reserve University |
| 1995-96 | Chair, Psychiatry Section<br>Program Committee<br>American Academy of Forensic Sciences |
| 1995-96 | Continuing Medical Education Committee<br>American Academy of Forensic Sciences |
| 1995-96 | Mental Health Expert Witness Panel<br>Los Angeles County Superior Court |
| 1995-97 | Director, Forensic Psychiatry Core Curriculum<br>UCLA Neuropsychiatric Institute<br>Dept. of Psychiatry, UCLA School of Medicine |
| 1996-98 | PART (Professional Assault Response Training)<br>Instructor, Co-Chair of Task Force<br>West Los Angeles VA Medical Center |

James E. Rosenberg, M.D.
Page 6

| | |
|---|---|
| 1996-98 | Patient Rights Task Force<br>West Los Angeles VA Medical Center |
| 1998-99 | Mental Health Expert Witness Panel<br>Los Angeles County Superior and Municipal Courts |
| 2003-05 | Doctoral Supervisor and Dissertation External Reader:<br>Michelle Conover, Ph.D., Pacifica Graduate Institute<br>"A Cross-Ethnic Comparison of Behavioral and Psychological Symptoms in Community Dwelling Alzheimer's Disease Patients" |

## Publications

Morgenstern L, McCafferty L, Rosenberg J, Michel SL: Hamartomas of the Spleen. *Archives of Surgery* 119: 1291-3, 1984.

Morgenstern L, Gleischman SH, Michel SL, Rosenberg JE, Knight I, Goodman D: Relation of Free Silicone to Human Breast Carcinoma. *Archives of Surgery* 120: 573-7, 1985.

Morgenstern L, Rosenberg J, Geller SA: Tumors of the Spleen. *World Journal of Surgery* 9: 468-76, 1985.

Rosenberg JE, Towers B: The Practice of Empathy as a Prerequisite for Informed Consent. *Theoretical Medicine* 7: 181-94, 1986. Reproduced in Turner GP,

Mapa J (eds.): *Humanistic Health Care*, Ann Arbor, Michigan, Health Administration Press, 1988.

Wirshing WC, Van Putten T, Rosenberg J, Marder S, Ames D, Hicks-Gray T: Fluoxetine, Akathisia, and Suicidality: Is There a Causal Connection (letter)? *Archives of General Psychiatry* 49: 580-81, 1992.

Rosenberg JE: Drug Therapy in Psychiatric Disorders. In Goldsmith LS (ed.): *Medical Malpractice: Guide to Medical Issues,* Eighth Edition, Matthew Bender & Co, Inc., 1994.

James E. Rosenberg, M.D.
Page 7

Mills MJ, Rosenberg JE: Psychopharmacology and the Law. In Barchas J, Berger P, Ciaranello R, Elliott G (eds.): *Psychopharmacology: From Theory to Practice*, Second Edition, Oxford, 1994.

Rosenberg JE, Eth S: Post-Traumatic Stress Disorder in Children: Clinical and Legal Issues. In Rosner R (ed.): *Forensic Psychiatry: Principles and Practice*, Chapman and Hall, 1994.

Rosenberg JE: Attorney Evaluates Plaintiff. In Lewis ME, Sadoff RL (eds.): *Courtroom Medicine: Psychic Injuries*, Volume 12, Matthew Bender & Co., Inc., 1995.

Rosenberg JE, Eth S: Ethics. In Kaplan HI, Sadock BJ (eds.): *Comprehensive Textbook of Psychiatry*, Sixth Edition, Williams & Wilkins, 1995.

Mills MJ, Rosenberg JE: Ask the Experts: Confidentiality and Peer Review. *American Academy of Psychiatry and the Law Newsletter*, 1995.

Rosenberg JR: Invited Book Review: "Patient or Pretender: Inside the Strange World of Factitious Disorders." *Psychiatric Services*, 1996.

Rosenberg JE: Invited Chapter: "Malpractice Prevention in Inpatient Psychiatry." *Directions in Psychiatry: Psychiatric Malpractice Risk Management*, Hatherleigh Press, 1996.

Rosenberg JE, Resnick PJ: "Post-Concussive Syndrome." *Directions in Psychiatry*, Hatherleigh Press, 1996.

Deirmejian J, Ishikawa S, Rosenberg J, Hinkin C: The Detection of Malingered Depression. American Academy of Forensic Sciences (Abstract), presented at February, 1998 annual meeting.

Rosenberg JE: Malpractice Liability Prevention in Hospital Psychiatry. In Flach F (ed.): *Malpractice Risk Management in Psychiatry*, Hatherleigh Press, 1998.

Rosenberg JE: Forensic Aspects of PTSD in Children and Adolescents. *Annual Review of Psychiatry*, American Psychiatric Press, 2001.

Rosenberg JE, Eth S: Post-Traumatic Stress Disorder in Children: Clinical and Legal Issues. In Rosner R (ed.): *Forensic Psychiatry: Principles and Practice*, Second Edition, 2003.

James E. Rosenberg, M.D.
Page 8

## Presentations

1993   Opening Address: Human Art of Extremes (serial murderers)
       Sponsored by the Cleveland Institute of Art, Cleveland, OH

1993   Grand Rounds: The Detection of Malingered Mental Illness
       Cleveland Psychiatric Institute

1994   Presentation of the Ethics Committee of the American Academy
       of Psychiatry and the Law: Should Psychiatric Inpatients be Criminally
       Prosecuted for Assault? (Annual Meeting, Maui)

1995   The Detection of Malingered Post-Traumatic Stress Disorder
       American Academy of Forensic Sciences (Annual Meeting, Seattle)

1995   Seminar: Overview of Psychiatric Disorders
       Social Security Administration

1995   School Terrorists: Psychological Profiles
       Psychological Trauma Center
       Affiliated with the Cedars-Sinai Medical Center

1995   Assessment of Dangerousness
       Dept. of Psychiatry Grand Rounds
       West Los Angeles VA Medical Center

1996   Panel: Lessons in Scientific Certainty - Sexual Harassment
       American Academy of Forensic Sciences

1996   Panel: Lessons in Scientific Certainty - Post-Concussive Syndrome
       American Academy of Forensic Sciences

1996   Workplace Violence
       Dept. of Psychiatry Grand Rounds
       West Los Angeles VA Medical Center

1996   Seminar: Workplace Violence
       Department of Psychology
       Camarillo State Hospital and Developmental Center

James E. Rosenberg, M.D.
Page 9

| | |
|---|---|
| 1996 | Death Penalty Workshop: Workplace Violence<br>Office of the Los Angeles County Public Defender |
| 1997 | Relationship of Psychosis to Stalking Behavior<br>Dept. of Psychiatry Grand Rounds<br>West Los Angeles VA Medical Center |
| 1997 | Mass Murder, Serial Murder, and Bombings<br>Learning Tree University<br>Woodland Hills, CA |
| 1997 | The Detection of Malingered Mental Illness<br>Department of Corrections<br>State of California |
| 1997 | The Assessment of Dangerousness<br>Department of Corrections<br>State of California |
| 1997 | Psychiatric Evaluations of Post-Traumatic Stress Disorder<br>Fifth Annual Conference on Behavior, Neurobiology,<br>Substance Abuse and Culture<br>Charles R. Drew University of Medicine & Science |
| 1998 | Mental Illness: A Primer for Criminal Attorneys<br>California Public Defender's Association<br>El Segundo, CA |
| 1998 | The Assessment of Suicide Risk<br>Dept. of Psychiatry Grand Rounds<br>West Los Angeles VA Medical Center |
| 1998 | The Assessment of Dangerousness<br>Edmund Edelman Center<br>Department of Mental Health<br>County of Los Angeles |
| 1998 | The Detection of Malingered Mental Illness<br>Department of Corrections<br>State of California |

James E. Rosenberg, M.D.
Page 10

    1998   Workplace Violence
             Learning Tree University
             Agoura Hills, CA

    1998   Mental Illness: A Primer for Criminal Attorneys
             Office of the Riverside County Public Defender
             Riverside, CA

    1999   Detection of Malingered Mental Illness
             Encino-Tarzana Regional Medical Center
             Encino, CA

    1999   Alcohol and Domestic Violence
             In conjunction with the Ventura County Sheriff's Dept.
             Hispanic American Police Command Officers Association
             Burbank, CA

    1999   Psychiatric Evaluations in Civil Litigation
             Seventh Annual Conference on Behavior, Neurobiology,
             Substance Abuse, and Culture
             Charles R. Drew University of Medicine & Science

    2000   Psychiatric Treatment of Traumatic Brain Injury --
             Issues in Civil Litigation
             Section on Neurobehavioral Sequelae of Traumatic Brain Injury
             Eighth Annual Conference on Behavior, Neurobiology,
             Substance Abuse, and Culture
             Charles R. Drew University of Medicine & Science

    2000   Psychopharmacology in Dual Diagnosis Patients
             San Fernando Valley Community Mental Health Center, Inc.

    2001   Dangerousness Assessment During Suspect Confrontations
             Professional Diversion Intelligence Network (DEA, other agencies)
             Eleventh Annual Training Conference
             Newport Beach, CA

    2001   Post-traumatic Stress Disorder in Law Enforcement
             Professional Diversion Intelligence Network (DEA, other agencies)
             Eleventh Annual Training Conference
             Newport Beach, CA

James E. Rosenberg, M.D.
Page 11

    2001   Forensic Aspects of PTSD in Children and Adolescents
              Review of Psychiatry: PTSD in Children and Adolescents
              American Psychiatric Association Annual Meeting
              New Orleans, LA

    2001   Psychiatric Treatment of Traumatic Brain Injury Patients
              Section on Neurobehavioral Sequelae of Traumatic Brain Injury
              Eighth Annual Conference on Behavior, Neurobiology,
              Substance Abuse, and Culture
              Charles R. Drew University of Medicine & Science
              LosAngeles, CA

    2002   Psychiatric Treatment of Traumatic Brain Injured Patients
              Ninth Annual Conference on Behavior, Neurobiology,
              Substance Abuse and Culture
              Charles R. Drew University of Medicine & Science
              LosAngeles, CA

    2003   The Detection of Malingered Depression
              Tenth Annual Conference on Behavior, Neurobiology,
              Substance Abuse and Culture
              Charles R. Drew University of Medicine & Science
              Los Angeles, CA

    2006   WebMD: Bipolar Disorder

    2007   Moderator: Concussion and Its Effects on Children and Families
              The National Concussion Summit
              Marina Del Rey, CA

**Licensure**

    1989 -        California Medical Board No. G 66980

    2002 -        Nevada State Board of Medical Examiners No. 10302

              Drug Enforcement Agency (identification number available upon request)

James E. Rosenberg, M.D.
Page 12

### Organizational Memberships and Affiliations

American Psychiatric Association

Southern California Psychiatric Society

American Academy of Psychiatry and the Law

American College of Sports Medicine

Humane Society of the United States

World Hapkido Assocation

### Areas of Special Interest and Expertise

Forensic psychiatry; psychopharmacology; substance-induced disorders; neuropsychiatry; mood, anxiety and psychotic disorders.

### Highlights of Qualifications and Practice

Completed fellowship in forensic psychiatry with Dr. Phillip Resnick at Case Western Reserve University School of Medicine.

Board-certified in psychiatry and added qualifications in forensic psychiatry by the American Board of Psychiatry and Neurology, Inc.

Assistant Clinical Professor of Psychiatry at UCLA School of Medicine for 16 years. Dr. Rosenberg resigned his appointment in late 2008 to pursue community service in accordance with President Obama's www.USAService.org.

Served approximately four years as Chief, Psychiatric Intensive Care at the West Los Angeles VA Medical Center, the major UCLA affiliated teaching hospital in psychiatry, until February, 1998. Most patients had primary diagnoses of PTSD, schizophrenia, bipolar disorder, major depression, or substance-induced disorders.

James E. Rosenberg, M.D.
Page 13

Served as Assistant Director of Mental Health and Forensic Consultant during tenure at the West Los Angeles VA. Dr. Rosenberg provided teaching and supervision to psychiatrists, psychologists and other staff and trainees.

Extensive experience in substance-related disorders in criminal, civil, and clinical settings, including substance-induced mood and psychotic disorders.

Current clinical practice involves general outpatient psychiatry in a non-profit mental health clinic.

Teaching experience includes UCLA medical students, psychology interns, psychiatry residents, and forensic fellows. Dr. Rosenberg was formerly in charge of the forensic psychiatry core curriculum at the UCLA Neuropsychiatric Institute for several years. At present, he provides teaching at the San Fernando Valley Community Mental Health Clinic, Inc.

Forensic consultant in over 1000 cases involving a wide variety of criminal, civil and administrative matters. Dr. Rosenberg consults on both plaintiff and defense cases in civil litigation.

A significant portion of Dr. Rosenberg's experience in civil litigation involves employment-related matters, including claims of sexual harassment, discrimination, retaliation, wrongful termination and ADA-related claims.

Serves or has served in recent years as a consultant to multiple agencies and organizations, including the U. S. Department of Justice, State of California Office of the Attorney General, Medical Board of California, California Department of Corrections and Rehabilitation, and the Ventura County Sheriff.

Dr. Rosenberg has qualified as an expert in psychiatry in numerous jurisdictions, including the Superior Courts of the State of California in multiple counties; State Courts of Ohio; and U.S. Federal District Courts.

Consulting psychiatrist to *Law & Order SVU* and other TV shows.

Last updated January, 2009.

# FORENSIC NEUROPSYCHIATRY MEDICAL GROUP, INC.

JAMES E. ROSENBERG, M.D.

### Expert Fee Schedule - Dr. Rosenberg

Deposition testimony:    $600 per hour

Trial testimony:    $450 per hour in half-day increments

All other services:    $375 per hour*

*"All other services" includes review of records, travel time, examinations, and report preparation. Travel outside of the Southern California area requires separate arrangements.

CLINICAL AND FORENSIC PSYCHIATRY - NEUROPSYCHIATRY - PSYCHOPHARMACOLOGY

21900 BURBANK BLVD., THIRD FLOOR, WOODLAND HILLS, CA 91367

TEL (818) 865-2978   FAX (818) 698-6400   JROSENBERGMD@GMAIL.COM

ATTACHMENT 1                             Page 14

**FORENSIC NEUROPSYCHIATRY MEDICAL GROUP, INC.**

JAMES E. ROSENBERG, M.D.

### Description of Psychiatric Examination

The purpose of the psychiatric examination is to assist counsel and the trier of fact in understanding the origin, nature, and severity of plaintiff's alleged mental health injuries, and in turn, prognosis and future treatment needs, if applicable.

In accordance with my reasonable and customary practice, the psychiatric examination will span approximately five to six hours, excluding breaks. It will consist of a detailed interview, mental status examination, and appropriate, generally accepted standardized psychological testing and screening cognitive assessment. The testing will consist of the MMPI-2; Structured Interview of Reported Symptoms, 2nd edition (SIRS-2); Miller Forensic Assessment of Symptoms Test (M-FAST); and the Mini-Mental State Examination (MMSE).

The psychiatric interview covers a variety of relevant topics, including background information; the reported circumstances of onset of the alleged emotional injury or injuries; and how those symptoms have unfolded over time to the present, including any other assessments, treatment, or functional impairment. A detailed evaluation of this type is important in differentiating between emotional complaints that may be pre-existing and not related to the alleged actions of the defendants; complaints that were pre-existing but may have been exacerbated by the alleged actions of defendants; complaints that arose concurrently but unrelated to alleged actions of defendants; complaints that arose as a result of defendants' alleged conduct; complaints that are actually due to substance use or medications; complaints that are due to an underlying general medical disorder; or complaints that arose subsequent to the alleged actions of defendants and were unrelated.

Pertinent areas of inquiry with regard to plaintiff's background include developmental history, education, employment, social and marital history, legal history (such as disability claims, if any), general medical history, prior psychiatric history, substance use, and family history. I will elicit from plaintiff a detailed account of the onset and course of his/her emotional problems related to the alleged conduct of the defendants, culminating in a review of current psychiatric and physical complaints.

In addition to my notes, I will memorialize the entire psychiatric evaluation with a voice-recording, either digitally or by audiotape. The Plaintiff may also voice-record the examination, but no one else may be present in the room during the evaluation.

The psychiatric evaluation will not involve any physical examination. There will be no blood tests or other intrusive medical studies or procedures. The examination will be conducted at my office located at 21900 Burbank Blvd., Third Floor, Woodland Hills, CA 91367, unless other arrangements are made. My office phone number is 818 865 2978. I provide validated parking.

CLINICAL AND FORENSIC PSYCHIATRY - NEUROPSYCHIATRY - PSYCHOPHARMACOLOGY

21900 BURBANK BLVD., THIRD FLOOR, WOODLAND HILLS, CA 91367

TEL (818) 865-2978   FAX (818) 698-6400   JROSENBERGMD@GMAIL.COM

**ATTACHMENT 2**

Page 1