# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE E. LISKER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES et al.,<br><br>　　　　　　Defendants | CASE NO.: CV09-09374 AHM (AJWx)<br>[*The Hon. A. Howard Matz, Courtroom 14*]<br><br>**[DISCOVERY ISSUE - MAGISTRATE ANDREW J. WISTRICH]**<br><br>**[PROPOSED]ORDER FOR PSYCHIATRIC MENTAL EXAMINATION**<br><br>Date:　　July 18, 2011<br>Time:　　10:00 a.m.<br>Courtroom: 690 |

　　　The Defendants CITY OF LOS ANGELES, ANDREW MONSUE and HOWARD LANDGREN's (hereinafter "Defendants") Motion to Compel Independent Medical Examination (Mental) of Plaintiff Bruce E. Lisker came on regularly for hearing on July 18, 2011 before the Magistrate Judge Andrew Wistrich.  The following appearances were made by the parties on behalf of the Plaintiffs, Attorneys William J. Genego and Barrett S. Litt and on behalf of Defendants, Deputy City Attorneys Christian Bojorquez..  After considering the moving, opposing, and reply papers, and having heard the arguments of

1

counsel, the Court having found that the physical condition of the Plaintiff Bruce E. Lisker is in controversy in this action,

IT IS HEREBY ORDERED that:

    1. Plaintiff Bruce E. Lisker submit to a general psychiatric mental examination by Dr. James Rosenberg in his office located at 21900 Burbank Boulevard, Third Floor, Woodland Hills, CA 91367 on July 26, 2011, commencing at 9:00 a.m.  Dr. James Rosenberg should be provided wide latitude to conduct a thorough inquiry, including but not limited to:

"evaluation and history of the mental illnesses alleged, past psychiatric history, [ ] history of substance abuse, inquiry into the [Plaintiff's] psychosocial and development history, relationship and marital history . . . social and occupational history, family history, a complete review of the symptoms and depressive signs, current living situation and exploration of other causes for the condition.  The examiner should be allowed to conduct recognized and appropriate psychological testing, at the discretion of the examiner.  The specific tests to be administered will be revealed at the time of the examination" [*Mandujano v. Geithner,* 2011 U.S. Dist. LEXIS 27986, *8 (N.D. Cal. Mar. 7, 2011] and any and all other tests which are ordinarily deemed a part of a general psychological examination.

    2. At the time of said examination, plaintiff shall answer all proper questions and inquiries submitted to him by Dr. James Rosenberg, including occupational history and prior injuries and diseases for the purposes of making a proper diagnosis of the plaintiff's mental condition.

    3. Defendant shall bear the costs of such examination.

IT IS SO ORDERED.

Dated: _____

    _____ _____

MAGISTRATE JUDGE ANDREW J. WISTRICH