# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-09374 AHM (AJWx) | Date | July 6, 2011 |
|---|---|---|---|
| Title | BRUCE LISKER v. CITY OF LOS ANGELES, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

This action is before the Court on Plaintiff Bruce Lisker's motion for an order allowing him to retain Professor Richard Leo as a consultant or expert witness. Plaintiff brought this motion after defendant City of Los Angeles ("the City") objected to Plaintiff hiring Professor Leo because of a purported conflict of interest. This purported conflict arises from a single preliminary telephone conversation the City had with Professor Leo concerning possibly hiring him as an expert in this case. Professor Leo has submitted a declaration in which he states that, to the best of his recollection, he did not discuss anything related to the City's litigation strategy or otherwise confidential.

In response to Plaintiff's motion, the City filed a notice of non-opposition. The City contends that it cannot substantiate its claim of a conflict without refreshing Professor Leo's recollection concerning the very information he claims not to remember. Instead, the City asks only that the Court order Professor Leo not to disclose any confidential information to Plaintiff, should he remember any such information in the future.

Accordingly, the Court GRANTS Plaintiff's unopposed motion to hire Professor Leo, under the condition that Professor Leo is forbidden from disclosing to Plaintiff any confidential information regarding this case that he may have obtained from the City.

No hearing is necessary. Fed. R. Civ. P. 78; L.R. 7-15.

|   | : |
|---|---|
| Initials of Preparer | SMO |