O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-09374 AHM (AJWx) | Date | September 13, 2011 |
|---|---|---|---|
| Title | BRUCE LISKER v. CITY OF LOS ANGELES, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court has looked at the issues and arguments that the parties addressed or made in their respective papers relating to Defendants' Motion for Summary Judgment. (Dkt. No. 90.) Given what transpired at yesterday's status conference and the high likelihood that some (perhaps many) of the parties' contentions will also be addressed in their forthcoming motions *in limine*, and further given that it is likely that at least some of the rulings on those motions *in limine* will clarify the nature of this dispute and of any trial, it would be ill-advised for the Court to devote further efforts to ruling on the pending Motion for Summary Judgment.

Accordingly, the Court DENIES without prejudice Defendants' Motion for Summary Judgment.[1] Defendants may renew that motion or file a different and presumably far more streamlined and focused motion sometime before trial, but after the motions *in limine* have been decided.

|   | : |
|---|---|
| Initials of Preparer | SMO |

---

[1] Dkt. No. 90.