1  Edgar R. Nield, SBN 135018
   E-Mail: enield@nieldlaw.com
2  Gabrielle Nield, SBN 110980
3  NIELD LAW GROUP APC
   5650 El Camino Real, Suite 120
4  Carlsbad, California  92008
   Telephone: (760) 929-9880
5  Facsimile:  (760) 929-9788
6  Attorneys for California Department of Corrections and Rehabilitation

7  BARRETT S. LITT, SBN 45527
   E-Mail: blitt@littlaw.com
8  LINDSAY BATTLES SBN 262862
9  Litt, Estuar & Kitson, LLP
   1055 Wilshire Boulevard, Suite 1880
10 Los Angeles, California 90017
   Telephone: (213) 386-3114
11 Facsimile:  (213) 380-4585

12
13 WILLIAM J. GENEGO, SBN. 103224
   E-Mail: wgenego@gmail.com
14 VICKI I. PODBERESKY, SBN. 123220
   Nasatir, Hirsch, Podberesky & Genego
15 2115 Main Street
   Santa Monica, California 90405
16 Telephone: (310) 399-3259

17
18 Attorneys for Plaintiff Bruce Lisker

19                    UNITED STATES DISTRICT COURT

20                   CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 21  BRUCE LISKER,<br><br>22         Plaintiff,<br><br>23<br><br>24         vs.<br><br>25  CITY OF LOS ANGELES, et al.,<br><br>26         Defendants.<br><br>27 | CASE NO CV 09-9374 AHM (AJW)<br><br>**DISCOVERY MATTER**<br><br>**ORDER RE STIPULATION FOR PROTECTIVE ORDER OF CDCR RECORDS OF ROBERT HUGHES** |

28

Having considered the joint Stipulation of the parties regarding a Protective Order covering the CDCR records of inmate Robdert Hughes, CDC #K49603, and good cause appearing therefor

IT IS HEREBY ORDERED

that the documents and materials which are the subject of the aforementioned Stipulation shall be protected by the proposed Protective Order.

Dated:____9/14/11____                _____
                                     Andrew J. Wistrich
                                     United States Magistrate Judge

1