O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-09374 AHM (AJWx) | Date | January 11, 2012 |
|---|---|---|---|

| Title | BRUCE LISKER v. CITY OF LOS ANGELES, et al. |
|---|---|

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**       IN CHAMBERS (No Proceedings Held)

     The Court has received "Plaintiff's Response to Court's Question as to Due Process Brady Evidence Plaintiff Intends to Proffer in Phase One and Related Issues" ("Response"). (Dkt. 251.) The Court now understands that the evidence and arguments supporting Plaintiff's false evidence and *Brady* claims will largely overlap. The Court is perplexed, however, by Plaintiff's statement that "if the jury finds in Phase One that false evidence was presented and that it was material, the liability of the individual Defendants and the City for the violation will be determined in the Second Phase." That is not at all correct. Indeed, it is in conflict with this Court's August 11 and January 6 rulings that the trial will be bifurcated into a liability phase and a damages phase. (Dkts. 166, 246.) The liability phase (Phase One) should and will include *all* of Plaintiff's due process arguments, whether based on his false evidence or *Brady* claims, except any argument or evidence that Ryan was the killer. The damages phase (Phase Two) will focus on damages. Defendants will be permitted to introduce evidence not introduced at the trial to show that Lisker did in fact commit the murder and thus is not entitled to any damages for having been confined as a result of violations of his constitutional rights. To rebut that contention, Plaintiff will be permitted to proffer evidence that Ryan was the killer and that Defendants knew it.

     Thus, the five elements of a false evidence claim that Plaintiff lists on page 4 of the Response must be proven in the liability phase. The first element (that the Defendants were acting under color of law) and fifth element (that Plaintiff was convicted and incarcerated) should be the subject of a stipulation between the parties in any event and should not require proof or argument.

/ / /

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-09374 AHM (AJWx) | Date | January 11, 2012 |
|---|---|---|---|
| Title | BRUCE LISKER v. CITY OF LOS ANGELES, et al. | | |

The Court will decide whether to trifurcate Plaintiff's *Monell* claim when it rules on Defendants' Motion *in Limine* #14.

| | : | |
|---|---|---|
| Initials of Preparer | | SMO |