O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV09-09374 AHM (AJWx) | Date | February 15, 2012 |
|---|---|---|---|
| Title | BRUCE LISKER v. CITY OF LOS ANGELES, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

The Court has read and considered Plaintiff's "Motion In Limine Regarding The Burden And Allocation Of Proof As To Defendants' Affirmative Damages Defense," (Dkt. 314) and all related pleadings, including Defendants' Notice of Non-Opposition. The motion is granted and the Court hereby rules that:

In Stage II of Phase One, Defendants will be allowed to raise an affirmative damages defense—namely that even if they caused Plaintiff to be denied a constitutionally fair trial that resulted in his conviction and imprisonment, he is only entitled to nominal damages. Defendants will have the burden of proof, and to meet that burden, Defendants must prove it is more likely than not that Plaintiff would be found guilty beyond a reasonable doubt if all the evidence the jury in this case receives had been presented at the criminal trial.

It is so ORDERED.

No hearing is necessary.  Fed. R. Civ. P. 78; L.R. 7-15.

_____ : _____

Initials of Preparer              SMO