O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-09374 AHM (AJWx) | Date | July 11, 2012 |
|---|---|---|---|
| Title | BRUCE LISKER v. CITY OF LOS ANGELES, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On January 9, 2012, this Court ordered Plaintiff to file a declaration authenticating Exhibit 613, filed in support of Plaintiff's Motion *in Limine* #3. (Trans. 1/09/12, Dkt. 278 at 6:20-7:6.) To date, the Court has yet to receive any such declaration. Plaintiff is ORDERED to file a declaration in compliance with this Court's previous order by no later than July 24, 2012.

| | : | |
|---|---|---|
| | Initials of Preparer | SMO |