O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE E. LISKER,<br><br>　　　　　Plaintiff,<br>　　v.<br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, ANDREW MONSUE, and HOWARD LANDGREN,<br><br>　　　　　Defendants. | Case No. 2:09-cv-09374-ODW(AJWx)<br><br>**ORDER VACATING ALL PRETRIAL AND TRIAL DATES DURING PENDANCY OF APPEAL** |

　　　　On March 4, 2013, Defendants filed a notice of appeal of this Court's February 4, 2013 Order denying them absolute witness immunity. (ECF No. 434 (appealing ECF No. 432).) Defendants' notice of appeal conferred jurisdiction over this case to the Ninth Circuit and divested this Court "of control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982). The Court therefore **VACATES** all trial and associated pretrial dates in this case pending resolution of the appeal.

　　　　Within 7 days of the entry of the mandate on the docket, the parties shall file a joint report setting forth a brief summary of this litigation to date; the effect the outcome of the appeal will have on the case; and proposed expedited motion-in-limine hearing, pretrial conference, and trial dates. In preparing their joint report, the parties

should bear in mind that this case will go to trial no later than 60 days following issuance of the mandate.

**IT IS SO ORDERED.**

May 13, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**