WILLIAM J. GENEGO, SBN 103224
E-Mail: bill@genegolaw.com
LAW OFFICE OF WILLIAM GENEGO
2115 Main Street
Santa Monica, California 90405
Telephone:  310-399-3259

BARRETT S. LITT, SBN 45527
Email: blitt@kmbllaw.com
LINDSAY BATTLES, SBN 262862
KAYE, MCLANE, BEDNARSKI & LITT, LLP
234 East Colorado Boulevard, Suite 230
Los Angeles, California 91101
Telephone: (626) 844-7660

VICKI I. PODBERESKY, SBN 123220
Email: vpod@nhpklaw.com
Nasatir, Hirsch, Podberesky & Khero
2115 Main Street
Santa Monica, California 90405
Telephone:  310-399-3259

Attorneys for Plaintiff Bruce Lisker

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE LISKER,<br><br>             Plaintiff,<br><br>       vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>             Defendants. | Case No. 2:09-CV-09374-ODW(AJWx)<br><br>STIPULATION TO DISMISS WITH PREJUDICE AS TO DEFENDANTS ANDREW MONSUE AND HOWARD LANDGREN AND DEFENDANT CITY OF LOS ANGELES |

It is hereby stipulated by and among the Plaintiff and Defendants Andrew Monsue and Howard Landgren, through their respective counsel of record, that this civil action be dismissed with prejudice, under Fed. R. Civ. P. 41(a)(1)(A)(ii), as to ANDREW MONSUE and HOWARD LANDGREN.

1  It is further stipulated by and among the Plaintiff and Defendant City of Los
2  Angeles, through their respective counsel of record, that this civil action has now
3  been settled. The Plaintiff and City of Los Angeles jointly stipulate that the action
4  be dismissed with prejudice, under Fed. R. Civ. P. 41(a)(1)(A)(ii), as to the CITY OF
5  LOS ANGELES, also named as the LOS ANGELES POLICE DEPARTMENT, a
6  non-suable entity, all parties to bear their own costs.

7  IT IS SO STIPULATED.

8  Dated: February 25, 2016         /s/ William J. Genego
9                                   WILLIAM J. GENEGO
10                                  Attorneys for Plaintiff Bruce Lisker

11 Dated: February 25, 2016         MICHAEL N. FEUER, City Attorney
12                                  THOMAS H. PETERS, Chief Assistant City
13                                  Attorney
14                                  CORY M. BRENTE, Supervising Assistant
                                    City Attorney
15
16                                  By: /s/ Christian Bojorquez
                                    CHRISTIAN BOJORQUEZ, Deputy City
17                                  Attorney
18                                  Attorneys for Defendants CITY OF LOS
                                    ANGELES, a municipal corporation, also
19                                  named as the LOS ANGELES POLICE
20                                  DEPARTMENT, a non-suable entity,
                                    ANDREW MONSUE and HOWARD
21                                  LANDGREN
22

23              **Certification of Authorization to File**
24  I hereby attest under Local Rule 5-4.3.4 that all other signatories listed, on
25 whose behalf this filing is submitted, concur in the filing's content and have
26 authorized this filing.
27                                         By: /s/ William J. Genego
28